FILED

1 | Robert S. Besser (SBN 46541)
Christopher Chapin (SBN 112608)
2 | LAW OFFICES OF ROBERT S. BESSER
1221 Second Street, Suite 300
3 | Santa Monica, California 90401
TEL: (310) 394-6611
4 | Fax:  (310) 394-6613
rsbesser@aol.com
5 | christopherchapin@oal.com

2012 JUL 11  PM 2: 13

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

6 | Attorneys for Plaintiff
VMG SALSOUL, LLC
7 |

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 |

11 | VMG SALSOUL, LLC, a Delaware
limited liability company,                    Case No. CV12-5967 - SVW
12 |                                                                                        (FMOx)
Plaintiff,
13 | vs.                                                 COMPLAINT FOR COPYRIGHT
INFRINGEMENT
14 | MADONNA LOUISE CICCONE,
professionally known as MADONNA, an
15 | individual; SHEP PETTIBONE, an individual,   DEMAND FOR JURY TRIAL
WB MUSIC CORPORATION, a Delaware
16 | corporation;  BLUE DISQUE MUSIC
COMPANY, INC., a corporation; WEBO GIRL
17 | PUBLISHING, INC., a California corporation;
LEXOR MUSIC, INC., a New York corporation;
18 | and DOES 1 through 10, inclusive,

19 |                     Defendants.

20 | _____/

21 |

22 |        Plaintiff VMG SALSOUL, LLC, for its Complaint against Defendants, and each of

them, alleges as follows:
23 |

24 |                                                 PARTIES

25 |        1.      Plaintiff VMG SALSOUL, LLC ("VMG") is a limited liability company

organized and existing pursuant to the laws of Delaware.
26 |

27 |                                                 -1-

28 |
COMPLAINT FOR COPYRIGHT INFRINGEMENT with DEMAND FOR JURY TRIAL

1    2.    Defendant MADONNA LOUISE CICCONE ("Madonna") is an individual

2    resident of the State of New York.

3    3.    Upon information and belief, Defendant SHEP PETTIBONE ("Pettibone"),

4    whose full name is Richard E. Pettibone, is an individual resident of the State of New

5    York.

6    4.    Defendant WB MUSIC CORPORATION ("WB Music") is a corporation

7    organized and existing under the laws of the State of Delaware, with its principal place

8    of business located in the City of Santa Monica, within this district.

9    5.    On information and belief, Defendant BLUE DISQUE MUSIC COMPANY,

10   INC. is a corporation organized and existing pursuant to the laws of an unknown State

11   or Territory of the United States

12   6.    Defendant LEXOR MUSIC, INC. is a corporation organized and existing

13   pursuant to the laws of the State of New York.  Upon information and belief, Defendant

14   LEXOR MUSIC, INC. holds "inactive" status in New York.

15   7.    Defendant WEBO GIRL PUBLISHING, INC. is an active corporation

16   organized and existing pursuant to the laws of the State of California, with its principal

17   place of business located in the City of Los Angeles, within this district.

18   8.    The names, residences and capacities of the Defendants named herein

19   as DOES 1 through 10 are unknown to Plaintiff at this time.  Plaintiff is informed and

20   believes, and thereon alleges, that each of the fictitiously named Defendants is in some

21   way liable, jointly and severally, to Plaintiff for the damages alleged herein, either

22   together with, or independently of, each other Defendant.  At such time as the

23   fictitiously named Defendants are identified, Plaintiff will amend this Complaint to state

24   each of their true names, capacities and residences.

25

26

27   -2-

28   COMPLAINT FOR COPYRIGHT INFRINGEMENT with DEMAND FOR JURY TRIAL

1    9.    At all material times, each Defendant acted as the agent and/or principal

2   of each other Defendant and each is equally liable for the wrongful acts of the other.

3                          JURISDICTION AND VENUE

4    10.    Subject matter jurisdiction is invoked pursuant to 28 U.S.C. §1331 and

5   §1338 because this action is based on federal copyright law.

6    11.    Venue is proper in this district pursuant to 28 U.S.C. §1391(b)(2) because

7   the infringement occurred in this district and pursuant to 28 U.S.C. §1392(b)(3) because

8   at least one defendant resides in this district.

