Paul H. Duvall (SBN 73699)
E-Mail: pduvall@kingballow.com
**KING & BALLOW**
6540 Lusk Blvd., Suite 250
San Diego, CA 92121
(858) 597-6000  Facsimile: (858) 597-6008

Mark L. Block (SBN 115457)
E-Mail: mblock@wargofrench.com
**WARGO & FRENCH LLP**
1888 Century Park East
Suite 1520
Los Angeles, CA 90067
(310) 853-6355  Facsimile: (310) 853-6333

Attorneys for Defendant Shep Pettibone

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VMG SALSOUL, LLC, a Delaware limited liability company,<br><br>                 Plaintiff,<br><br>        vs.<br><br>MADONNA LOUISE CICCONE, professionally known as MADONNA, an individual; SHEP PETTIBONE, an individual; WB MUSIC CORPORATION, a Delaware corporation; BLUE DISQUE MUSIC COMPANY, INC., a corporation; WEBO GIRL PUBLISHING, INC.,  a California corporation; LEXOR MUSIC, INC., a New York corporation; and DOES 1 through 10, inclusive,<br><br>                 Defendants. | Case No. CV 12-5967-SVW(FMOx)<br><br>**NOTICE OF LODGING EXHIBIT A TO DEFENDANT SHEP PETTIBONE'S MOTION TO DISMISS PURSUANT TO FED R. CIV. P 12(b)(6) FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>**Date: November 19, 2012**<br>**Time: 1:30 p.m.**<br>**Judge: Steven V. Wilson**<br>**Courtroom: 6-2nd Floor** |

NOTICE OF LODGING EXHIBIT A TO DEFENDANT SHEP PETTIBONE'S MOTION TO DISMISS PURSUANT TO
FED. R. CIV. P. 12(b)(6)

PLEASE TAKE NOTICE that Defendant Shep Pettibone hereby lodges with the Court, Exhibit A to his Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6), filed concurrently herewith, and pursuant to L.R. 11-5.1, states the following:

1.     Being lodged herewith as Exhibit A are the sound recordings of (1) "Chicago Bus Stop" (Ooh, I Love It) a/k/a "Love Break," recorded by the Salsoul Orchestra, and (2) "Vogue," recorded by Madonna. Both sound recordings were downloaded from the Amazon.com website on October 8, 2012.

2.     Because the sound recordings are a non-paper physical exhibit, it was not possible to attach Exhibit A to Defendant's Motion to Dismiss.

Dated: October 9, 2012                    By: /s/ Paul H. Duvall
                                               PAUL H. DUVALL

Case No. CV 12-5967-SVW (FMOx)

# EXHIBIT A