1  Sandra A. Crawshaw-Sparks (admitted pro hac vice)
   scrawshaw@proskauer.com
2  PROSKAUER ROSE LLP
   11 Times Square
3  New York, New York 10036
   Telephone:   (212) 969-3000
4  Facsimile:    (212) 969-2900

5  Robert H. Horn (State Bar No. 134710)
   rhorn@proskauer.com
6  PROSKAUER ROSE LLP
   2049 Century Park East
7  32nd Floor
   Los Angeles, California 90067-3206
8  Telephone:   (310) 557-2900
   Facsimile:    (310) 557-2193
9
   Attorneys for Defendants
10 Madonna Louise Ciccone, WB Music Corp., and
   Webo Girl Publishing, Inc.
11

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14

15 | VMG SALSOUL, LLC, a Delaware | Case No. CV 12-5967-SVW (CWx)
   | limited liability company,
16 |                             | ***NOTE CHANGES MADE BY THE COURT**
   |          Plaintiff,
17 |                             | [Discovery Document: No assigned Magistrate Judge]
   |    vs.
18 |                             |
   | MADONNA LOUISE CICCONE,     | [~~PROPOSED~~] **ORDER ENTERING STIPULATED PROPOSED PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION**
19 | professionally known as MADONNA, an
   | individual; SHEP PETTIBONE, an
20 | individual; WB MUSIC CORPORATION,
   | a Delaware corporation; BLUE DISQUE
21 | MUSIC COMPANY, INC., a corporation;
   | WEBO GIRL PUBLISHING, INC., a
22 | California corporation; LEXOR MUSIC,
   | INC., a New York corporation; and DOES | Hon. Stephen V. Wilson
23 | 1 through 10, inclusive,
   |
24 |          Defendants.

25
26
27
28

ORDER ENTERING STIPULATED PROPOSED PROTECTIVE ORDER
REGARDING CONFIDENTIAL INFORMATION

1 **ORDER**

2  The Court has consider the Stipulation to Proposed Protective Order

3 Regarding Confidential Information submitted by the parties on April 1, 2013.

4 Good cause having been shown, the Court hereby approves and orders entry of the

5 Stipulated Proposed Protective Order Regarding Confidential Information.

6  IT IS SO ORDERED.

7 Dated: April   12  , 2013                                     /S/

8                                              _____

9                                                      United States Magistrate Judge

- 1 -

ORDER ENTERING STIPULATED PROPOSED PROTECTIVE ORDER
REGARDING CONFIDENTIAL INFORMATION