Paul H. Duvall (SBN 73699)
E-Mail: pduvall@kingballow.com
**KING & BALLOW**
6540 Lusk Blvd., Suite 250
San Diego, CA 92121
(858) 597-6000  Facsimile: (858) 597-6008

Mark L. Block (SBN 115457)
E-Mail: mblock@wargofrench.com
**WARGO & FRENCH LLP**
1888 Century Park East
Suite 1520
Los Angeles, CA 90067
(310) 853-6355  Facsimile: (310) 853-6333

Attorneys for Defendant Shep Pettibone
and Lexor Music, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VMG SALSOUL, LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MADONNA LOUISE CICCONE, professionally known as MADONNA, an individual; SHEP PETTIBONE, an individual; WB MUSIC CORPORATION, a Delaware corporation; BLUE DISQUE MUSIC COMPANY, INC., a corporation; WEBO GIRL PUBLISHING, INC.,  a California corporation; LEXOR MUSIC, INC., a New York corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. CV 12-5967-BRO(CWx)<br><br>**NOTICE OF JOINDER BY DEFENDANTS SHEP PETTIBONE AND LEXOR MUSIC, INC. IN DEFENDANTS MADONNA LOUISE CICCONE, WB MUSIC CORPORATION, BLUE DISQUE MUSIC COMPANY, INC. AND WEBO GIRL PUBLISHING, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Date: June 3, 2013**<br>**Time: 1:30 p.m.**<br><br>**Action Filed:  July 11, 2012**<br>**Final Pretrial Conference: June 10, 2013**<br>**Jury Trial: June 18, 2013**<br><br>**Judge: Beverly Reid O'Connell**<br>**Courtroom: 14** |

TO PLAINTIFF VMG SALSOUL, LLC AND ITS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE defendants Shep Pettibone and Lexor Music, Inc., through their counsel, hereby join in defendants Madonna Louise Ciccone's, WB Music Corporation's, Blue Disque Music Company, Inc.'s and Webo Girl Publishing, Inc.'s Motion for Summary Judgment pursuant to Fed.R.Civ.P. 56 filed on May 6, 2013. For the reasons set forth in the motion, these defendants respectfully request that the Court grant the motion.

Dated: May 6, 2013              By: /s/ Paul H. Duvall
                                    PAUL H. DUVALL