1  Paul H. Duvall (SBN 73699)
   E-Mail: pduvall@kingballow.com
2  **KING & BALLOW**
   6540 Lusk Blvd., Suite 250
3  San Diego, CA 92121
   (858) 597-6000  Facsimile: (858) 597-6008
4
   Mark L. Block (SBN 115457)
5  E-Mail: mblock@wargofrench.com
   **WARGO & FRENCH LLP**
6  1888 Century Park East
   Suite 1520
7  Los Angeles, CA 90067
   (310) 853-6355  Facsimile: (310) 853-6333
8
   Attorneys for Defendant Shep Pettibone and Lexor
9  Music, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VMG SALSOUL, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MADONNA LOUISE CICCONE, professionally known as MADONNA, an individual; SHEP PETTIBONE, an individual; WB MUSIC CORPORATION, a Delaware corporation; BLUE DISQUE MUSIC COMPANY, INC., a corporation; WEBO GIRL PUBLISHING, INC., a California corporation; LEXOR MUSIC, INC., a New York corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. CV 12-05967 BRO(CWx)<br><br>**DEFENDANTS SHEP PETTIBONE AND LEXOR MUSIC, INC.'S AMENDED NOTICE OF MOTION AND AMENDED MOTION FOR SUMMARY JUDGMENT**<br><br>[Memorandum of Points and Authorities in Support; Separate Statement of Uncontroverted Facts and Conclusions of Law; Declaration of Paul H. Duvall; Proposed Judgment; filed concurrently herewith]<br><br>**Hearing Date: July 15, 2013**<br>**Time: 1:30 p.m.**<br>**Judge: Beverly Reid O'Connell**<br>**Courtroom: 14**<br><br>**Final Pretrial Conference: July 15, 2013**<br>**Jury Trial: August 13, 2013** |

# AMENDED NOTICE OF MOTION AND AMENDED MOTION FOR SUMMARY JUDGMENT

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on July 15, 2013, at 1:30 p.m. or as soon thereafter as the matter can be heard, in the Courtroom of the Hon. Beverly Reid O'Connell, located at 312 N. Spring Street, Los Angeles, California, Courtroom 14, Defendants Robert Pettibone a/k/a Shep Pettibone ("Pettibone") and Lexor Music, Inc. will, and hereby does, move the Court for Summary Judgment on all counts pursuant to Federal Rules of Civil Procedure, Rule 56.

This Motion is made on the grounds that undisputed facts bar this action for copyright infringement as a matter of law for several reasons:  (1) Pettibone is at minimum a co-author of the allegedly infringed "Ooh I Love It (Love Break)" (referred to as "Love Break"), who cannot be sued for infringement thereof; (2) Pettibone did not create the club mixes of the allegedly infringing "Vogue" and, in all events, any claims concerning those club mixes are barred by unclean hands; (3) the alleged copied portions of "Love Break" are not subject to copyright protection as they lack originality and, therefore, are not copyrightable; (4) Plaintiff is unable to establish access; (5)  Pettibone has proven independent creation; and (6) any such copying, which Pettibone denies, is *de minimis*.

Should the Court be inclined to deny Pettibone's Motion for Summary Judgment, then in the alternative, Pettibone moves to limit Plaintiff's copyright infringement claim to the statutory three year period because of the world wide dissemination of "Vogue," and Plaintiff's predecessor, Salsoul Records, investigated the alleged infringement several years prior to Verse Music Group's acquisition of "Love Break", but decided not to pursue any claim.

The Motion will be based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Separate Statement of

- 2 -

1  Uncontroverted Facts and Conclusions of Law, the Declaration of Paul H. Duvall and
2  attachments thereto, any reply papers submitted in support of this motion, oral argument
3  of counsel at the hearing on this Motion, the complete files and records in this action,
4  and such additional matters as the Court may consider.
5
6      This motion is made following the conferences of counsel pursuant to Local Rule
7  7-3, which took place on April 15, 2013, April 23, 2013, and June 5, 2013.
8
9  DATED: June 11, 2013                                  Respectfully submitted,

PAUL H. DUVALL
KING & BALLOW


By:       /s/Paul H. Duvall
          PAUL H. DUVALL

Attorney for Defendants Shep Pettibone
and Lexor Music, Inc.

---

- 2 -
DEFENDANT SHEP PETTIBONE AND LEXOR MUSIC, INC.'S AMENDED NOTICE OF MOTION AND
AMENDED MOTION FOR SUMMARY JUDGMENT