9                          COMMON FACTUAL ALLEGATIONS

10    12.    VMG is the owner, by assignment from its predecessor-in-interest,

11   Salsoul Records, of the copyright in the composition entitled "Chicago Bus Stop (Ooh, I

12   Love It )(Love Break)," written by Vincent Montana, Composition Copyright Registration

13   No. EP 354406, dated May 1976.  Attached hereto as Exhibit "A" is a true and correct

14   copy of that composition registration for "Love Break."  The song was released on

15   Salsoul Records in or about 1977.

16    13.    On the same basis, VMG is the owner of the copyright in the sound

17   recording copyright in "Love Break," Registration No. N27725.  Attached hereto as

18   Exhibit "B" is a true and correct copy of the sound recording registration for "Love

19   Break," filed November 1975.

20    14.    The artists credited with creating the sound recording of the still

21   successful song "Vogue" are Madonna and Pettibone.  Attached hereto as Exhibit "C" is

22   a true and correct copy of the printout concerning "Vogue" from the United States

23   Copyright Office, Registration No. PA0000471140.

24    15.    Upon information and belief, in or about 1990, Madonna and Pettibone

25   first recorded the song entitled "Vogue."  The song was intended to replace the

26

27                                    -3-

28   COMPLAINT FOR COPYRIGHT INFRINGEMENT with DEMAND FOR JURY TRIAL

1  "flipside" of the impending single release of a song entitled "Keep It Together."  The
2  song and music video of Vogue were inspired by the dance of the same name,
3  performed at the time in New York at underground gay clubs, in which the dancers used
4  a series of complex hand gestures, body poses and movements to imitate Hollywood
5  stars.

6       16.  On information and belief, when the song was finished and presented to
7  WB MUSIC, it was decided that it was too good for a "B" side and should be marketed
8  as a single in its own right.

9       17.  "Vogue" is on many "top ten" lists of the best dance songs of the nineties
10  and has achieved tremendous financial success.  The song was featured in the motion
11  picture "The Devil Wears Prada," released in 2006, and has been exploited to generate
12  a large amount of income in other ways unknown to Plaintiff at this time.

13       18.  "Vogue" is, and continuously has been since it was first released, offered
14  for sale in various media.  It continues to this day to be offered for sale on CDs and
15  available for downloading from iTunes, Amazonmp3.com, eMusic.com as well as other
16  internet music providers.  On information and belief, "Vogue" still generates substantial
17  income for all Defendants at this time.

18       19.  The portions of "Love Break, which have been copied into Vogue and all
19  its various "mixes," "remixes," videos, YouTube versions, etc., are numerous but
20  intentionally hidden.  The horn and strings in Vogue are intentionally sampled from
21  "Love Break" throughout.

22       20.  Pettibone was hired by Salsoul Records, VMG's predecessor in interest,
23  to remix various songs and in fact mixed and remixed "Love Break" for the Salsoul
24  Orchestra before he worked on "Vogue."

25

26

27            -4-

28  COMPLAINT FOR COPYRIGHT INFRINGEMENT with DEMAND FOR JURY TRIAL

1      21.     Plaintiff is informed and believes that Pettibone intentionally disguised the

2   sampling he did in "Vogue" and then, when confronted with VMG's assertion of

3   infringement, denied that he had done so.

4      22.     Madonna performed the song "Vogue" at the lavish Super Bowl half-time

5   show on February 5, 2012. This is further evidence of the continued popularity and

6   income enjoyed by the owners of the copyrights in "Vogue."

7      23.     On or about July 18, 2011, Plaintiff gave Defendants a Notice of Copyright

8   Infringement and another on February 16, 2012. Attached hereto as Exhibits "D" and

9   "E," respectively, are true and correct copies of the notices. Defendants have

10   continued to infringe despite these notices of infringement. The unauthorized sampling

11   was deliberately hidden by Defendants within "Vogue" so as to avoid detection. It was

12   only when VMG specifically looked for the sample, with the technology available to it in

13   2011, that the sampling could be confirmed.

14                        FIRST CLAIM FOR RELIEF

15              (Copyright Infringement Against All Defendants)

16      24.     Plaintiff repeats and incorporates by reference the allegations contained

17   in Paragraphs 1 through 23, above, as though fully set forth.

18      25.     Defendants, and each of them, have infringed the copyright in the sound

19   recording of "Love Break" by incorporating it into the song "Vogue" (sampled) without

20   authorization. Defendants have published, manufactured, distributed, sold and licensed

21   copies of Vogue, as well as all of its remixes, extended and rearranged versions,

22   incorporating substantial portions of "Love Break." Defendants never paid VMG, nor

23   secured the authorization for the use of "Love Break" in "Vogue."

24      26.     Defendants have continually sold and otherwise exploited "Vogue" since it

25   was first released in 1990. The song has been called possibly the most perfect dance

26

27                          -5-

28   COMPLAINT FOR COPYRIGHT INFRINGEMENT with DEMAND FOR JURY TRIAL

1  song Madonna, the most successful dance music artist of all time, has ever recorded.

2       27.     As a direct and proximate result of Defendants' infringement, Plaintiff is

3  entitled to its actual damages in addition to Defendants' profits that are attributable to

4  the copyrighted material; alternatively, Plaintiff is entitled to statutory damages for

5  infringement in the maximum statutory amount allowed.

6       28.     Defendants' conduct was willful with full knowledge of and complete

7  disregard for Plaintiff's rights.  If Plaintiff should elect to pursue statutory damages,

8  Plaintiff will also seek an increased award based on Defendants' willful and deliberately

9  buried and hidden infringement.

10      29.     As a direct and proximate result of Defendants' infringement, Plaintiff has

11 incurred attorneys' fees and costs, in an amount according to proof, which are

12 recoverable under the provisions of 17 U.S.C. §505.

13      WHEREFORE, Plaintiff prays for relief as follows:

14      1.      For Defendants' profits which are attributable to the use of the

15 composition and sound recording entitled "Love Break" or alternatively, for statutory

16 damages for willful infringement of copyright;

17      2.      For reasonable attorneys' fees pursuant to 17 U.S.C. §505;

18      3.      For costs of suit incurred herein; and

19      4.      Such other or further relief as the Court may deem just and proper.

20 Dated:   July 11, 2012
   LAW OFFICES OF ROBERT S. BESSER
21
22 By _____
        ROBERT S. BESSER
23 Attorneys for Plaintiff VMG SALSOUL, LLC

24

25

26

27                                    -6-

28 COMPLAINT FOR COPYRIGHT INFRINGEMENT with DEMAND FOR JURY TRIAL

1                       DEMAND FOR JURY TRIAL

2         Plaintiff, VMG Salsoul, LLC hereby demands a trial by jury in the above matter.

3 Dated:   July 11, 2012

4 LAW OFFICES OF ROBERT S. BESSER

5 By _____

6      ROBERT S. BESSER
Attorneys for Plaintiff VMG SALSOUL, LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                            -7-

28     COMPLAINT FOR COPYRIGHT INFRINGEMENT with DEMAND FOR JURY TRIAL

# Exhibit "A"

Page 3

# Certificate
## Registration of a Claim to Copyright

In a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

This is To Certify that the statements set forth in this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Barbara Ringer*

Register of Copyrights
United States of America



FORM E
REGISTRATION #0
EP 354406
DO NOT WRITE HERE

CLASS
E



**1. Copyright Claimant(s) and Address(es):**

Name ........ Little Jack Music Co. A Division of Caytronics Corporation

Address ........ New York, N.Y. 10016

Name ........ Anstom Music

Address ........ Cherry Hill, N.J.

**2. Title:** CHICAGO BUS STOP (Ooh, I Love It)
(Title of the musical composition)

**3. Author:**

Name ........ Vincent Montana, Jr.
(Legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. ....... Other ............
(Check if U.S. citizen) ....... (Name of country)

Domiciled in U.S.A. Yes .X. No ...... Address ........ Cherry Hill, N.J.
Author of ............ (State which: words, music, arrangement, etc.)

Name ........
(Legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. ....... Other ............
(Check if U.S. citizen) ....... (Name of country)

Domiciled in U.S.A. Yes ...... No ...... Address ........
Author of ............ (State which: words, music, arrangement, etc.)

Name ........
(Legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. ....... Other ............
(Check if U.S. citizen) ....... (Name of country)

Domiciled in U.S.A. Yes ...... No ...... Address ........
Author of ............ (State which: words, music, arrangement, etc.)

**4. (a) Date of Publication:**

May 3, 1976
(Month) (Day) (Year)

**(b) Place of Publication:**

U.S.A.
(Name of country)

**5. Previous Registration or Publication:**

Was work previously registered? Yes ...... No ...... Date of registration ........ 1973/75 ........ Registration number ........ EU 628803

Was work previously published? Yes ...... No ...... Date of publication ........ Registration number ........

Is there any substantial NEW MATTER in this version? Yes ...... No ...... If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version.

piano arrangement and guitar symbols

EXAMINER

*Complete all applicable spaces on next page*

# Exhibit "B"

Page 1

# Application
## for Registration of a Claim to Copyright
### in a published sound recording

**FORM N**

REGISTRATION NO.          CLASS

DO NOT WRITE HERE
N  25725  N

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 11. The application should not be submitted until after the date of publication given in line 5 (a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20559, together with 2 copies of the best edition of the work and the registration fee of $6. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name should be the same as in the notice of copyright on the copies deposited. If, instead of the name of the copyright owner, the notice contains an abbreviation by which the name can be recognized or a generally known alternative designation of the owner, see page 4 under *Alternative Form of Notice.*

Name ...... **SALSOUL RECORDS**

Address ...... **653 Tenth Avenue    New York, N.Y. 10036**

Name ......

Address ......

**2. Title:** ...... **THE SASLOUL ORCHESTRA          [SZS 5501]**
(Give title of sound recording as it appears on the copies; also catalog number if one appears on the copies)

**3. (a) Description of Sound Recording Deposited:** ...... **disc**
(Characterize the general type of sound recording; for example, disc, open-reel tape, cartridge, cassette, etc.)

**(b) Nature of Material Recorded:** ...... **music**
(Characterize the general type of material recorded; for example, music, drama, narration, etc.)

**4. Author of This Sound Recording:** Citizenship and domicile information must be given. Where a work is made for hire, the employer is the author. The citizenship of organizations formed under U.S. Federal or State law should be stated as U.S.A. If the copyright claim is based on new matter (see line 6) give information about the author of the new matter.

Name **SALSOUL RECORDS as employer for hire of**
**Joe Cayre and Ken Cayre**          Citizenship **U.S.A.**
(Name of country)

Domiciled in U.S.A.  Yes **X**  No ....  Address ...... **New York, N.Y.**

Name **SALSOUL RECORDS as employer for hire of**
**Vincent Montana, Jr.**          Citizenship **U.S.A.**
(Name of country)

Domiciled in U.S.A.  Yes **X**  No ....  Address **New York, N.Y.**

**5. (a) Date of Publication of This Sound Recording:** Give the complete date when copies of this particular sound recording were first placed on sale, sold, or publicly distributed. The date when the sound recording was fixed or the date when copies were reproduced should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

**November 3, 1975**
(Month)        (Day)        (Year)

**(b) Place of Publication of This Sound Recording:** Give the name of the country in which this particular sound recording was first published.

**United States**

➡ NOTE: Leave line 6 blank unless the instructions below apply to your work. ⬅

**6. New Matter in This Sound Recording:** If any substantial part of the sounds fixed in this recording has been previously published in another recording, give a brief general statement of the nature of the new matter in this recording. New matter may consist of compilation, remixing from original multitrack sound sources, and the like, as well as additional recorded material.

➡ NOTE: Leave line 7 blank unless the instructions below apply to your work. ⬅

**7. Fixation before February 15, 1972:** If any substantial part of the sounds published for the first time in this recording was fixed before February 15, 1972, give a brief general statement of the nature of that material. (For further information concerning "fixation," see page 4.)

EXAMINER

*Complete all applicable spaces on next page*

8. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account: ....................................

9. Name and address of person or organization to whom correspondence and refund, if any, should be sent:

Name ..**Larry Spier**................................................    Address **653 10th Ave., NYC.**...............

10. Send certificate to:

(Type or print name and address)

Name ......................**LARRY SPIER, INC.**.....................................

Address ..................**653 Tenth Avenue**.....................................
                                    (Number and street)

..................**New York, N.Y. 10036**..................................
(City)                          (State)                    (ZIP code)

11. Certification:

(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

...................................................
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request:

| | |
|---|---|
| Class A | Form A—Published book manufactured in the United States of America. |
| Class A or B | Form A-B Foreign—Book or periodical manufactured outside the United States of America (except work subject to the ad interim provisions of the copyright law). |
| | Form A-B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America. |
| Class B | Form B—Periodical manufactured in the United States of America. |
| | Form BB—Contribution to a periodical manufactured in the United States of America. |
| Class C | Form C—Lecture or similar production prepared for oral delivery. |
| Class D | Form D—Dramatic or dramatico-musical composition. |
| Class E | Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America. |
| | Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America. |
| Class F | Form F—Map. |
| Class G | Form G—Work of art or a model or design for a work of art. |
| Class H | Form H—Reproduction of a work of art. |
| Class I | Form I—Drawing or plastic work of a scientific or technical character. |
| Class J | Form J—Photograph. |
| Class K | Form K—Print or pictorial illustration. |
| | Form KK—Print or label used for an article of merchandise. |
| Class L or M | Form L-M—Motion picture. |
| Class N | Form N—Sound recording. |
| ⊛ | Form R—Renewal copyright. |
| ⊛ | Form U—Notice of use of copyrighted music on mechanical instruments. |

FOR COPYRIGHT OFFICE USE ONLY

Application received
NOV 10.8.91975

Two copies received
N 10.1975 NOV 10.1975

Fee received
70203 NOV 5 75

Renewal

---

Page 1

**for R**
in

Instructio
completed
be SIGNE
mitted un
and shoul
further in
Pages 3

1. Copyri
name sho
owner, th
designati

Name ...

Address ...

Name .....

Address ...

2. Title:

.. MS

3. (a) D

(b) N

4. Autho
hire, the
stated as
matter.

Name ....

Domiciled

Name ....

Domiciled

5. (a) I
ing wer
when co
day, and

(b) I
cording

6. New
ously p
ing. New
tional re

.............

.............

7. Fixat
cording
further

.............

Page

# Exhibit "C"



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Madonna
Search Results: Displaying 287 of 429 entries



*Vogue.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0000471140 / 1990-05-21 |
| **Title:** | Vogue. |
| **Description:** | 1 sound cassette. |
| **Notes:** | Two versions (side 1: single version, side 2: Bette Davis dub). |
| **Performer:** | Performed by Madonna. |
| **Copyright Claimant:** | WB Music Corporation, Blue Disque Music Company, Inc., Webo Girl Publishing, Inc., Lexor Music, Inc. |
| **Date of Creation:** | 1990 |
| **Date of Publication:** | 1990-03-30 |
| **Authorship on Application:** | words & music: Madonna Ciccone, Shep Pettibone. |
| **Names:** | Pettibone, Shep |
|  | Ciccone, Madonna |
|  | WB Music Corporation |
|  | Blue Disque Music Company, Inc. |
|  | Webo Girl Publishing, Inc. |
|  | Lexor Music, Inc. |
|  | Madonna. |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record     Format for Print/Save |
| Enter your email address:                              Email |

Help   Search   History   Titles   Start Over

# Exhibit "D"

## LAW OFFICES OF ROBERT S. BESSER
### 1221 Second Street, Third Floor
### Santa Monica, CA 90401
Tel: 310-394-6611
Fax: 310-394-6613
rsbesser@aol.com

Associated with
*Eisenberg Tanchum & Levy*
675 Third Avenue
New York, NY 10017

July 19, 2011

Mr. Scott McDowell
Vice-President Legal and Business Affairs
Warner/Chappell Music, Inc.
10585 Santa Monica Boulevard
Santa Monica, California 90025-4950

      Re:    **Notice of Copyright Infringement**
             "Vogue" by Madonna Ciccone and Shep Pettibone

Dear Mr. McDowell:

      This law firm represents VMG SalSoul, LLC ("VMG"), successor-in-interest to Bethlehem Music Company ("BMC").

      Included in the BMC catalogue of copyrights now controlled by VMG are the composition and sound recording copyrights in a song entitled "Chicago Bus Stop (Ooh, I Love It)" aka "Love Break" written by Vincent Montana, Jr.   We are informed that portions of "Love Break" were "sampled" without permission in the creation of the song entitled "Vogue" written by Madonna and Shep Pettibone.   Our own initial investigation supports that claim. Attached is a letter from expert musicologist Dr. Alexander Stewart which sets out the details of the infringing material. In his letter, Dr. Stewart opines that the sampled music is both quantitatively and qualitatively important to the entire structure of "Vogue."

      We and our client are, of course, aware of the general three year statute of limitations on copyright actions and that "Vogue" was released over twenty years ago. However, "Vogue" has been continuously exploited since then and VMG is therefore entitled to recover at least its proportionate share of the profits generated by "Vogue" going back three years, in addition to prospective damages and possible injunctive relief.

      Please contact me within the next ten days so that we can discuss this important matter.  VMG has authorized us to take whatever action may be necessary, including

Mr. Scott McDowell
July 19, 2011
Page Two

litigation, to resolve this matter.  However, VMG would prefer a prompt business resolution in the interests of saving the costs and expenses associated with litigation.

Nothing contained herein is intended to constitute a waiver of any of my client's rights, all of which are specifically reserved.

Very truly yours,

ROBERT S. BESSER

Enclosures

cc:     Client

Alexander Stewart, Ph.D.
Jazz Studies Coordinator
Director, Integrated Fine Arts Program
Associate Professor, Department of Music
University of Vermont

July 17, 2011

Re: Preliminary Report "Vogue" and "Love Break"

Robert S. Besser
Law Offices of Robert S. Besser
1221 Second Street Suite 300
Santa Monica, CA 90401
310 394 6611

Dear Robert:

In my expert opinion the horn parts in "Vogue" sample prominent horn parts in
"Ooh I Love It (Love Break)." The chord voicings (vertical ordering of pitches),
timbral qualities associated with the instruments (trumpet, trombone, saxophone),
attack, decay, timing, and other elements match exactly. The only obvious difference
is that the horn parts have been made a half-step higher in "Vogue" in order to fit the
song's harmony (easily accomplished using electronic manipulation). The parts
consist of a single chord, or "hit," and a chord sounded twice, or double "hit."

The horn hits are important both quantitatively and qualitatively to the recording
and the composition in which they originally appeared, "Ooh I Love It (Love Break),"
with eleven full and partial iterations as follows:

3:11 3:15
3:19 3:23
3:27 3:31
3:35 3:39
4:12
4:20
4:28
4:36
6:57
7:01 7:04
7:09 7:13

These figures are also important because they are a central motive ("motif") heard
during the "hook" of the song, in effect, answering the female singers. They also
occur prominently (practically by themselves) during a breakdown section

(beginning at 3:33). Additionally, many of the other horn parts in "Ooh I Love It (Love Break)" are based on closely related figures.

In "Vogue" the sample is heard seven times. The first two appearances comprise a single and double hit at 1:14 and 1:20. The double hit is heard again at 3:59 and is recycled several more times toward the ending at:

4:24
4:40
4:57
5:05

These horn parts are also important to "Vogue" both structurally and sonically. As the only "acoustic" instruments they lend a distinctive sonic element (a section of wind instruments) to the otherwise electronic and string sounds that predominate in "Vogue." They serve a crucial structural function by announcing important changes in the musical form. The first appearances at 1:14 and 1:20 signal the end of the introduction and the beginning of the song proper. At 4:24 they herald the beginning of the rap section. Finally, as they repeat at the end of the track, they help build a climactic ending.

I reserve the right to amend and /or expand on this Report based on further study of this matter.

Respectfully Submitted,

Alexander Stewart, Ph.D.

# Exhibit "E"

# LAW OFFICES OF ROBERT S. BESSER

1221 SECOND STREET SUITE 300  SANTA MONICA, CALIFORNIA 90401
TEL: (310) 394-6611 FAX: (310) 394-6613
RSBESSER@AOL.COM

OF COUNSEL:
EISENBERG, TANCHUM & LEVY
NEW YORK, NEW YORK
(212) 599-0777
SLEVY@ETLLAW.COM
LAW OFFICES OF CHRISTOPHER CHAPIN
SAN RAFAEL, CALIFORNIA
(415) 578-2364
CHRISTOPHERCHAPIN@AOL.COM

Via E-Mail

February 16, 2012

Nathan Osher
VP Legal and Business Affairs
Warner Chappell Music, Inc.
10585 Santa Monica Boulevard
Los Angeles, California 90026-4950

      Re:   "Vogue" Infringement of "Love Break"

Dear Mr. Osher:

      This is in response to your letter dated November 22, 2011.  We have reviewed your contentions and discussed them with our client.

      We have learned that there is at least one witnesses to the copying of substantial portions of "Love Break."  Tony Shimkin, who is credited on "Vogue" as "Edited by Tony Shimkin," witnessed Alan Friedman sample the track "Ooh, I Love It (Love Break)."  Alan Friedman is credited on "Vogue" as "Programming by Alan Friedman."

      In this rare instance where there is an actual witness to the copying about which our client is complaining, all notions of substantial similarity and access in addition to the factors you quoted from your expert are irrelevant.

      Moreover, please note that Shep Pettibone was hired by SalSoul Records in the early 1980's to remix a number of well-known 12" SalSoul singles, including hits by Skyy, Inner Life, the SalSoul Orchestra and Loleatta Holloway, among others.  Mr. Pettibone remixed three versions of Love Break which was released in 1983:

      Ooh, I Love It (Love Break) 7'15"
      Ooh, I Love It (Love Break) (Love Break Groove) 5'
      Ooh, I Love It (Love Break) (Love Breasion) 7'37"

NATHAN OSHER
FEBRUARY 16, 2012
PAGE TWO

Remix and additional production by Shep Pettibone for Mastermix Productions, (1983).

Given the above facts and the spectacular performance by Madonna of Vogue to open the Super Bowl halftime show, my client is prepared to immediately commence litigation unless this matter is resolved.  Please advise whether you are willing to discuss a resolution short of litigation.

Nothing contained herein is intended to constitute a waiver of any of my client's rights, all of which are specifically reserved.

Very truly yours,

Robert S. Besser
cc:     Client

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Stephen V. Wilson and the assigned discovery Magistrate Judge is Fernando M. Olguin.

The case number on all documents filed with the Court should read as follows:

## CV12- 5967 SVW (FMOx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:  Robert S. Besser SBN 46541;
Christopher Chapin SBN 112608
LAW OFFICES OF ROBERT S. BESSER
1221 Second Street  Third Floor
Santa Monica, California 90401

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| VMG SALSOUL, LLC, a Delaware limited liability company, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | **CV 12-5967** SVW (FMOx) |
| v. | |
| MADONNA LOUISE CICCONE, professionally known as MADONNA, an individual, SHEP PETTIBONE, an individual, [continued on Att. 1], | **SUMMONS** |
| DEFENDANT(S). | |

TO:    DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Robert S. Bessser_____, whose address is _1221 Second Street Third Floor, Santa Monica, CA 90401 (310) 394-6611_____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: July 11, 2012 _____        By: _____
                                                    Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

ATTACHMENT 1 TO SUMMONS

**Defendants** (Continued)

WB MUSIC CORPORATION, a Delaware corporation; BLUE DISQUE MUSIC
COMPANY, INC., a corporation; WEBO GIRL PUBLISHING, INC., a California
corporation, LEXOR MUSIC, INC., a New York corporation; and DOES 1 through 10,
inclusive.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>VMG SALSOUL, LLC, a Delaware company | DEFENDANTS   MADONNA LOUISE CICCONE professionally known as MADONNA, an individual, SHEP PETTIBONE, an individual, WB MUSIC CORPORATION, a Delaware corporation; BLUE DISQUE MUSIC COMPANY, INC., a corporation; WEBO GIRL PUBLISHING, INC., a California corporation, LEXOR MUSIC, INC., a New York corporation; and DOES 1 through 10, inclusive. |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>ROBERT S. BESSER, ESQ., LAW OFFICES OF ROBERT S. BESSER<br>1221 Second Street, Third Floor<br>Santa Monica, CA 90401 Tel: 310-394-6611 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No       ☐ **MONEY DEMANDED IN COMPLAINT:** $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. §1331 and §1338 (Copyright Infringement)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☑ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Acco- mmodations | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

# CV12-5967

FOR OFFICE USE ONLY:   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐    Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | New York, New York |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐    Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | New York, New York |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date July 11, 2012

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |