1  Paul H. Duvall (SBN 73699)
   E-Mail: pduvall@kingballow.com
2  **KING & BALLOW**
   6540 Lusk Blvd., Suite 250
3  San Diego, CA 92121
   (858) 597-6000  Facsimile: (858) 597-6008
4
   Mark L. Block (SBN 115457)
5  E-Mail: mblock@wargofrench.com
   **WARGO & FRENCH LLP**
6  1888 Century Park East
   Suite 1520
7  Los Angeles, CA 90067
   (310) 853-6355  Facsimile: (310) 853-6333
8
   Attorneys for Defendant Shep Pettibone and Lexor
9  Music, Inc.

10            **UNITED STATES DISTRICT COURT**

11            **CENTRAL DISTRICT OF CALIFORNIA**

12

13  VMG SALSOUL, LLC, a Delaware limited
    liability company,                              Case No. CV 12-05967 BRO(CWx)

14            Plaintiff,

15        vs.                                        **DECLARATION OF PAUL H.
                                                     DUVALL IN SUPPORT OF
16  MADONNA LOUISE CICCONE,                          DEFENDANTS SHEP PETTIBONE
    professionally known as MADONNA, an             AND LEXOR MUSIC, INC.'S
17  individual; SHEP PETTIBONE, an individual;      AMENDED MOTION FOR
                                                     SUMMARY JUDGMENT**
18  WB MUSIC CORPORATION, a Delaware
    corporation; BLUE DISQUE MUSIC
19  COMPANY, INC., a corporation; WEBO
    GIRL PUBLISHING, INC., a California            **Hearing Date: July 15, 2013
20                                                   Time: 1:30 p.m.
    corporation; LEXOR MUSIC, INC., a New          Judge: Beverly Reid O'Connell
21  York corporation; and DOES 1 through 10,       Courtroom: 14**
    inclusive,
22                                                 **Final Pretrial Conference: July 15,
                                                     2013
23            Defendants.                           Jury Trial: August 13, 2013**

24

25

26

27

28
─────────────────────────────────────────────────

1

2

3

## DECLARATION OF PAUL H. DUVALL

I, Paul H. Duvall, declare as follows:

4

5

6

7

1.      I am a partner at King & Ballow and am counsel for Defendant, Robert Pettibone a/k/a Shep Pettibone, in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration and could competently testify to them if called as a witness.

8

9

2.      Attached as **Exhibit 1** is a true and correct copy of the April 29, 2013 expert witness report of Dr. Gage Averill.

10

11

12

3.      Attached as **Exhibit 2** is a true and correct copy of excerpts from the certified transcript of the Deposition of Robert ("Shep") Pettibone, taken on March 19, 2013.

13

14

4.      Attached as **Exhibit 3** is a true and correct copy of excerpts from the certified transcript of the Deposition of Curt Frasca, taken on April 17, 2013.

15

16

5.      Attached as **Exhibit 4** is a true and correct copy of excerpts from the certified transcript of the Deposition of Alan Friedman, taken on April 18, 2013.

17

18

6.      Attached as **Exhibit 5** is a true and correct copy of the Declaration of Alan Friedman, dated March 22, 2013.

19

20

7.      Attached as **Exhibit 6** is a true and correct copy of excerpts from the certified transcript of the Deposition of Anthony Shimkin, taken on March 21, 2013.

21

22

8.      Attached as **Exhibit 7** is a true and correct copy of the Declaration of Gary M. Calderone, dated May 6, 2013.

23

24

25

26

9.      Attached as **Exhibit 8** is a true and correct copy of the album cover and label for the 1990 twelve inch album release of "Vogue" containing the sound recordings entitled: "Vogue (12'' Version), "Vogue (Bette Davis Dub)," and "Vogue (Strike-a-Pose Dub)."

27

28

10.    Attached as **Exhibit 9** is a true and correct copy of the Declaration of Robert ("Shep") Pettibone, dated June 11, 2013.

11.    Attached as **Exhibit 10** is a true and correct copy of the Declaration of Glenn Larusso, dated March 27, 2013.

12.    Attached as **Exhibit 11** is a true and correct copy of the Responses of Plaintiff to Pettibone's First Set of Interrogatories, dated March 8, 2013.

13.    Attached as **Exhibit 12** is a true and correct copy of Defendant Madonna Louise    Ciccone's    biography    from    the    website: *http://en.wikipedia.org/wiki/Madonna_(entertainer)*.

14.    Attached as **Exhibit 13** is a true and correct copy of the April 29, 2013 expert witness report of Dr. Jason King.

15.    Attached as **Exhibit 14** is a true and correct copy of the Declaration of Gage Averill, dated May 6, 2013.

16.    Concurrently being lodged herewith as **Exhibit 15** (15-1 through 15-4) are the sound recordings at issue in this action and/or referred to in Dr. Gage Averill's April 29, 2013 expert witness report.

17.    Attached as **Exhibit 16** is a true and correct copy of excerpts from the certified transcript of the Deposition of Robert ("Shep") Pettibone, taken on June 5, 2013.

18.    Attached as **Exhibit 17** is a true and correct copy of excerpts from the certified transcript of the 30(b)(6) Deposition for Plaintiff of James Drake, taken on June 5, 2013.

19.    Attached as **Exhibit 18** is a true and correct copy of excerpts from the certified transcript of the 30(b)(6) Deposition for Plaintiff of Curt Frasca, taken on June 5, 2013.

20.    Attached as **Exhibit 19** is a true and correct copy of excerpts from the certified transcript of the Deposition of Alexander Stewart, taken on June 3, 2013.

21.   Attached as **Exhibit 20** is a true and correct copy of the May 30, 2013 supplemental expert witness report of Dr. Gage Averill.

22.   Attached as **Exhibit 21** is a true and correct copy of the May 31, 2013 expert witness report of Paul Geluso.

23.   Concurrently being lodged herewith as **Exhibit 22** are sound and video files produced by Pettibone in this action and/or referred to in Paul Geluso's May 31, 2013 expert witness report.

24.   Concurrently being lodged herewith as **Exhibit 23** is the sound file of the original reel to reel tape recording of the vocal performance Pettibone created and recorded in or about 1980 of himself and others singing the lyrics "Love Break."

25.   Attached as **Exhibit 24** is a true and correct copy of the April, 2013 expert witness report of Alexander Stewart, produced by Plaintiff.

26.   Attached as **Exhibit 25** is a true and correct copy of the All Music report for the song title "Ooh I Love It (Love Break)" from the website: *http://www.allmusic.com/song/ooh-i-love-it-love-break-mt0003194352.*

27.   Concurrently being lodged herewith as **Exhibit 26** are the photo and video exhibits marked at the June 5, 2013 deposition of Pettibone.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct: Executed this 11th day of June, 2013 in San Diego, California.

By:   /s/Paul H. Duvall
      PAUL H. DUVALL

# EXHIBIT 1

Exhibit 1 -05

**Report**
VMG Salsoul, LLC vs. Madonna Louise Ciccone, Shep Pettibone et al

Dr. Gage Averill
Dean of Arts, the University of British Columbia
Professor of Music

This report analyzes whether portions of "Ooh I Love It (Love Break)" [hereafter: "Love Break"], are sampled in several different recorded versions of Madonna's "Vogue" (1989). Plaintiff, and its expert, raise the claim that portions of "Love Break" are contained in various versions of "Vogue", but admit that the alleged portions of "Love Break" contained in Vogue differ amongst the different versions of "Vogue". In other words, it is alleged that only certain "horn hits" or "horn stabs" are contained in the original commercially released single of "Vogue" which also appeared on the album *I'm Breathless* as well as in an expanded version that appeared on a few compilation albums including *The Immaculate Collection*; Plaintiff's expert, Dr. Alexander Stewart, alleges that certain vocals, congas and percussion[1] from "Love Break" are contained in the remixes of Vogue that appear on various versions, specifically in a 12 inch release of "Vogue", the "Betty Davis mix" of "Vogue", the "Strike a Pose mix" of "Vogue", and also in versions that do not appear to have been authorized or released by the defendants entitled "Vogue (The Shep Pettibone Integral Mix)" and "Vogue (Shep's On-the-Fly Dub)".[2]

As discussed below, (1) I do not believe that "Vogue" contains actual samples (meaning digitally lifted portions) from "Love Break"; (2) the alleged single chord horn hits or horn stabs contained in Vogue are not in any way original to either "Vogue", "Love Break", or "Chicago Bus Stop" and are not copyrightable, as they are a single chord that would exist in numerous recordings that pre-exist "Love Break"; (3) the alleged drums, percussion, and congas are also not original or copyrightable; (4) along these same lines, "Love Break" appears in and of itself to copy portions of a song entitled "Love Is The Message"; and (5) the alleged single chord horn hit in "Vogue" is neither qualitatively nor quantitatively important to either "Love Break" or "Vogue". Due to the lack of originality of the horn hit, drums, percussion and congas, put at issue in this case by the Plaintiff, the ordinary listener could not recognize any of these sounds as emulating from "Love Break". As discussed below, I conclude that there was no digital sampling of "Love Break" or "Chicago Bus Stop".

---

[1] The original complaint, and the original expert report that accompanied it, alleged that only the horn hits infringed on copyright. In the revised report from the Plaintiff's expert, mention was made of congas, other percussion, vocals and drums as well. The expert was unable to verify the presence of drums and so that issue was not pursued.

[2] Unless otherwise specified, when I refer to "Vogue" in this report I am referring to the two commercially released version of "Vogue", specifically the Radio Edit and the so-called "compilation mix".

Exhibit 1 -06

My report also analyzes whether "Love Break" is significantly different compositionally from a song entitled "Chicago Bus Stop", and whether the creator of "Love Break" should have received credit and ownership of it as a result.

## 1. Qualifications and methodology

I am an ethnomusicologist (Ph.D. 1989 University of Washington), specializing in the popular music of the Caribbean and North America. I recently served a two-year term as President of the Society for Ethnomusicology. I have won best book prizes from the Society for Ethnomusicology, the American Music Society, and the Association for Recorded Sound Collections. My most recent project was nominated for two Grammy Awards and was declared an Outstanding Project by the Clinton Global Initiative. I have a co-edited volume on culture industries, as well as a long list of academic articles, encyclopedia entries, textbook chapters, and reviews to my credit. I currently serve as the Dean of the Faculty of Arts [Creative and Performing Arts, Social Sciences, and Humanities] at the University of British Columbia, having previously been the Dean of the Faculty of Music at the University of Toronto and the Chair of the Music Department at New York University. I have also taught at Columbia University, Wesleyan University, and Princeton University.

For eight years, I served as a columnist for *The Beat* magazine, and authored many CD liner notes. Among the courses I have taught have been "Transcription and Analysis", which bears on the work I do in this case, "Global Popular Music" and "Expressive Culture: Sound", an introduction to the acoustic environment and to hearing/listening. I have consulted for the Ford Foundation, National Endowment for the Arts, and for archives, films and festivals. I have also been engaged to render opinions and analyses in a number of copyright infringement cases. More details may be found in my c.v., including a list of all of my publications authored in the last 10 years (Attachment 2). My last deposition as an expert was in 2008, and so falls outside of the four-year requirement for declaration. As an expert in this case, I have agreed to be compensated at $300 per hour for study and testimony.

Analysis in forensic musicology cases needs to be guided by the questions that have been raised, and so methodology varies from case to case. Deep listening to the musical examples in question is a standard precursor to analysis. In this case, I sketched the structure of the musical examples, analyzed existing scores, transcribed relevant materials into staff notation, and analyzed waveforms. I have used waveform analysis (with spectrographic display) on computers since 1989.

Currently, for projects such as this, I use a program called "Transcribe!" to amplify what is possible to accomplish with the unaided ear. This program provides a spectrogram (a visual display of the waveforms), which registers intensity (loudness), duration, the pitches and overtones present in the sound, and it also provides the ability to determine pitch to the nearest cent (one one-hundredth of the distance between any two adjacent

Exhibit 1 -07

notes on a piano). The program allows one to slow the music down to 25% of its speed and to "zoom in" on waveforms to determine what is occurring in very precise moments in the music. One can easily loop sounds, mark sections, and request that the program attempt to identify notes and chords. Thus, for this case, I have used guided listening (assisted by the program just described), score analysis, waveform analysis, and transcription to aid in answering the questions asked of me as an expert witness.

I utilized the same set of versions of the three songs listed by Plaintiff's expert with the addition of "Love Is the Message" from MFSB (1973), which, I argue, contributes important sections to "Chicago Bus Stop" and "Love Break". I also incorporate the commercially available sheet music for "Vogue", which the Plaintiff's expert does not reference. In addition, I have relied on the depositions of Anthony Shimkin, Alan Friedman, Shep Pettibone, and Curt Frasca; the sheet music for "Vogue"; all of the recordings listed in Section 3 of this report plus scores of others that were not deemed relevant; the expert witness report by Dr. Alexander Stewart; and the Complaint in this case filed by the Plaintiff.

## 2. The absence of digital sampling from "Love Break" in "Vogue"

It is alleged that a "horn hit" that appears in all versions of "Vogue" is sampled from the previous recording "Ooh I Love It (Love Break)" produced by Shep Pettibone. I do not believe that the horn hit in question shows evidence of having been produced by sampling. It is important to note that for the versions of "Vogue" heard on radio and commercially available to the public—in other words the original Radio Edit (which was also available on the album *I'm Breathless*/Music From and Inspired by the Film 'Dick Tracy'") and the mix the Plaintiff's expert calls the "compilation mix", which appeared on the album *The Immaculate Collection* and some subsequent compilations—this horn hit is the only alleged sample present.

It is important to point out that no sampling took place directly from "Chicago Bus Stop".

To wrap up his section on the qualitative importance of horn hits in "Vogue", Dr. Stewart argues that they are the "only 'real' instruments heard on the track," which is otherwise dominated by "electronic devices (such as synthesizers, sequencers, drum machines, etc.)". This seems to betray a lack of familiarity with the production technology used to create "Vogue". At the time of the production of "Vogue" in 1989, the E-MU company had just produced its first Proteus 1 rack-mounted sample playback module. Defendant Shep Pettibone, is well known for his use of this equipment in "Vogue" and in recordings he made in subsequent years. The Proteus (unlike samplers, which had come into use in the early 1980s), came factory-loaded with *pre-sampled* sounds; it contained a vast digital sound bank that producers and engineers used to create new music. These sounds had been digitally sampled from live musicians hired by the E-MU company (i.e. as opposed to being produced by electronic synthesis), but

Averill 3

Exhibit 1 -08

these sounds could be manipulated, shaped, controlled to produce "room" effects, or they could be gated, delayed/pre-delayed, equalized, modulated, and filtered (among other effects) for an enormous "palette" of musical sound. Different instrument samples in Proteus could be layered to create chords, as Pettibone appears to have done with many sounds in "Vogue". Pettibone used these sounds for much of the Madonna material he produced in these years, including "Vogue". Hence, many or most of the sounds on the album are 'live' in origin, not synthesized or electronic in origin.

In contrast to how the horn hits were described by Dr. Stewart, the horn hits on Vogue, to my ears, have a peculiar tinny sound—something akin to a car horn sound—and I hear a stark contrast with the horn hits of "Love Break", which retain a live and fresh sound with more individuality to the horn voices. Although the horn hits clearly have similarities (disregarding the half-step difference in pitch, which is indeed meaningless in terms of whether the latter recording is a sample of the earlier one), I believe that a normal listener, if hearing these two contrasting sets of horn hits proximate to each other, will note the clear contrast in timbre or sound quality. Perhaps this difference is the source of the claims in the Plaintiff's Complaint that the "Love Break" horns were sampled and "intentionally hidden", "intentionally disguised", and "deliberately hidden". This language presumes that the "Vogue" horn hits were samples of one or more of the horn hits in "Love Break". Clearly, I disagree.

I do not negate that the chord is similar in its "voicing" (its arrangement of pitches) to that of "Love Break" as Plaintiff's expert points out. I do arrive at a slightly different horn hit chord in both songs than does Dr. Stewart. I agree about the chord's basic identity (it can be described as a dominant 13th), but I consistently note the strong presence of a 5th note of the chord as well as a 9th. These tones show up on the spectrographic analysis of the chords over and over in different locations in the songs. These things can be heard differently and the process of interpreting chord structure from complex sound recordings is fraught, so I don't make much of this discrepancy in interpretation. Like Dr. Stewart, I find that the chord in "Vogue" is similar in structure to the one in "Love Break" but a half-step higher in pitch. I include below a figure showing both of our analyses of the chords in both songs. I will point out, however, that Dr. Stewart has chosen to transcribe his "Vogue" example in the key of B (and therefore the 5 sharp symbols following the G-clef) (p. 35-36). Given that "Vogue" is sung and played in the very different key of A-flat, which is how it is notated in the commercially available sheet music,[3] this choice is perplexing, but it doesn't affect the chord in question, which matches my own enharmonically (minus the extra pitches I discern in the chord).[4]

---

[3] This sheet music is available from musicnotes.com, and carries a copyright from 1990, Warner Brothers Music Co., Inc., Bleu Disque Musique Co., Inc., Webogirl Publishing Inc. and Lexor Music.
[4] Enharmonics refer to the fact that for most intents and purposes a note written as a G-sharp is equivalent to an A-flat.

Exhibit 1 -09



*Figure 1.* Minor differences in the chord structure as rendered by the two experts in their reports.



*Figures 2a and b.* These diagrams show the presence and strength of the signal associated with various pitches in the horn hit chord in "Love Break" (left) and "Vogue" (right).

And so, does the similarity of chords require that the horn hits were sampled? No, and there is a compelling alternative explanation, matching that of the recollection of Shep Pettibone: he emulated the chord from "Love Break". It is reasonable to conclude that Mr. Pettibone, in producing "Vogue" for Madonna, was inspired by his own 1982 recording of "Love Break", and he appears to have wanted to capture the essence of the sound of the earlier horn hits by emulating them in the new composition. Dr. Stewart, Plaintiff's expert, in denying the possibility of imitation rather than copying, asked the

Averill 5

Exhibit 1 -10

question: "why would one even wish to mimic the sonic artifacts of the prior recording and imperfections of the live horn parts?" (p. 7). The answer should be obvious to anyone familiar with the history of sampling. The reason to sample would generally be to incorporate into a new mix an interesting sound from a previous recording. However, because of the concern that this practice could violate the original artist's rights, producers increasingly began to emulate historical sounds with imitative new sounds. The practice of holding a place in an arrangement with a sample that one likes—and then supplanting the sample with an imitative new sound was quite common. (This practice is referenced in the testimony of Plaintiff's witness, Anthony Shimkin on page 106 of his deposition.) It would be important in these cases to make sure the new sounds didn't constitute identifiable melodic-rhythmic patterns that might infringe on the copyright of the original composition, and I conclude that Mr. Pettibone has lived up to this standard.

Plaintiff's expert argued that "The creators of 'Vogue'.... saved considerable production costs associated with bringing in new musicians." This ignores the fact that Pettibone was not in general bringing musicians in to play on tracks for "Vogue" but was producing the sounds on the E-MU Proteus 1. Plaintiff argues that Pettibone sampled "Love Break" and then disguised the sample. I would pose a different question than Stewart did (above): Why would someone go through the trouble of sampling a sound from a previous recording only to disguise it so completely as to negate the connection to the original, especially when one can mix a new comparable sound legally with the twist of a few dials on a Proteus 1?

To help in the determination of the origins of the "Vogue" horn hit, I asked Shep Pettibone to try to reproduce a chord similar to the one he described producing on "Vogue" using Proteus hardware. For this purpose, he was able to secure an E-MU Proteus 3 (1991) bought on eBay. My understanding is that the Proteus 3 would have used the same underlying sound bank (but with additional world music samples) as the Proteus 1. The end result is compatible to the chords on "Vogue". I have included a spectrogram of this horn hit below. The length of the sample matches (.23 seconds), the spectra from the chord line up closely with those from "Vogue" as do the patterns of attack and decay, and the waveform intensity graph (a representation of the strength of the sound). The timbre of the Proteus horn hit (the peculiar sound quality) is a reasonable precursor to the horn hits in "Vogue", but they would require a more complex process of filtering. So it is a logical explanation of both similarities and differences between the horn hits in "Love Break" (which Pettibone himself arranged) and "Vogue" that Pettibone used the earlier horn hits as inspiration for new imitative art in "Vogue", produced on Proteus 1 sample playback module with similar timing, chord structure, and timbre.

Averill 6

Exhibit 1 -11



*Figure 3.* This is a map of the waveforms of the two horn hits produced by Shep Pettibone on the E-MU
Proteus 3. The spectra below in the blue box represent a graph of the strength of the various pitches that
are represented in the chord (sampled in the dark blue region above). This chord then, features notes on
Eb, Gb, Bb, and Db with some duplication at the octave and a probable major 7th note. This could be
described as a Gb6 or Gb13 (with some missing notes) or as an Ebm7.

This explanation of the origin of the "Vogue" horn hits would be of little use, however, if
the Plaintiff's expert were able to prove copying – which he believes he can do with
"*incontrovertible* proof" based on sounds he believes are "sonic artifacts ('ghosts' in
audio engineers parlance)" (p. 1). These kinds of additional sounds from an original
recording that show up in samples may also be termed audio palimpsests (a reference
to historical manuscripts copied over previous manuscripts but in which a trace of the
original shows through). If the horn hits in Vogue contained a trace of a "backwards
cymbal" effect found in one horn hit on an unreleased promotional instrumental version
of "Love Break", as the Plaintiff's expert argues (and as Plaintiff Curt Frasca himself
argues in his deposition on page 102, line three), that would indeed reinforce a claim
that sampling may have taken place. However, no such palimpsest exists.

I include a spectrographic chart of the double horn hit in "Love Break" (at 3:40), which
Plaintiff's expert contends was the sound that was sampled for "Vogue". Coincident
with the double horn hit is a sound that builds in intensity (crescendos), has the metallic
hissing timbre associated with a cymbal, and whose shape is the reverse of the
exponential decay one would expect of a cymbal strike. I have outlined its approximate
shape in red. Dr. Stewart argues that this same cymbal sound is audible "in all iterations
of the Vogue double horn hit."

To hear this cymbal sound on its own, one can listen to the opening seconds of the
version of "Ooh I Love It", the 1982 Instrumental 12" remix, attributed by the Plaintiff to

Averill 7

Exhibit 1 -12

Shep Pettibone. There is indeed a sound with a similar quality that appears briefly following the double horn hits in "Vogue", and it is understandable that a someone looking closely for evidence of sampling might interpret that sound as a reappearance of the reverse cymbal of "Love Break". However, for the purpose of analysis, the problem is that this sound is almost always heard with other instruments in the mix and is therefore difficult to analyze precisely. So I turned to the clearest representation of that sound in "Vogue", which appears in the version produced by the Plaintiff's expert and labeled as "Audio Ex F Vogue (12" Version). Here there is a silence after the horn hits, which occur at the very beginning of the recording. In this setting, the hissing "echo" effect can be clearly heard (seen below in a spectrograph), but it is clear that there is no exponential build in intensity characteristic of the reverse cymbal. Instead, this appears to be a highly electronically modulated echo effect of some kind.



*Figures 4a* and *4b*. Spectrograph of the double horn hit in "Ooh I Love It (Love Break) —instrumental 12" Remix" at 3:38, overlaid with red lines to show approximately the envelope of the "reverse cymbal". The two envelopes in the centre of the figure are the horn hits, and the strong lines near the right of the figure represent a bass drum beat, which precedes the termination of the cymbal sound. Figure 4b shows the opening double horn hits followed by an isolated version of electronic echo effect (enclosed in the red box) from the opening to "Audio Ex F "Vogue (12" Version). The horn hits themselves (on the left and centre in the figure) appear to have been muted a bit because of their position at the start of the song.

Therefore, Curt Frasca's claim that there is a "ghost" of a reverse cymbal from "Love Break" present in "Vogue" is based on mistaken identity, and there is no such ghost to support a claim of sampling.

Exhibit 1 -13

Other arguments for the horn hit as a sample also rest on shaky assumptions. Plaintiff's expert claims that the horn hits have a "'laid back' or relaxed feel" in "Love Break" as well as in "Vogue"; but such a determination would have to do with the *placement* rhythmically in the mix, which would be determined by the producer or engineer – this is not an intrinsic issue of the sound and therefore it has no bearing on the issue of sampling. Dr. Stewart also claims that all aspects of morphology are "absolutely identical" but provides no proof for indistinguishable attack, decay, or articulation—on spectrographs, these features look different in "Vogue" than on the corresponding sounds in "Love Break". Resolution of this issue, and all issues of sampling, would be quicker and clearer if I were to be in possession of all master tapes from "Love Break" as well as "Vogue", but I understand that Verse Music Group has claimed that the former are not in their possession. Should these surface, I reserve the right to amend my report. Finally, I will note that there is no allegation that the Defendant(s) directly sampled "Chicago Bus Stop", only "Love Break".

All other allegations of sampling refer only to the versions of listed as "Vogue" (the "12" Remix"), the "Betty Davis Dub", and the "Strike A Pose Dub"; or to those versions whose authenticity and origins have been challenged (the "Shep Pettibone Integral Mix" and "Shep's On-the-Fly Dub"). I will refer to these as the five additional mixes. These kinds of mixes are typically a post-production effort to cater to deejays in particular nightclubs and discos/dancehalls. They are not intended for widespread sale and may in fact be given away to spur their use. The role of the Plaintiff and Plaintiff's witness in the creation of these recordings is a disconcerting issue as is the unknown origin of the other two mixes, but I will address the questions that have been raised about sampling nonetheless). Again, I stress that these allegations do not pertain to the commercially released versions of Madonna's "Vogue" (the Radio Edit or the compilation mix).

Plaintiff's expert alleges that there is a 4-measure or eight second conga pattern with a vibraphone slap and also a short vocal fragment with the words "love break" that were sampled and were included only on the five additional mixes. In reference to the similarities of vocal passages in "Love Break" and "Vogue", Plaintiff's expert says, "there can be no question that this is a sample." I have tried to sample the best versions of the conga beat from the examples listed by Plaintiff's expert, and the match with the pattern in the Original Shep Pettibone Mix is not compelling or conclusive

**3. The horn hits, conga patterns (with vibraslap) and vocal excerpts are neither unique nor original and cannot be considered protected by copyright**

It is my contention that neither the short horn hits nor the percussion, nor even the short fragments of a vocal line are unique, original or sufficient for copyright. If it is not possible to establish that the "Vogue" recording contains sampled material from "Love Break", it might be possible that Plaintiff would to try to argue that the horn hit is compositionally important and that it thus might be able to be covered by copyright on that basis alone. Plaintiff's expert uses language that opens up this

Averill 9

Exhibit 1 -14

argument on page 2 of his report: "this distinctive musical expression is heard
prominently in both works and is significant to both the recordings *and the
compositions*." [italics mine] If the horn hits were compositionally important to
"Vogue", one would expect it to show up in the same locations of different versions of
"Vogue" (which they don't); one would expect the sheet music of "Vogue" to make
reference to the horn hits (which it doesn't, see Appendix I), and one would expect to
hear the horn hits in covers of the song by other artists (which is typically not the case—
see Rihanna's cover of "Vogue" at http://www.youtube.com/watch?v=JmNHLpbiVno or
the version by Sixth Finger).

To my knowledge, similar chords, chord progressions, sound effects, rhythmic patterns
and the like—in and of themselves (and unless sampled)—have not been found to
infringe. Just as a single note isn't subject to copyright, so a single and momentary
arrangement of notes defies logic as a subject for copyright claims. Almost all of
popular music is accompanied by a continuous stream of chords on pianos, guitars, horn
sections, or other instruments, and all of Western music operates on the assumption
that melodies can be harmonized with chords. There is also a very limited set of chord
types, although the set of pitches within them can be rearranged in various ways
(voicings, inversions). Plaintiff Curt Frasca admits this in his deposition: "Well, I guess if
you are asking is that chord in other music, I would assume yes, because there's a
limited amount of chords." (100: 7-10) Even *series* of chords (harmonic progressions)—
by themselves—have eluded copyright protection, because thousands of songs may
share the same chord progression.

In "Love Break", Pettibone emulated the practice of using horn chords in a percussive
manner (comparable to a "hit" on the snare drum). Thus the horn hits in "Love Break"
hardly incorporated new or unique aesthetic practice: they were continuous and
coherent with practices widespread in the Philly Sound, funk, soul and disco.

In looking at the practice of horn hits, I will predominantly list those songs that were
recorded before by 1976, when "Chicago Bus Stop" was released, but I will include a
scattering from following years to demonstrate that this technique remained a popular
one well into the 1980s. Let's begin with the genre known as the Philly Sound or Philly
Soul. Many of the artists who are captured under this rubric were backed up by the
band MFSB, produced by Kenneth Gamble and Leon A. Huff, and were recorded on
Philadelphia Records. Indeed, many of the band members of the Salsoul Orchestra,
which recorded "Chicago Bus Stop" were previously in MFSB, including Vincent
Montana Jr. MFSB is the band that recorded "Love Is the Message", portions of which
have been copied in "Chicago Bus Stop" and "Love Break". MFSB itself recorded many
songs with powerful horn hits in the 1970s (featuring either a single harmonically static
chord or an alternation of two chords), including:

- "T.S.O.P." (1974)
- "Ferry Avenue" (1975)

Exhibit 1 -15

- "Get Down With the Philly Sound" (1975)
- "I'm On Your Side" (1976)*
- "Plenty Good Lovin'" (1976)
- "Love is the Message" (1973)
- "Sexy" (1975) (with a double horn hit like that of "Chicago Bus Stop")

I have put an asterisk next to "I'm On Your Side" because a nearly identical horn hit chord to the one in "Love Break" can be heard at 0:35 and then often throughout the song. Recordings of other Philly Soul artists that include prominent horn hits include:

- The O'Jays, "Give the People What They Want" (1975)
- The O'Jays, "Living for the Weekend" (1975)
- Eddie Kendricks, "Get the Cream Off the Top" (1975)
- Eddie Kendricks, "Girl You Need a Change of Mind" (1973)
- The Intruders, "I'll Always Love My Mama" (1973)
- South Shore Commission, "I'm a Free Man" aka "Free Man" (1975)
- Teddy Pendergrass, "The More I Get, the More I Want" (1977)
- Teddy Pendergrass, "I Don't LoveYou Any More" (1977)
- Teddy Pendergrass, "Get Up, Get Down, Get Funky, Get Loose" (1978)
- Teddy Pendergrass, "Bad Luck" (1975) also recorded by Harold Melvin and the Blue Notes
- Harold Melvin and the Bluenotes, "The Love I Lost" (1973)

All of these have prominent horn hits of the kind heard in "Love Is the Message", "Chicago Bus Stop", "Love Break" and "Vogue". Of course this arranging device can be found in many James Brown songs, such as:

- Papa's Got a Brand New Bag (1965)
- Get Up Offa That Thing (1976)
- Say It Loud (1968)
- Cold Sweat (1967)
- Super Bad (1970)
- Mother Popcorn (1969
- I Got The Feeling (1968)

One could also go a little further afield in funk and soul and still encounter these prominent horn hits, such as in the following:

Charles Wright and the Watts 103rd Street Rhythm Band
- Express Yourself (1970)

Marva Whitney

Averill 11

Exhibit 1 -16

- What Do I Have To Do? (1968)

Without going into excessive detail, it is safe to say that such horn hits were a common and widespread convention of soul, funk, and disco in the 1970s and early 1980s and that Pettibone's incorporation of the one double hit in the radio play version of "Vogue" and of the various hits in the extended versions builds on a long history. There is nothing unique about this arranging device (the horn hit), nor would it constitute a sound with sufficient identity to be subject to copyright protection.

The same is true of the 4-measure conga pattern, which the Plaintiff's expert alleges can be found on all *five additional versions* of "Vogue" (but not in the "Radio Edit" or the compilation mix). I accept his count of the number of iterations. It is without doubt a very similar combination of conga and vibraslap to that heard in "Love Break". However, plaintiff faces a difficulty in establishing a claim for infringement. First, the conga pattern used in all of these examples is the most prevalent pattern played on conga, learned by every student of conga and played for mambos, sones, guarachas, and generally in salsa pieces, and also widely used in rock and (with a swing feel) in jazz. Commonly called the conga *tumbao*, no pattern in Latin music could be more ordinary or less original. For example, the exact conga part can be heard in Willie Colón and Ruben Blades' "Siembra" (1978) or Típica '73's "Manono" (1972) and in thousands of recorded examples from throughout the 20th century.

To summarize, the pattern is not original and it is certainly not copyrightable without putting every Latin conga player out of business! And the presence of a sound effect (vibraslap), which could be a canned sound sample or simply a percussion instrument in the possession of the defendant used little to advance the argument. If the conga patterns turned out to be identical, could we be sure that this was not a pre-existing tape loop used in both recordings, as opposed to a sample *per se* of "Love Break"? I will reiterate that I have no proof or testimony that Shep Pettibone was involved in any of these remixes or versions. Finally, based on everything discussed above, due to the non-original nature of the horn hit and conga pattern, an ordinary observer listening to "Vogue" would not recognize horns or the congas as being from "Love Break".

### 4. The material in question is quantitatively and qualitatively minor in comparison to "Love Break" and "Vogue"

The core material at the heart of this complaint is a single chord (notes played simultaneously in a logical, harmonic relationship to each other) played on brass instruments. The term "horn hit" or "horn stab" is often used to refer to this kind of short, percussive use of a chord, an effect commonly used in the Philly sound, in funk, in up-tempo soul, and in disco.

Averill 12

Exhibit 1 -17

The chord in question in "Love Break" has a duration of approximately .23 seconds (or less than a quarter of a second). Standing alone or in a pattern of two hits, this chord makes multiple appearances in "Love Break", and a similar chord is played in most versions of "Vogue". In "Love Break" (the Original 12" version), the chord is sounded many times (70 as noted above) but its cumulative duration is only 16 seconds out of more than seven minutes of recorded music. More importantly, the chord isn't sounded for the first 4:39 (after more than half the recording has elapsed) during which all of the most important material in the recording has been introduced. It is used in the 2nd half of the recording typically in alternating patterns of single and double hits more or less like an element in the rhythm track. It is noticeable in this version (and in the instrumental version where it sounds 50 times after 3:11 in the song for a cumulative duration 11.5 seconds.

In the radio play 'single' version of "Vogue", the version that had popular success on radio and sales of the single and the album ("I'm Breathless/Music From and Inspired by the Film 'Dick Tracy'", 1990), the horn hit appears once in a single hit and four times as a double hit. It is thus sounded for 3.45 seconds of a song that lasts 4 minutes and 50 seconds. This can hardly be described as quantitatively significant. I recognize that it is common in cases such as this to ask experts what percentage of a composition one would assign to the alleged sample. So, given that it is not a memorable part of the recording and given its very short cumulative duration, I would start with the purely proportional value: 1.2%. Longer versions of the song, including what Plaintiff's expert calls the "compilation version", included more appearances of this horn hit, but even the version with the largest number of horn hits features cumulatively less than 9 seconds of horns out of a more than 7 minute song. I do not dispute the various counts made by the Plaintiff's expert of horn hits in both "Love Break" and "Vogue", and so I will refrain from duplicating his work in this. However I do dispute vigorously the interpretation made by Dr. Stewart, which is characterized by hyperbole, misstatements, and a strident attempt to exaggerate the qualitative importance of horn hits in "Vogue".

Plaintiff's expert argues that these chords "appear at important structural moments"(16). He first notes that they "signal the beginning of the song proper". This is incorrect. The end of the introduction and beginning of the song section occurs at 1:26, twelve and six seconds respectively following these hits, and only after an important cadential (ending) formula played on string stabs. When he says that they "bookend or punctuate the title phrase of the song", he means that they appear in a passage in which the word "Vogue" is whispered. He is correct that they appear just before the spoken section of the song, but here they are buried so deeply in the mix that it would be completely unnoticeable to an average listener. Stewart does not point out that the next appearances of the horn hit (4:05 and 4:15) are in the middle of the spoken section and in the middle of the break, locations in the song that hardly argue for their consideration as "important structural moments".

Averill 13

Exhibit 1 -18

Most importantly, a brief glance at the appearances of the horn hits in the various lists prepared by Plaintiff's expert for versions of "Vogue" makes it clear that the use of these horn hits, far from being structurally significant, is quite decorative and idiosyncratic – the producer adds them wherever he wants a horn hit effect with seemingly little consideration of major structural changes and little consistency in their placement. It is not the case that they generally appear in pairs of single and double hits. I would not argue with the language that describes them as an "intensifier", but they are one of a wide range of musical effects that help to intensify the experience for the listener. The most important of these, in my opinion, are the stark, syncopated keyboard chords; the string stabs; the long iridescent string and synthesizer chords that open the song; finger snaps in the early measures; all of the echo effects; and so forth. Of course the most memorable parts of the composition from a listener's point of view would be Madonna's vocals (sung, whispered, and spoken) and the dynamic rhythm tracks (which would include the bass). I believe that an average listener, after listening to "Vogue", would not recall as especially memorable or significant those 3.45 seconds of horn hits.

In contrast to the argument by Plaintiff's expert that the horn hits are structurally important, I would argue that their minimal cumulative duration, their largely decorative and non-structural use, and the fact that they are sometimes buried in the mix render them *de minimus* elements of the recorded sound, neither quantitatively or qualitatively important. In fact a normal listener would likely miss them entirely, focusing rather on the far more prominent elements in the mix that I have enumerated above, all of which are more emblematic of the song.

In the case of the vocal fragment "love break", it is short in duration, it makes scattered appearances in only the five additional versions of "Vogue", and it is sometimes low in intensity in the mix, all of which establish it as a very *de minimus* presence. I note that in his deposition, Shep Pettibone testified to how this material was composed and recorded. The rap "Love Break" was written some two years earlier, and was a vocal overdub to the instrumental "Love Is the Message" by MFSB. Pettibone testified: "Love Break was a song that I wrote that I put over Love is the Message that was played on Kiss FM. The idea came up because it was played in the lunch break afternoon music mix. And Love is the Message I re-popularized in the New York area from the edit I had done on it." (p. 14, lines 4-10). The tape that he had made was used, according to Pettibone, on his radio show with the "Love Break" loop that we hear in the five additional versions of "Vogue". Having previously raised the participation of Curt Frasca and Anthony Shimkin in the production of the remixes and versions of "Vogue", I would like to focus on the following statement he made in his deposition in describing the kind of work he did in the recording studio: "I would often, my job was often to sample vocal phrases from within the songs, so when we created extended versions, I would then play these vocal samples in a rhythmic manner for certain portions of the extended remix, in the dub, and in the other versions." (In my version of the deposition, this is in lines 17-23 on page 26 – this may be an older version). The process that Mr. Shimkin

Averill 14

Exhibit 1 -19

describes sounds exactly like the one that produced the allegedly infringing vocals in the
"extended remix, in the dub, and in the other versions" of Vogue!

Throughout these versions of "Vogue" the congas, where they are played, are typically
mixed low in the mix and thus a normal listener may not recognized them in the mix.
Overall their contribution to the mix is largely to "thicken up" the rhythm track a bit and
provide a bit of diversity in that track. The pattern is also the most common one in Latin
music.

### 5. Is "Love Break" protected by copyright?

The song "Love Break" is a new work of art that was structured primarily on the musical
elements in the song "Love Is the Message"(1973) by MFSB, a group that became
Salsoul Orchestra in later years. It is not a "version" of "Chicago Bus Stop", and thus its
content cannot be properly protected without a new copyright registration. With the
rhythm track and some instrumentals inspired by "Love Is the Message" and with vocals
composed two-years earlier by Shep Pettibone and recorded by him and two other
singers, the incorporation of sections of thematic material and some instrumental
excerpts of "Chicago Bus Stop" do not and should not have, at the time, deprived Mr.
Pettibone of his compositional credits to the song.

Plaintiff's expert calls "Love Break" a "re-arrangement or re-mix of 'Chicago Bus Stop'".
One problem for the Plaintiff may be that there does not appear to be a copyright
registration on "Love Break". There is a registration for "Chicago Bus Stop (Ooh I Love
It) from May 3,1976 (Exhibit A), but nothing that seems to protect the later Shep
Pettibone work called "Ooh I Love It (Love Break) from 1982. This may explain the
Plaintiff's concern to incorporate "Love Break" under the copyright registration of the
previous song. Because I have found extensive copying of other works in "Love Break"
and "Chicago Bus Stop" (see my analysis below) and because Mr. Pettibone's creative
contributions to "Love Break" essentially created a new work based primarily on "Love
Is the Message" (but using elements of "Chicago Bus Stop"), I believe a new copyright
registration for "Love Break" would be absolutely essential in protecting the work. How
much of "Love Break" should be credited to Mr. Pettibone and his creative mixing
talents? Writing lyrics typically led to a 50% share of compositional credit in the famous
Tin Pan Alley songwriting teams. Is there a clear contract that specifies how credit and
royalties are to be distributed? Too often in the early days of versioning, remixing, and
mashing, these issues were left ambiguous.

Plaintiff's expert does not mention the contributions of "Love Is the Message"
(hereafter: LITM) to either "Chicago Bus Stop", "Love Break" or "Vogue". Most glaringly,
when comparing "Chicago Bus Stop" to "Love Break" he uses the version of "Love
Break" that was never commercially released, ignoring the commercially accessible
version. I will focus my analysis initially on the original version to reveal that Pettibone's

Exhibit 1 -20

"Love Break" is more appropriately a new work based on LITM with elements of Chicago Bus Stop "mashed up" or added to the mix.

Let me begin with a look at the 1973 recording called "Love Is the Message" by MFSB (the antecedent of the Salsoul Orchestra). At 4:52 into the song, LITM establishes alternating chords played by string instruments, with each chord held for a measure. The bass line (seen below in Figure 5) becomes prominent (it has been heard in other versions in other sections of the recording) as does the rhythm played on the drum set.

Two sections of "Chicago Bus Stop" appear to use these same chords; they can be heard at 1:42-2:48 and 4:01 – 4:40, i.e. constituting nearly two minutes out of a recording lasting 4 minutes and 40 seconds. An ordinary listener would instantly recognize the striking similarity in the ways that these string chords are used in the recordings.



Figure 5. This is the bass line to "Love Is the Message" by MFSB (1973) at 4:52-5:12. This is the same base pattern incorporated into "Love Break" and that accompanies the held string drones.

This copying that created the two sections of "Chicago Bus Stop" appears to have inspired Mr. Pettibone to mix the two songs together in "Ooh I Love It (Love Break)". I have included a schematic diagram on the following page to represent the balance of materials derived from LITM and those from "Chicago Bus Stop" in this new recording. It is instantly apparent that the drum pattern, the bass part, and the strings (and imitations of the strings) from LITM are the most prevalent material in "Love Break", each running for most of the 7:25 recording. "Love Break" first imitates the LITM strings on vibraphones and voice and then transitions this part to a string sound around 3:44. Because all three articulate the same part, I have chosen to represent them on one bar line. The bass line that I transcribed above from LITM enters at 0:55 of "Love Break". Using staggered entries at 1:12 and 1:27, the vibraphone and voices take the role of the measure-long alternations of the sustained strings. Not until 1:43 does a theme unique to "Chicago Bus Stop" (theme 1) enter the picture. Pettibone's rap composition enters at 2:01 and this rap is delivered over the LITM-derived rhythm

Exhibit 1 -21



*Figure 6.* Schematic diagram showing the presence of elements from "Chicago Bus Stop" (blue) and LITM (purple) in "Love Break (Original 12" Mix)". The timeline (not to scale) runs from left to right at the top and continues in the middle of the page. The orange at the top shows the presence of the rap vocals.

section with almost no influence from "Chicago Bus Stop" until the "Doo-doo-doot-da-doo" vocals (called Theme 2) come in at 2:36. The original rap re-enters at 2:50 and again ends in a chanted chorus of sorts ("Love it when you shake it; hate it when you take it; love it when you want to take a love break"). The Latin rhythm breakdown around 4:00 recapitulates the introduction leading to the reintroduction of the "Love is the Message" bass pattern and drum set rhythm. At 4:43, the horn hits enter the mix, continuing until 5:41 and they resume from 6:13 until 7:25. Because they are sporadic, I haven't included them on the schematic chart, but I will capture them below in the narrative. The latter part of the song (post 6:37) contains some of the rhythm and lead guitar riffs from "Chicago Bus Stop".

Averill 17

Exhibit 1 -22

Thus, from far from being a simple re-arrangement or re-mix of "Chicago Bus Stop", as Plaintiff's expert represents, "Love Break" is much closer to a version of "Love Is the Message" with the "Love Is the Message" bass and drum set rhythm used throughout, and with the string alternations also heard throughout most of the song. This structures the harmonic content of "Love Break", creates the rhythm section, and establishes the mood with the alternating string sounds and their imitation on voice and vibes. The rhythm section is used as the base for a new rap composition by Mr. Pettibone, accompanied by additional percussion, also added by Mr. Pettibone. The two sections of thematic material from "Chicago Bus Stop" occupy only a minor part of the total duration of the recording (2:15 of a 7:25 piece). The "Chicago Bus Stop" guitars can be heard for 46 seconds in total. And the horn hits can be heard within 1:42 of the recording, but sound 70 times for a cumulative duration of only 16 seconds.

I presume the Plaintiff's expert focused on the unreleased instrumental version of "Love Break" because the similarities to "Chicago Bus Stop" were slightly more apparent, but the Instrumental Version of "Love Break" is not substantially different in its relationship to LITM than the original version. The "Chicago Bust Stop" guitars can be heard for longer (over three minutes of a 7:39 minute piece, listed as 7:46 including silence), the horns sound longer (Dr. Stewart has noted all of these horn hits), but the "Chicago Bust Stop" themes sound for only about 1:44. Underneath all of this, the instrumental version, like the original, is constructed on a bass, drum, and string platform derived from "Love Is the Message." Both songs, with raps and new percussion and the creative mixing of two other songs, strike me as new creative compositions, and my sense that a new copyright registration would be necessary extends to both versions.

I remain interested in the status of the Instrumental Version of "Love Break". Nowhere that I can see does Plaintiff establish when this alternate version of "Love Break" was created, or even that it was created before "Vogue" was recorded, which they must do to support the allegation of sampling. There is no testimony from Shep Pettibone that I know of that he created this instrumental version and no other evidence in the record of how or when it was created.

Given that the expert for the Plaintiff has been highly critical of the possibility that musicians playing for Salsoul may have had their rights infringed by "Vogue" ("their unique contributions to Salsoul Orchestra songs and recordings were not intended be mined by other producers looking for free musical resources," (p. 7) – has Plaintiff or Plaintiff's expert conducted any kind of search to determine if "Love Break" and "Chicago Bus Stop" themselves infringe on the rights of other musicians or rights holders? Recalling that many musicians from MFSB (which recorded LITM) joined the Salsoul Orchestra, they may have felt justified in recreating sections of LITM within "Chicago Bus Stop", but there was a different copyright holder for the former, so technically this was still an infringement. In all events, based on that argument, Plaintiff and its expert Dr. Stewart would have to also believe that Pettibone would feel justified

in copying portions of "Love Break" into "Vogue" since he was "Love Break"'s primary creator.

The influence of LITM clearly extends to "Chicago Bus Stop" as well, which is in the same key as LITM (B-flat, alternating IIm and dominant V7 chords). To my knowledge, this resemblance has not been acknowledged by Salsoul records. Indeed, the extensive incorporation of material from LITM into "Chicago Bus Stop" seems to have confused the Plaintiff's expert into thinking that these were original to CBS and examples of copying from CBS into "Love Break".

In summary, "Love Break" builds on a base of "Love Is the Message", "mashes up" some elements from "Chicago Bus Stop" and creates a new and original composition for Mr. Pettibone's own lyrics and rap.

### Conclusions

To summarize my understanding of the historical development of this case, I will reprise certain arguments I've made: A section of the composition "Love Is the Message" (1973, MFSB) was incorporated into the song "Chicago Love Break" in 1976, presumably by the former members of MFSB who were now part of The Salsoul Orchestra, directed by Vincent Montana. This latter composition was registered for copyright, and no charge of infringement was made at the time, to the best of my knowledge. Working with Salsoul Records, Shep Pettibone mixed a recording, "Ooh I Love It (Love Break)" imitating a section of "Love Is the Message" for the basic composition. He wrote and recorded a new rap and mixed elements of LITM with "Chicago Bus Stop". That new composition and recording were not copyrighted.

Mr. Pettibone was contracted to produce the Madonna single "Vogue". Plaintiff Curt Frasca, whose company has bought the Salsoul catalogue, alleges that the Single version and the compilation version contain a horn hit sampled from "Love Break". I have offered my analysis, which does not show evidence of sampling. I argue that the generation of an imitation sound on the Proteus 1 sample bank produced a similar horn hit, and that the Plaintiff's expert's analysis of an audio "ghost", a digital fingerprint of sampling was faulty.

Other allegations of sampling pertain only to the three additional mixes on which the Plaintiff Curt Frasca and his witness, Anthony Shimkin participated (and also to the two versions whose authenticity is in question: "Shep's On–the-Fly Dub, and "Shep's Integral Mix"). The credits to these three versions identify Tony Shimkin as editor and Curt Frasca as Assistant Engineer! This means that the Plaintiff and his expert were intimately involved in the work that has generated the strongest allegations of infringement, a fact that raises many disturbing possibilities for me. Even so, these uses, like that of the horn hit, are *de minimus*, minor in relation to the whole and neither

Exhibit 1 -24

quantitatively nor qualitatively important to the earlier song or to "Vogue". In addition, I advanced reasonable and plausible explanations about similarities that might exist: that the Defendant used his personal sound sample library or catalogue for both recordings, which in the absence of a clear contract assigning all ownership rights to Salsoul should have been perfectly legal. Coming more than two decades after the alleged infringement occurred, focusing on minor alleged infractions, and brought by former friends and co-workers of the Defendant who worked on the supposedly infringing recording sessions, this case would seem to entirely lack merit or *bona fide* intentions.


Submitted by Gage Averill


Date: April 29, 2013

Exhibit 1 -25

# ATTACHMENT 1

Exhibit 1 -26



# VOGUE

Words and Music by
MADONNA CICCONE and SHEP PETTIBONE

© 1990 WB MUSIC CORP., BLEU DISQUE MUSIC CO., INC., WEBO GIRL PUBLISHING, INC., & LEXOR MUSIC
All rights administered by WB MUSIC CORP.
All Rights Reserved

Authorized for use by *Allison Champagne*

Exhibit 1 -27

2



Authorized for use by *Allison Champagne*

Exhibit 1 -28



Authorized for use by *Allison Champagne*

Exhibit 1 -29



Authorized for use by *Allison Champagne*



Authorized for use by *Allison Champagne*

Exhibit 1 -31



Authorized for use by *Allison Champagne*

Exhibit 1 -32



Authorized for use by *Allison Champagne*

Averill 28

Exhibit 1 -33



Authorized for use by *Allison Champagne*

Exhibit 1 -34

# ATTACHMENT 2

Averill 30

Exhibit 1 -35

## CURRICULUM VITAE

**Dr. Gage Averill, Dean**
Office of the Dean, Faculty of Arts
University of British Columbia
Buchanan A240, 1866 Main Mall
Vancouver, BC V6T 1Z1 CANADA
Tel: 604-822-3751 Fax: 604-822-6096
E-mail: gage.averill@ubc.ca
Web: www.arts.ubc.ca

### EDUCATION

Ph.D. in Music [Ethnomusicology] University of Washington, 1989, Advisor: Christopher Waterman.
*Haitian Dance Band Music: The Political Economy of Exuberance.*
    Qualifying Exams "With Distinction," June 1987
    Dissertation Defense "With Honors," August 1989
B.A. [Music], University of Washington, 1984. Magna Cum Laude.

### ACADEMIC POSITIONS

Dean of the Faculty of Arts, University of British Columbia, July 2010 -. Professor in the School of Music. Senior Fellow St. John's College, (also affiliated with the Latin American Studies Program and with the Institute for Gender, Race, Sexualities, and Social Justice).

Vice-Principal Academic and Dean, University of Toronto Mississauga, 2007 – 2010. Professor, Faculty of Music (also affiliated with the Centre for the Study of the US and with the Caribbean Studies Program).

Chair and Professor, Music Department, New York University, May 2001-June 2004, affiliate to the Center for Caribbean and Latin American Studies.

Oxford University, Oxford Discovery Lecturer (Queen Mary II), Spring 2005.

Visiting Professor, Princeton University Latin American Studies/Music, Spring 2001.

Associate Professor, New York University, Music, September 1997-2001.

Visiting Adjunct Professor, New York University Music, January-May 1996.

Associate Professor, Wesleyan University Music Department, July 1996-June 1997.

Assistant Professor, Wesleyan University Music Department, July 1990-June 1996.

Visiting Assistant Professor, Columbia University, Music, July 1989-June 1990.

Instructor, University of Washington School of Music, September 1986-June 1989.

Averill 31

Exhibit 1 -36

## HONORS, AWARDS, GRANTS & FELLOWSHIPS

*Just Desserts Award* for "outstanding contributions to the students of UBC", awarded by the Alma
Mater Society of UBC, March 18, 2013.

Grammy Award Nominee (The Recording Academy) in 2010 in two categories: Best Album Notes
and Best Historical Album for the box CD/DVD set *Alan Lomax in Haiti, Recordings from
the Library of Congress, 1936-37*

*Alan Lomax in Haiti* was also named an Outstanding Project for 2010 by the Clinton Global
Initiative and the Green Family Foundation

Ethnomusicological Video for Instruction and Analysis Digital Archive, Indiana University, grant for
digitization of fieldwork videos, $10,000 (declined due to schedule conflict).

"Indigenous Music and Dance as Cultural Property: Global Perspectives," funded by SSHRC for
$18,000 in 2006-07 and $22,000 in 2007-08, P.I. Beverly Diamond. I was the second
investigator and hosted the meeting.

*Four Parts, No Waiting: A Social History of American Barbershop Harmony* (Oxford University
Press, 2003) received the following honors:

- *Irving Lowens Award* from the Society for American Music for "best book in the field of
American Music," February 2005.
- Alan P. Merriam Award from the Society for Ethnomusicology ("most distinguished
contribution to the field," for best book), November 2004
- Honorable mention (1st runner up), Annual Book Award, International Association for the
Study of Popular Music, 2005.
- Named "Outstanding Academic Title for 2004" by *Choice*, American Library Association.

Connaught Fund, University of Toronto $10,000.

Golden Dozen Teaching Award [Awards in Teaching Excellence], New York University, 2002.

Five Colleges Visiting Music Scholar (Massachusetts), March 2001.

NYU Curricular Development Challenge Fund Grant, *Community Arts Technical Assistance
Project*, 1999-2000. Supplementary GSAS Grant.

*A Day For the Hunter, A Day For the Prey: Popular Music and Power in Haiti* received the
Association of Recorded Sound Collections *Award for Excellence in Historical Recorded
Sound Research—Best Research in the Field of Recorded Folk and Ethnic Music*, 1998

Grammy Nomination for *Vodou Adjae* by Boukman Eksperyans, Mango Records, 1990. I wrote the
liner notes and translated the lyrics for the recording. The nomination was for the album.

Resident Fellow, Wesleyan Center For the Humanities, 1992.

Ford Foundation Grant for Multicultural Perspectives in the Curriculum, 1991. $23,000.

Mellon Fellow in the Humanities, 1984-1989, $50,000.

## PROFESSIONAL ACHIEVEMENTS & SERVICE

President of the Society for Ethnomusicology, 2008-2012 (includes a year as President-Elect, two
years as President, and a final year as Past President)

President and Chair, Board of Directors, CIUT Radio (University of Toronto), 2007 – 2011

Editorial Board Member, *Ethnomusicology Forum* (U.K.) 2009-2011

Board Member, American Folklife Center, U.S. Library of Congress, 2009-2011

Representative to the American Council of Learned Societies (ACLS), 2009-2011

Exhibit 1 -37

Center for Black Music Research, International Board of Advisors, 2006-present
Advisory Board, Ethnomusicological Video for Instruction & Analysis (EVIA) Archive, 2005 -2010
Rockefeller Fellowship Panel, Tulane University Latin American Studies Center, 2004 to 2007
Laidiaw Foundation Member, 2006-2009, and Arts Program Advisory Committee 2006-2007
International Advisory Committee, Latin American Network of Music Archives. Lima, Peru, 2002
Voting Member, Canadian Music Center (Ontario Region), 2005 -08
Honorary Patron, Toronto Summer Music Academy and Festival, 2006-2007
Honorary Patron, Women's Music Club of Toronto, 2005-2007
Award Committee, Alan P. Merriam Prize, Society for Ethnomusicology, 2005
Development Committee, Society for Ethnomusicology, 2005-06
Board of Directors Nominating Committee, Society for Ethnomusicology, 1999, 2000, 2005
Advisory Board, Project TORCH (The Online Resource Center in the Humanities), OUP 2004
Smithsonian Festival, 2004, "Haiti", advisory committee member, June 2004
Program Committee, Experience Music Project (Seattle): Conference, "This Magic Moment: Writing
            About the Experience of Music," Spring 2004
Consultant for the documentary, *Zing! Went the Strings of My Heart: The Banjomaniacs of
            Guthriel*, Amy Finkel 2004
Chair, Program Committee, Society for Ethnomusicology 2003 Annual Meeting
Center for Black Music Research, 2003-2005 Rockefeller Foundation Fellowship Awards Jury
Consultant, Public Television, "Hoots & Hollers: American Songs of Protest", 2003
Council, Society for Ethnomusicology, 1990-93, 1999-2002
Series Editor, *Perspectives on Global Pop*, Routledge, 1999- 2002
Book Review Editor, *Yearbook for Traditional Music*, 1996 - 2002
Panelist, Fulbright Fellowships, Ethnomusicology Panel, 1998 - 2001
Program Committee, Society for Ethnomusicology, 1992, 2002
Co-Coordinator, Local Music in the Global City: New York City at the Millennium, 2001
Advisory Committee, *NYC@Smithsonian* exhibition, 2001
Ten site visits, National Endowment for the Arts, Traditional Arts, 1994-2000
Advisory Committee for Folk Arts, Westchester Arts Council, 1998-2000
Advisory Board, *A World of Music*, 12-part educational series, Annenberg Foundation, 1997-2000
Music consultant, *Beloved*, a Jonathan Demme film, Disney Studios, 1997-8
Board of Directors, Member-at-Large, Society for Ethnomusicology, 1996-1998
Panelist, Rhode Island Council on the Arts, Folk Arts Panel, 1997
Associate Editor, Yearbook for Traditional Music, 1991 - 1996
Project Consultant, Boston Center for the Arts, *Haitian Festival*, 1995 - 1996
Consultant, *Folk Masters* 1995 series, distributed by National Public Radio
Panelist, National Endowment for the Arts, Folk & Traditional Arts, 1993-95
National Heritage Awards Panelist, NEA, 1994 - 1995
Ford Foundation, Cultural Programming, Latin America & the Caribbean, 1994
Judge, *Panorama Steelband Competition*, Brooklyn Carnival 1994
Ford Foundation, "International Collaborations in the Performing Arts," 1994
Consultant, board member, and emcee, *Festivale de la Louisianne*, 1991-93
Secretary, Northeast Chapter Society for Ethnomusicology (NECSEM), 1992-94
Consultant, Charter Oak Cultural Center music series, Hartford, 1991- 1992
National Council of Steel Bands, 2nd Prize, Pandemonium Steel Band (I directed), 1991
Presenter, *Festival for Living Traditions*, Cambridge Arts Center, 1991
Consultant and emcee, *City Lore Festival*, New York City, 1991

Exhibit 1 -38

Member of the Haitian Electoral Mission, Organization of American States, 1990
Chair, Program Committee, SEM Mid-Atlantic Chapter, 1990
Consultant and emcee, *Miami Discovers Compas Festival*, 1989
Chair, Student Concerns Committee, Society for Ethnomusicology, 1986-8
Music Jurist, King County Arts Commission, 1986-7
Music Jurist, *Seattle Arts Festival (Bumbershoot)*, 1985-7
Music Jurist, Expo 86 (Vancouver, BC) - Washington Pavilion, 1986

### FORENSIC MUSICOLOGY

Copyright infringement claim, "Being Careful" (Eight Days in May) v. "World" (Five For Fighting), 2008. Preliminary review.
Copyright infringement claim, "Volume of the Good Life" by Danya Staggs v. "Goodlife" by Kanye West. Preliminary review. 2008.
Copyright infringement claim, "Come Up" v. D4L's "Betcha Can't Do It Like Me", 2007-2009. Expert witness report and deposition.
Copyright infringement claim, Jay Z's "Justify My Thug" v. Funkadelic's "The Witch", 2006. Preliminary review.
Turino et al v. Island Def Jam, 2005-06. Copyright infringement claim against "Dip It Low" v "La Sirena." Expert witness report and deposition.
Expert, trademark cases: Ritmo Latino, Inc. v. Eritmo.com, BMG Music Group - Ritmo y Pasion, and Ritmoteca, 2002.
Consultant-researcher / expert witness, Quiroga Publishing v. Falls River Music, 2000-01, re "(Guajira) Guantanamera". Expert witness report, deposition, and author of consensual resolution document.
Consultant-researcher, Palmieri v. Estefan, 1992. Copyright infringement re Palmieri's "Paginas de Mujer" and Estefan's "Oye Mi Canto." Preliminary report.

### PUBLICATIONS: BOOKS & BOOK-LENGTH PROJECTS

*Alan Lomax in Haiti, 1936-37*, Recordings for the Library of Congress. Researched, compiled, translated, annotated and interpreted a 10-CD and DVD boxed set of recordings (audio and film). December 2009. Harte Records, the Library of Congress and the Association for Cultural Equity.

*Four Parts, No Waiting: A Social History of American Barbershop Harmony*. Oxford University Press, 2003.

*A Day for the Hunter, A Day for the Prey: Popular Music and Power in Haiti*. University of Chicago Press, 1997.

*Making and Selling Culture*. Co-edited with Richard Ohmann (senior editor), Michael Curtin, and David Shumway. Middletown: Wesleyan University Press, 1996.

*Zouk: World Music in the West Indies*. Jocelyne Guilbault, with Gage Averill, Edouard Benoit, and Gregory Rabess, Chicago: U. of Chicago Press, 1993.

*Pandemonium Rules! Steelband Ensembles for Orff Instruments*, with Deborah Fischer Teason.

Exhibit 1 -39

Booklet with enclosed recording. Danbury: World Music Press, 1993.

### PUBLICATIONS: TEXTBOOK CHAPTERS

"Caribbean Music: Haiti and Trinidad," in John Schecter, ed., *Music in Latin American Culture: Regional Traditions*. Schirmer Books. 1999: 126-191.

"'Pan Is We Ting': West Indian Steelbands in Brooklyn," *Multicultural Musics of America*, Kip Lornell and Anne K. Rasmussen, eds. New York: Schirmer Books. 1997:101-130. Revised for 2nd edition 2013.

### PUBLICATIONS: ARTICLES IN REFEREED JOURNALS

"Ballad Hunting in the Black Republic: Alan Lomax in Haiti, 1936-37," *Caribbean Studies*, Volume 36, Number 2: 3-22. July-December 2008.

"'Ethnomusicologists as Public Intellectuals: Engaged Ethnomusicology in the University," *Folklore Forum* 34 (1/2): 49-60. 2003.

"Soundly Organized Humanity," (Invited response to Roundtable on 9/11 and War in Afghanistan). *Echo* 3(2), December 2001. http://www.echo.ucla.edu/volume3-Issue2/contributors.html#averill

"Dechoukay en musique: La chute de la dictature en Haïti, 1985-1995," *Critique Internationale*, No. 7: 127-142. Presses de Sciences PO. (France). April 2000.

"Bell Tones and Ringing Chords: Sense and Sensation in Barbershop Harmony," *the world of music* 41(1): 37-51. 1999.

"'Moving the Big Apple': Tabou Combo's Diasporic Dreams," *Island Sounds in the Global City: Caribbean Popular Music and Identity in New York. New York Folklore*: 138-161. 1998.

"'Mezanmi, Kouman Nou Ye? My Friends, How Are You?' Musical Constructions of the Haitian Transnation," *Diaspora, A Journal of Transnational Studies* 3(3): 253-272. 1994.

"*Anraje* to *Angaje*: Carnival Politics and Music in Haiti," *Ethnomusicology* 38(2): 217-247. 1994.

"Haitian Dance Bands, 1915-1970: Class, Race, & Authenticity," *Latin American Music Review*. 10(2): 203-235. 1989.

### PUBLICATIONS: ARTICLES IN EDITED VOLUMES (INVITED)

"A (Knotted) Stitch in Time: Weaving Connections Between Collections," Preface to the book *Cangoma Calling: Spirits and Rhythms of Freedom in Brazilian Jongo Slavery Songs*, Pedro Meira Montero and Michael Stone, editors. Massachusetts / Dartmouth Press, 2012.

"Attack and Decay: A Sound Account of 9/11 and Its Repercussions," Foreword to *Music in the Post 9/11 World*, Jonathan Ritter and J. Martin Daughtry, eds. Routledge, 2007.

Exhibit 1 -40

"'Where's "One"?' Musical Encounters of the Ensemble Kind," in Ted Solis, editor, *Performing Ethnomusicology: Teaching and Representation in World Music Ensembles*. University of California Press, 2004.

"Cantometrics, Choreometrics and Cultural Equity: The Academic Years," Introduction to a section in *Alan Lomax: Selected Writings, 1934-1997*, ed. Ronald Cohen, New York: Routledge. 2003.

"Militarism in Haitian Music," [with David Yih] in Ingrid Monson, ed. *The African Diaspora: A Musical Perspective*. New York: Garland, 267-293. 2000.

"Global Imaginings" in Richard Ohmann (senior editor) et al. *Making and Selling Culture*. Middletown: Wesleyan University Press. 1996.

"Haitian Music in the Global System," in Alvina Ruprecht and Cecilia Taiana, eds. *The Reordering of Culture: Latin America, the Caribbean and Canada in the Hood*. Ottawa: Carleton University Press, 339-362. 1995.

"'Se Kreyòl Nou Ye'/We're Creole": Musical Discourse on Haitian Identities," in Gerard H. Béhague, ed. *Music and Black Ethnicity: The Caribbean and South America*. New Brunswick, NJ and London: University of Miami North-South Center,157-186. 1994.

"Toujou Sou Konpa: Issues of Change and Interchange in Haitian Popular Dance Music," in Jocelyne Guilbault, with Gage Averill, Edouard Benoit, and Gregory Rabess, *Zouk: World Music in the West Indies*. Chicago: University of Chicago Press, 68-89. 1993.

### PUBLICATIONS: REPRINTS

"'Haitian Dance Bands, 1915-1970: Class, Race, & Authenticity," in *Non-Western Popular Music* edited by Tony Langlois, part of *The Library of Essays on Popular Music* series. Ashgate Press, 2012.

"Ballad Hunting in the Black Republic: Alan Lomax in Haiti, 1936-37," revised and translated into Italian in *Musiques d'Haïti*, a volume of the journal *Ricordi* edited by Emmanuelle Honorin and Louis Collin, 2011.

"'Mezanmi, Kouman Nou Ye? My Friends, How Are You?' Musical Constructions of the Haitian Transnation," in *Ethnomusicology: A Contemporary Reader*, edited by Jennifer Post. Routledge Press, 2005.

### PUBLICATIONS: ENCYCLOPEDIA ENTRIES

"Haitian Popular Music," in John Shepherd, ed., *Encyclopedia of Popular Culture. Volume III*. 2004.

"Close Harmony" in John Shepherd, ed., *Encyclopedia of Popular Culture. Volume II: Musical Practices*. 2003.

Exhibit 1 -41

"Barbershop Quartets" in John Shepherd, ed., *Encyclopedia of Popular Culture. Volume I: Performance and Production.* 2003.

"Haitian Music in the United States and Canada," in Ellen Koskoff, ed., *Garland Encyclopedia of World Music, Vol. 3: US and Canada.* 2001 [GEWM].

"Mieczyslaw Kolinski", in Stanley Sadie, ed., *New Groves Encyclopedia of Music and Musicians.* 2000.

"Krister Malm," in Stanley Sadie, ed., *New Groves Encyclopedia of Music and Musicians.* 2000.

"Haiti," in Stanley Sadie, ed., *New Groves Encyclopedia of Music and Musicians.* 2000.

"Popular Music in Latin America and the Caribbean: An Introduction," in Dan Sheehy and Dale Olsen, eds., *GEWM, Volume 9: Music of Latin America and the Caribbean:* 92-94. 1998.

"Popular Music of the French- and English-speaking Caribbean," *GEWM, Volume 9:* 95-99. 1998.

"Haiti" (with Lois Wilcken), *GEWM, Volume 9:*881-896. 1998.


### MISCELLANEOUS PUBLICATIONS (non-juried)

"L'Histoire du Compas haïtienne," Médiathèque Caraïbe Bettino Lara, Guadeloupe (French West-Indies), web document. Commissioned and in progress.

Jacket blurb for "God Bless America: A Surprising HJistory of an Iconic Song" by Sheryl Kaskowitz, Oxford University Press, 2013.

"A Brief (Un)Natural History of Our Little Man (Gage Averill)" SEM Newsletter 46/1, January 2012, pp. 3, 9-10.

"President's Report", SEM Newsletter 46/1, January 2012, pp. 3, 8-9.

"The Casualization of Ethnomusicological Labour" (President's Column: *Weapons of Mass Instruction*), SEM Newsletter 45/3, May 2011, pp. 1, 4-5.

"A (Copy)Right to Sing the Blues" (President's Column: *Weapons of Mass Instruction*), SEM Newsletter 45/1, January 2011, pp. 1, 9-10.

""Xenophobia and Ethnic Studies: An Open Letter" (President's Column: *Weapons of Mass Instruction*), SEM Newsletter 44/4, September 2010.

"The Day We Fall Is Not the Day We Sink": Cultural Repatriation in Haiti After the Quake" (President's Column: *Weapons of Mass Instruction*), SEM Newsletter 44/3, May 2010.

Exhibit 1 -42

Engaged Ethnomusicology, Service Learning, and Global Citizenship," (President's Column: *Weapons of Mass Instruction*), SEM Newsletter 44/2. March 2010.

"Ethnomusicology at the End of Petroglobalization" (President's Column: *Weapons of Mass Instruction*), SEM Newsletter 44/1:1, 16, 18, January 2010.

"Rethinking Retention", A Council of Ontario, Academic Colleagues Short Issues Update, 2009.

"A Review of the Choucoune material from Gage Averill," in *Présences haïtiennes*, ed. Christiane Achour et al, Centre de recherche textes et francophonies, Université de Cergy-Pontoise, 2006. [re-published from the Haiti mailing list Haiti@lists.webster.edu.

"R. Murray Schafer, LL.D", expanded citation for the conferral of an honorary doctorate, *Institute of Canadian Music Newsletter* 4(3): 6-7, September 2006.

Annual Messages from the Dean, http://www.music.utoronto.ca/English/Message-from-the-Dean.html;10 "Ready to Rock: Thinking Outside the Bachs" (2004); 2) "An Invitation To Do Something Great" (2005); 3) "*Music Counts:* On Weapons of Mass Instruction" (2006)

"Recherche sur le pouvoir dans la musique caribéenne: Le cas d'Haïti, 1985-1995." Médiathèque Caraïbe Bettino Lara, Guadeloupe (French West-Indies), "Portes ouvertes sur la Caraïbe!" at http://www.lameca.org

Gage Averill's Haitian Discography http://www.webster.edu/~corbetre/haiti/art/music/list.htm

Five Songs by Manno Charlemagne," Mark Dow; translation and notes by Gage Averill. Conjunctions 27, Fall 1996. URL http://www.conjunctions.com/archives/c27-mc.htm

"Skills, Attributes, and Competencies in Arts Education," Wesleyan Forum Essays, 1996.

"Foreword" to *The Drums of Vodou* by Lois Wilcken. Tempe AZ: White Cliffs Media, 1992.

### PUBLICATIONS: REVIEWS OF BOOKS & RECORDINGS

*Music from Aluku: Maroon Sounds of Struggle, Solace, and Survival,* CD by Kenneth Bilby. *Yearbook for Traditional Music 2012,* pp. 228-229. In print.

*House Dance: Dance Music Played On the Anglo-German Concertina By Musicians Of the House Dance Era,* CD-ROM by Dan Worrall. *Papers of the International Concertina Association,* 2012. Online version: http://www.concertina.org/pica/

*The Anglo-German Concertina: A Social History, Volumes I and II,* by Dan M. Worrall. *Ethnomusicology 55(1) Winter 2011,* pp. 151-154.

*Polkabilly: How the Goose Island Ramblers Redefined American Folk Music,* by James P. Leary. *Yearbook for Traditional Music 2008.*

Exhibit 1 -43

*The British Barbershopper: A Study in Socio-Musical Values.* Liz Garnett. *British Forum for Ethnomusicology,* 2006.

*Cuban Music from A to Z* by Helio Orovio. *Association of Recorded Sound Collections Journal* 36(1): 94-95. 2005.

*Caribbean Voyage: The 1962 Field Recordings.* A featured review essay covering 11 CDs issues as part of the Alan Lomax Collection. *Ethnomusicology,* 2003.

*Rara! Vodou, Power, and Performance in Haiti and Its Diaspora.* Elizabeth McAllister. *Latin American Music Review,* 2002.

*Key Terms in Popular Music and Culture,* ed. by Bruce Horner and Thomas Swiss. *Choice: Current Reviews for Academic Libraries.* [Hereafter CCRAL] July 2000.

*The Barbershop Singer: Inside the Social World of a Musical Hobby,* by Robert A. Stebbins. *Ethnomusicology* 44(2).

*A Right to Sing the Blues: African Americans, Jews, and American Popular Song,* by Jeffrey Melnick. *CCRAL,* April 2000.

*Tito Puente and the Making of Latin Music,* by Steven Loza. *CCRAL,* January 2000.
*Latin Jazz: The First of the Fusions, 1880s to Today,* by John Storm Roberts. *CCRAL.* November 1999.

*The Big Drum Ritual of Carriacou: Praisesongs in Rememory of Flight* by Lorna McDaniel. *CCRAL.* 1999.

*Nationalizing Blackness: Afrocubanismo and Artistic Revolution in Havana, 1920-1940,* by Robin Moore. *The Annals of the American Academy of Political and Social Science* 565, 1999, p. 230.

*The Bahamas: Islands of Song* [recording]. *Yearbook for Traditional Music* [Hereafter: YTM] 30:193. 1998.

*Music and Social Movements: Mobilizing Traditions in the Twentieth Century,* by Ron Eyerman and Andrew Jamison. *CCRAL* 36(2). October 1998.

*Bachata: A Social History of a Dominican Popular Music,* by Deborah Pacini Hernandez. *New West Indian Guide Nieuwe West-Indische Gids* 72(3-4): 340-342. 1998.

*Dancing Spirits: Rhythms and Rituals of Haitian Vodun, the Rada Rite,* by Gerdès Fleurant. *Latin American Music Review* 18(1): 117-121. 1998.

*The Steelband Movement: The Forging of a National Art in Trinidad and Tobago,* by Stephen Stuempfle. YTM 29: 164-166. 1997.

*Caribbean Currents: Caribbean Music from Rumba to Reggae,* by Peter Manuel with Kenneth Bilby

and Michael Largey. *YTM* 29: 178-180. 1997.

*Musiques Caraïbes* by Isabelle Leymarie. *YTM* 29: 181. 1997.

*Kneelin' Down Inside the Gate: The Great Rhyming Singers of the Bahamas* [recording]. *Worlds of Music*. 1997.

*Haitian Song, To Serve the Spirits, Moko Jumbie*, and *Celebration!* [videos]. Ethnomusicology 41(2): 338-344. 1997.

*My Music Is My Flag: Puerto Rican Musicians and Their New York Communities, 1917-1940* by Ruth Glasser. Notes: Quarterly Journal of the Music Library Association: 88-89. September 1996.

*Dangerous Crossroads: Popular Music, Postmodernism and the Poetics of Place* by George Lipsitz. Contemporary Sociology: A Journal of Reviews 25(1): 116-117. 1996.

*Intercultural Music Studies 2–Music in the Dialogue of Cultures: Traditional Music and Cultural Policy*, Max Peter Bauman, ed., *Ethnomusicology* 38 (3): 515-18. 1994.

*La Musique Dans la Société Antillaise, 1635-1902: Martinique, Guadeloupe*, by Jacqueline Rosemain, and *Musique aux Antilles: Mizik Bo Kay* by Maurice Jallier and Yollen Lossen. *Ethnomusicology* 33(1), 1989: 153-6.

### INVITED PAPERS: KEYNOTES, PANELS, COLLOQUIA, & PRESENTATIONS

"We've Been At Sea So Long: Repatriating the Lomax Haiti Archives (1936-37) in Post-quake Haiti", Keynote address to the annual meeting of the Canadian University Music Society (CUMS) and the Canadian Association of Music Libraries, Archives and Documentation Centres (CAML) at the Congress of Humanities and Social Sciences, Victoria, BC, June 6-8, 2013.

Keynote address to the annual meeting of the Canadian Society for Traditional Music (CSTM), May 21, 2013.

"Artsmageddon/'It's the End of the World As We Know It and I Feel Fine": The Fine Arts in the 21st Century Academy", Keynote address for the annual meeting of the Canadian Association of Fine Arts Deans. Lethbridge, Alberta, September 18, 2012.

"Teaching Cuban Rumba for Percussion, Voice, and Dance", World Music Pedagogy for Teachers Workshop, Society for Ethnomusicology Annual Meeting, November 3, 2012.

"Guantanamera CSI: Confessions of a Forensic Ethnomusicologist", Keynote address at the meeting of the International Association For the Study of Popular Music (IASPM) – Canada. St. Johns, Newfoundland, June 15, 2012.

"The Frost Is All Over: Toward a fractured memoir about playing Irish music in the American New Left (Madison WI, ca. 1970s)", Keynote speech at the "Theorizing Sound Writing" Conference at the Tisch School and the Humanities Initiative, New York University, April 20, 2012.

Exhibit 1 -45

"We've Been At Sea So Long: Repatriating the Lomax Haiti Recordings (1936-37) in Post-quake Haiti", Keynote address to the Society for Ethnomusicology Southeast and Caribbean Chapter Meeting, Santo Domingo, Dominican Republic, March 9, 2012.

"The Alan Lomax Haitian Music Collection: Performance and Representation in the Haiti Box Set," Performing Ethnomusicology Series, University of Washington, February 11, 2011.

"The Frost is All Over--A fractured Memoir of Performing Irish Rebel and Traditional Music in the New Left," Performing Ethnomusicology Series, University of Washington, February 11, 2011.

"Mainstreet USA: Racial Nostalgia and the Unreal Estate at the Heart of Barbershop Singing," University of Pennsylvania Music and American Studies Colloquium, March 30, 2010, and the Centre for the Study of the United States (University of Toronto) Colloquia, March 19, 2010.

"Hearing Lomax Hearing Haiti: Editing the '*Alan Lomax in Haiti*' Collection". Inaugural Lecture in the Caribbean Lecture Series, Centre for Research on Latin America and the Caribbean, York University Department of Humanities, Music and Anthropology and the Harriet Tubman Institute for the Global Migrations of African Peoples. October 20, 2009.

"Thinking Outside the Bachs," Keynote Address of the *4th International Conference on e-Learning*, Toronto, July 17, 2009.

"Ballad Hunting in the Black Republic: Alan Lomax, Vodou, and Folklore," The Mellon Seminar on Caribbean Cultural History, Symposium on *Folklore and the Politics of Belief in the Caribbean*. UCLA, May 14, 2009.

""Hearing Lomax Hearing Haiti", Anthropology Colloquia, University of Toronto (FAS), February 27, 2009 and Musicology Department Colloquia, McGill University, March 27, 2009.

"'That Old Quartet of Mine': Gender and Racial Nostalgia in the Barbershop Quartet Revival of the 1930s," College of William and Mary, Music in American Culture Series, October 9, 2008.

Chair, opening panel of the Colloquium: "*Indigenous Music and Dance as Cultural Property: Global Perspectives* (UNESCO/International Council for Traditional Music), "Contemporary Saami Music and the Challenges of Globalization," University of Toronto, May 1-4, 2008.

Introduction and chair, opening panel on music, *Burnt Cork: Traditions and Legacies of Blackface Minstrelsy*, University of Toronto, March 29-30, 2008.

"Fèy-o (Leaves) -- A 'Vodou Canon' & the Haitian National Imaginary", Symposium on *Canons in Musical Scholarship and Performance*, Robert E. Brown Center for World Music, University of Illinois, April 18-20, 2008.

"Music, Power, and Social Justice in Haiti," The Biever Lecture at Loyola University, New Orleans. February 21, 2008.

Exhibit 1 -46

"The Ethnographers Debark: *Ethnologie* and the Haitian National Imaginary of the 1930s," On the panel, "Musical Imaginaries and the Cultural Politics of Belonging", Caribbean Studies Association, Bahia, Brazil, May 28, 2007.

"The Ethnographers Debark: Alan Lomax and the Haitian National Imaginary of the 1930s," *Thinking About Music Series, Annual Lecture by a Distinguished Ethnomusicologist,* College-Conservatory of Music, University of Cincinnati, May 25, 2007.

Respondent to "Rock the City with their Congo Dances: The African Layers of Colonial New Orleans," by Ned Sublette, *Creativity and Performance in the Circum-Caribbean World: Comparative Perspectives* (Rockefeller Symposium), Stone Center for Latin American Studies, Tulane University, April 26, 2007

"Music Industry Roundtable," Invited speaker/participant, Cultural Human Resources Council (CRHC), Ottawa, 3/23/2007

"'Court Music': The Practice and Ethics of Forensic Ethnomusicology," Colloquia at Brown University Music Department, 2/24/06, and University of Toronto, 3/7/06.

"Human Cultural Security: Lessons from Haiti," Symposium on Human Cultural Security, Canadian Embassy, Berlin, Germany, 11/13/05

"The Trouble with Troubadours (A Circum-Caribbean Quandary)." Rockefeller Fellowship Symposium, Black Music Research Center (Chicago), 7/15-16/2005.

Plenary Session Panel, "Reforming University Music Schools," Canadian University Music Society, University of Western Ontario, London, 5/30/05.

"The Frost Is All Over: Performing Irish Music in the American New Left, Madison Wisconsin, ca. 1970s." Keynote address to the Niagara Chapter of SEM, University of Toronto, 3/11/05.

"World Music Ensembles and Intercultural Dialogue," Canadian Music Education Research Centre, University of Toronto, 11/2/04.

"'Where Are the People?': Versions of a Haitian Song," Experience Music Project Conference, (*This Magic Moment*), 4/18/04; and the conference called *French Moves: Performance, Language and Identity in the Francophone World,* Columbia University, 3/5/04.

Panel Respondent: "Media and Culture in the Americas", New York University, 3/26/04.

Alan Lomax in Haiti, 1936-37," Latin American Studies Colloquium, Tulane University, 3/22/04.

"Female Folkloric Singers as the Embodiment of National Sovereignty in Haiti," First Annual Lise Waxer Memorial Address. York University, Toronto, 11/27/03 and at the joint ICTM and the IMS conference in Melbourne, Australia, 7/9/04.

Averill 42

Exhibit 1 -47

"Cylinder Minstrelsy: Recording Race Before Race Recordings," *West Along the Road* (Symposium on Music and Identity), Glucksman Irish House, NYU, 10/11/03.

"'Motivated' Theory: Janacek's Musical Theory as Advocacy," on the panel, "Janacek as Theorist: Language." *Bard Festival*, Bard University, 8/10/03.

"Recherche sur le pouvoir dans la musique caribéenne: le cas d'Haïti, 1985-1995. Festival Gwoka, *Séminaire d'ethnomusicologie Caribéene*. Guadeloupe, French West Indies, 7/6-13/03. Reprinted at http://www.lameca.org/dossiers/ethnomusicologie/pages/averill_fr_2003.htm

Introductory address to the keynote speaker (Katherine Dunham), "Katherine Dunham's Haitian Ethnography," University of Chicago, *Katherine Dunham Symposium*, 6/6/03.

"The Alan Lomax Haitian Recordings, 1936-7", Bennington College Sociology Colloquium, 5/7/03.

"Recording Race Before Race Recordings: Minstrel Vocality in Pioneer-era Barbershop Quartets," University of Maryland Distinguished Lecture Series, 5/2/03.

"The Impact of Cultural Studies on Ethnomusicology," Panel: "Dialogue Across Generations," *Music in the Making, Music in the Mind: 40 Years of Ethnomusicology at the University of Washington*, 4/25-27/03, University of Washington, Seattle.

Respondent for the panel "Religion, Expressive Arts, and Performance" at the Rockefeller Fellows Conference on *Religion, Globalization, and Identity in the Americas: Research Agendas for the Future*, University of Florida, Gainesville, 4/12/03.

"Alan Lomax in Haiti, 1936-7," Panel: "Collecting" at *Folk Music in the American Century: An Alan Lomax Tribute*, CUNY, New York City, 4/11/03

"Recording Race Before Race Recordings:  The Minstrel Legacy in Pioneer-era Vocal Recordings," *UCLA Colloquium on Music Industries*, Ethnomusicology Department, Los Angeles, 11/15/02.

"Where Are the People: Tradition and the Politics of Globalization in a Haitian Song," on the panel: "Music, Globalization, and the Public Space," Hemispheric Institute of Performance and Politics: *3rd Annual Encuentro*, Lima, Peru, 7/5-7/13, 2002.

"Still Hazy After All These Years: The Alan and Elizabeth Lomax Haitian Expedition, 1936-7," University of Chicago, Music Colloquium Series, 5/11/01.

"Persuasive Sounds," Keynote address to the British Forum on Ethnomusicology, 4/20/01.

"Still Hazy After All These Years: The Alan and Elizabeth Lomax Haitian Expedition, 1936-7, "Keynote address to the Northeast Chapter of the Society for Ethnomusicology, 3/24/01.

"Global Rara: The Political Geography of Haitian Roots Music," Hampshire College (Five College Music Residency), 3/26/01.

Averill 43

Exhibit 1 -48

"Romancing the Tone: Barbershop Harmony on Main Street, USA," Smith College (Five College Music Residency, 3/26/01.

"Ethnomusicology: The NYU Public Sector Initiative," Local Music/Global Connections: NYC at the Millennium, CUNY, 3/9/01.

"Voodoo-Pop: Planting 'Roots' in Haitian Popular Music," Bowling Green U., 3/24/00.

"Romancing the Tone: Sentiment and Nostalgia in American Barbershop Harmony," Bowling Green University, 3/25/00 and University of Texas—Austin, 5/5/00.

"Maya Deren's Films: Intersections of the Divine, the Ethnographic, and the Avant-Garde," NYU, Grey Art Gallery ("Inverted Odysseys Exhibit") & NYU Center for Media Culture & History, 1/21/00.

"Theorizing Transnationism in Caribbean Musics," Trinity College Symposium on Transnational Culture, 3/12/99.

"The Politics of Authenticity in Haitian Popular Music," Lecture Series: Music and Expressive Culture in the Negotiation of National Identity, University of Iowa, 3/5/99.

"Postcolonial Pan: The Steelband in a Trinidadian Transition," Symposium on Globalization and Cultural Diversity, Wake Forest University, Winston-Salem, 11/6/98.

"Creole Musics of the Caribbean," Wake Forest University, Winston-Salem, 11/7/98.

Panelist, "Power Plays," World Conference on Carnival. Trinity College, Hartford, 9/7/98.

Respondent, "Beat of Bacchanal" *World Conference on Carnival.* Trinity College, Hartford, 9/7/98.

"Militarism in Haitian Music: African Retention, Colonial Legacy, or Post-Colonial Resistance?" Center for Caribbean and Latin American Studies, NYU, 11/12/97.

"Global Rara: The New Geographies of Haitian Traditional Music." University of New Hampshire, 4/1/97; New York University Department of Music, 2/27/97.

"Music in the 'Uprooting' Movement in Haiti," Workshop on Music and Social Movements, UC Santa Barbara, 2/20-22/97.

"Power and Popular Music in Haiti," Workshop on Popular Culture, Bordeaux Institute of Political Studies, University of Bordeaux, France, 12/5-6/96.

"Haiti's Brooklyn Bridge: Haitian-American Musical Life in New York City," Island Sounds in the Global City, Brooklyn College, 4/29/95.

"Demonized as 'Other': Haitian Music and the Struggle for Transnational Identity," The "Other" in Modern Europe and the Americas: Marginality, Acceptance, and Rejection, 10/21/94.

Averill 44

Exhibit 1 -49

"Domesticating the Global and Globalizing the Domestic in Haitian Commercial Music." Association Canadienne des Etudes Latino-Americaines et Caraïbes," 10/13/93.

"The 'Boat People,' and the Second Middle Passage: Ideological Construction of Nautical Migration in Haitian Popular Music," ICTM Special Conference, Music and Dance in the Lore of the Sea, Grand Cayman, 7/16/92.

"Haitian Popular Music: Its Role in Recent Political Events," Center for International and Comparative Studies, Latin American Studies Program, University of Iowa, 4/16/92.

"Haitian Popular Music: It's Role in Recent Political Events," Texas A&M, 4/9/92.

"Se Kreyòl Nou Ye'/'We're Creole': Musical Discourse on Haitian Identity," International Conference on Music and Black Ethnicity in Latin America and the Caribbean, University of Miami, 1/19/92.

"Authenticity and the 'African' Experience in Haitian Music," University of Florida, 2/16/90.

"Compas Settings: Surveying the Haitian Pop Music Landscape," Class and Race in Caribbean Popular Music, Cornell University, 4/17/88.

### PAPERS AT MEETINGS OF LEARNED SOCIETIES (REFEREED)

Roundtable speaker: "Why Music? Developing new music rhetoric in and out of the changing academy," SEM, Indianapolis, November 2013.

Chair and respondent of the panel "Music Between the Bars:

Chair and organizer of the panel (Presidential Roundtable) "Music, Art and HIV/AIDS in Africa", SEM, Philadelphia, November 17, 2011.

"'The Day We Fall Is Not the Day We Sink': Haitian Cultural Memory, Archives, and Repatriation after the Quake" on the panel: "Repatriation of Audio-Visual Archives in the 21st Century II" (Sponsored by the SEM Ethics Committee, SEM Archiving SIG, and SEM Applied Ethnomusicology Section), Los Angeles, November 11, 2010.

"'The Frost Is All Over': Writing as Performance Art", on the panel "Theorizing Sound Writing", SEM, November 21, 2009.

Chair and discussant, "Sacred Texts, Agents and Contexts", SEM October 24-28, 2008

"Fèy-o (Leaves) – A 'Vodou Canon' & the Haitian National Imaginary", The Center for Black Music Research Conference on the African Diaspora, Chicago, 2/14-17/08.

Panelist, "Tenure in Ethnomusicology", SEM 10/27/07

Panel chair and respondent, "Hard Slap": Rock Music and Politics in the Americas," SEM, 11/20/06

Exhibit 1 -50

Panel chair, "Musicians in Three American Contexts," SEM, 11/20/05

Panelist: "Ethnomusicology and Journalism," SEM, 11/18/05

Panelist: "The Arts in Times of Troubles: What Good Are They," HSA, Boston, 10/14/05.

Panel chair, "Military Music in Historical Perspective", ICTM, Sheffield, UK, 8/4/05

Panel Chair: "Latin American Popular Music," SEM Tempe, AZ, 11/5/04

"Female Folkloric Singers as the Embodiment of National Sovereignty in Haiti," Panel: Gender Liminality, Symposium of the IMS, Melbourne, 7/15/04.

Chair of the panels "The Blues" and "Tradition", Symposium of the IMS, Melbourne, 7/11-16/04.

Respondent: "Teaching Applied Ethnomusicology" (Panel), SEM 10/2003.

Panel Chair, "Global Connections in Latin American Music: Terror, Travel, and Cosmopolitanism," SEM, Colorado, 10/25/02.

Panelist "Volume Angst: the Genesis of Performing Ethnomusicology: Teaching and Representation in World Music Ensembles," SEM, Colorado, 10/23/02.

Workgroup and Panel Chair, "Music, Globalization, & the Public Space," *Encuentro of the Hemispheric Institute for Performance and Politics*. Lima, Peru, 7/11/02.

"Still Hazy After All These Years: The Alan and Elizabeth Lomax Haitian Expedition, 1936-7," ICTM, Rio de Janieiro, Brasil, 7/11/01.

"Where's One? Musical Encounters of the Ensemble Kind," on the panel "'What Do You Mean We?' Ethnomusicology Ensembles," SEM, Austin, 11/19/99.

"From Here to Confraternity: Competition and Contest in Barbershop Harmony," SEM, Austin, 11/21/99.

Panel Chair, "Perspectives on Ethnomusicological Inquiry," SEM, Bloomington, 10/24/98.

"Under the 'Covers' of Haitian Popular Music." CSA, Antigua, 5/23/98.

"Heartland, Old Town, Street Corner, Barbershop: The Mythic Geographies of American Barbershop Quartet Harmony." Panel: *Musicology, Popular Music Studies, and Cultural Geography*, IMS International Congress, London, 8/25-27/97.

"Fran Dawome (True Dahomey): African Identity in the Fèt Daome Ceremony at Souvenance, Haiti," Congress of Santa Barbara, Brooklyn College, New York, 4/3/98; Center for Black Music Research, Inter-American Conference on Black Music Research. Chicago, 7/19/97.

Exhibit 1 -51

Panel Chair & Respondent, "Issues of Identity in the Music of Diasporic Communities," SEM, Toronto, 10/31/96.

Panel Chair, "Interpreting American Popular Music," Northeast Chapter SEM. Northhampton, MA, 4/13/96.

"Culture Industries and Global Audiences," SEM, Los Angeles, 10/20/95.

Panel Respondent, "National/Transnational, Local/Global," SEM, UCLA, 10/2095.

"Spèktak: Spectacle and the Aristide Inauguration," 10th Triennial Symposium on African Art, ACASA, NYU 4/19-23/95.

"Militarism in Haitian Music" IASPM (IASPM), Havana, Cuba, 10/7/94; HSA, Boston, 10/16/94; SEM, University of Wisconsin-Milwaukee, 10/27/94.

Panel Chair, "Affect and Event," Northeast Chapter SEM. Wesleyan University, 4/10/94.

Panel Chair, "Altered States," SEM, University of Mississippi, 10/27/93.

"Commercial Music and Cultural Policy in Haiti," HSA, University of Massachusetts (Boston), 10/20/93.

Panel Chair, Northeast Chapter SEM, Tufts University, 4/11/93.

"Music and Mass Participation in the Haitian Elections, 1990-91," HSA, Tufts University, 10/5/91.

"Four Parts, No Waiting: The Ideal of Male Camaraderie in Barbershop Harmony Singing," SEM, Oakland, 11/5/90.

"Thinking Rara: Root Grafts in Haitian Popular Music," IASPM, New Orleans, 5/21/90.

Panel chair, "Latin American Music," IASPM, New Orleans, 5/20/90.

"*Anraje* to *Angaje*: Haitian Popular Music Under the Duvalier Dictatorship," LASA, Miami, 12/4/89.

"'Hey, Pick Up the Money:' Haitian Compas In the Marketplace," SEM, Tempe, 10/24/88.

Panel chair, "Teaching the College World Music Survey Course," SEM, Tempe, 10/24/88.

"Class, Color & Nationalism in Dominican Merengue." Northwest Chapter SEM, Seattle 4/10/87.

Panel Chair, "Ethnomusicology in the Community," Northwest Chapter SEM, Seattle, 4/6/86.

PUBLIC TALKS

"The Future of Bricks-and-Mortar Universities" Current Affairs Debating Society, West Vancouver,

February 20, 2013.

Introduction to the film, "The Agronomist", directed by Jonathan Demme, Media Café, Vancouver, January 13, 2012.

"Moderator and panelist, New Orleans Jazz & Heritage Festival series of public talks, Haiti & New Orleans: Cultural Crossroads: "Parading Traditions In Haiti And New Orleans," "The Recordings of Alan Lomax in Haiti, 1936-37 and New Orleans Culture," Carnival Traditions in Haiti and New Orleans," April 29-May 1, 2011.

"The Prodigal Archive: Repatriating the 'Alan Lomax in Haiti, 1936-37' collection to Haiti," *The Vancouver Institute*, March 26th.

"Panelist, Alan Lomax in Haiti - Listening Party, Café des Arts, Port-au-Prince, Haiti, April 2010.

Alan Lomax in Haiti, release party 2. Barbès, Brooklyn NY, January 28, 2010.

Alan Lomax in Haiti, release party 1. The Living Room, Manhattan, NY, December 13, 2010.

Funkaesthetics Round Table Discussion, Hart House, University of Toronto, March 9, 2009.

Panelist, "What Is Classical?" Harbourfront Festival, Toronto, July 26, 2008.

Panelist "Whither Classical Music on CBC?," Harbourfront Festival, Toronto, July 26, 2008.

"Understanding Barbershop Harmony", Ontario Music Educators Association Annual Convention, London, Ontario, November 4, 2006, presented with the *Toronto Northern Lights*.

Panel on World Music in the Academy," Banff Centre, Banff, Alberta. 10/12/06.

"Music and Social Change," panel for the United Nations Day Against Racism, *Sounds of Change*, Hart House, University of Toronto, 3/21/06.

"*Ban'n Pase / Let Us Pass!*"; Sound, Motion, Emotion, and Commotion in Haitian Carnival," UCLA Fowler Museum, *Carnaval! Taking It to the Streets; Spectacle and Satire in the Arts and Antics of Carnival*, 3/18/06.

Panel Chair, "The Futures of Jewish Music," *ReJewvenation*, University of Toronto, 10/30/05

Chair, 'Global Space: Multiculturalism and Art," *Creating Space for Art*, McGill University, October 15, 2005.

"Creative Collisions Roundtable," *creativity conceived* series at Hart House, University of Toronto, 9/11/05.

Panel Chair, "Toronto, Diaspora and Identity", *Voicing Toronto: The City and the Arts*, UofT, May 13, 2005.

"African Diasporic Carnivals: Masquerade and Transformation," Malcolm X High School, Toronto. *Metamorphosis* course, Regent Park Community Association and Innis College.

"Alan Lomax in Haiti," Women's Music Club of Toronto, "Tuning Your Mind Series", 10/14/04.

Panelist, "The Influence of American Music Abroad: Music as the Nation's Great Ambassador," National Music Council, *Leadership in Music Symposium*, 5/30/2002.

"Audio /Visual: The interrelationship of Sight and Sound in Expressive Culture," *Look & Listen Festival.* New York City, 3/22-23/02.

Carnival Musics of the Americas," in the series *Around the World in 10 Weeks*, producer Shana Dressler, 10/11/99.

"French Creole Musics at the New Orleans Crossroads," Central Park Summerstage, 7/19/99.

"Trinidadian Steelband & Carnival," Wake Forest University. Museum of Natural History, Fall 1998.

"Fire Down Below: Arranging Principles for the Steelband," Hartford Music Club, 5/6/94.

"Ethnicity and Identity in Haitian Music," *Miami Discovers Itself Series*, Miami, 6/14/92.

Panelist, "Interrogating Identity," *Miami Discovers Itself Series*, Miami, 6/13/92.

Panelist, "Forum Francophone" *Festival International de Louisianne*, Lafayette, Louisiana, 4/24/92.

"Haiti 1992: An Update," *Festival International de Louisianne*, Lafayette, LA, 4/2392.

"Carnival: Celebration, Cultural Resistance, and Rebellion," Crowell Concert Hall, Wesleyan

Exhibit 1 -53

University 2/14/92.

"Haitian Music of Social Protest," American Museum of Natural History, 2/19/90.

"Konpa: A social history of Haitian dance music," Lecture in conjunction with *Miami Discovers Konpa*, a festival of Haitian Popular Music, Miami-Dade Community College, 2/16/89.

## LAY PUBLICATIONS, LINER NOTES & CONCERT PROGRAM NOTES

"Mizik Twoubadou: Haiti's Rustic Troubadour Music," Program Notes, *Masters of Caribbean Music (National Tour)*, National Council for Traditional Arts, 2005.

Liner notes for *Blues in Red*. Alix (Buyu) Ambroise, 2004

"Coupé Cloué--The King Is Dead (Long Live the King)," *The Beat* 17(1):(1998).

Liner notes for *Voyage of Dreams*. Jephté Guillaume. Spiritual Life music, 1998.

Liner notes for *Bouyon Rasin*. Live concert recording. Tropic Music (Germany), 1997.

Liner notes for *Fanatiques Compas* by Mini All Stars, compositions by Nemours Jean-Baptiste. Earthworks, 1997.

"African Culture in the Americas," Program Notes, Call & Response Tour (African Diasporic Arts) Portland, ME: Portland Performing Arts. 1996.

Liner notes for *Rev à Nou* by Boukan Ginen. Xenophile Records. Includes lyric translations, 1996.

"In a World Without Frontiers" *The Beat* 15(6): 37-8 (1996).

"Let Me Pass!," *The Beat* 15(4): 34-5 (1996).

"Simbi-Otic" and "Best Haitian Recordings of 1995," The Beat 15(1): 26-28(1996).

"Roots Soup" and "Mayor Manno" in *The Beat* 14(5): 30-31, 82 (1995).

Liner notes for "Vodou and Pop Music: The Roots Connection," in *Rhythms of Rapture: The Sacred Music of Haitian Vodou*, Smithsonian Folkways, 1995.

"One Big Family," *The Beat* 14(4): 45 (1995).

"A Day for the Hunter, A Day for the Prey'" *The Beat* 14(3): 28 (1995).

"The Day Has Come," *The Beat* 14(2): 33 (1995).

Liner notes for *Jou à Rive* by Boukan Ginen, Xenophile XENO, 1994. Includes lyric translations.

"Caribbean Traditions," Program Notes, *Island Routes and Rhythms Tour*, New England Foundation for the Arts and New York State Council on the Arts, 1994.

"Haitian Music" *Afro-Pop Worldwide Listeners' Guide*, World Music Productions (1991-4).

"Debòde, Breaking Out," & "Best Haitian Recordings, 1994," *The Beat* 14(1): 26-28, 51 (1995).

"Carnival in Port-au-Prince" translated by Gage Averill, *The Rough Guides*. London, 1994.

"Konpa Demokrasi-a: The Rhythm of Democracy," *The Beat* 13(5) (1994).

"Panorama at Brooklyn Carnival: Fire Still Coming Down! *Pan-Lime*, 10/94:18.

"Mixed Blood," *The Beat* 13(3), 1994.

Review of "Steelband Music in Trinidad and Tobago," by Dr. William R. Aho, *Pan-Lime*. 10/94:14.

Review of " hotlikefire" by Trinidad Tripoli Steelband. *Pan-Lime*. 6/94.

"Nostalgia City," *The Beat* 13(2): 32-3 (1994).

"Where There's Smoke," & "Best Haitian Recordings, 1993," *The Beat* 13(1): 36-7, 73 (1994).

"Sifting Through the Wreckage," *The Beat* 12(5): 24-7 (1993).

"Another Feather in His Cap," *The Beat* 12(4): 30-32, 71 (1993).

"Still the Best in Town," *The Beat* 12(3): 58-9, 78 (1993).

"Bad Press, Good Pressings," *The Beat* 12(2): 26-7,70 (1993).

"Coup de Grace," *The Beat* 12(1): 28-9 (1993).

"The Song of Haiti," *The Beat* 11(5): 34-5, 78 (1992).

Liner notes for *Kalfou Danjere* by Boukman Eksperyans, Mango Records, 1992. Includes lyric

Exhibit 1 -54

translations.

Liner notes for *Coupé Cloué: Maximum Compas From Haiti*. Earthworks/Virgin Records, 1992. translations.

"Women Taking Risks," *The Beat* 11(3): 62-64, 84 (1992).

Liner notes for *Dadou Pasquet and Magnum Band Live at Berkelee*, TIDA, 1992. Includes lyric "Three Antidotes to a Bleak Outlook," *The Beat* 11(1): 24-25,60 (1992).

"'Papa Took a Boat': The Tragedy of the Haitian Boat People," *The Beat* 11(4): 26-27,74 (1992).

"Shieu Shieu Over You," *The Beat* 10(6): 28-29,75 (1991).

"Recent Releases," *The Beat* 10(4):30, 73 (1991).

"The Whip and the Whistle: Rara in Haiti" *The Beat* 10(3) (1991).

"The Season of Living Dangerously: Elections, Coups & Carnival," *The Beat* 10(2): 20-23 (1991).

Liner notes for *Caribbean Revels: Rara in Haiti, Gaga in the Dominican Republic*. Smithsonian Folkways, 1991.

"Tradition & Innovation: We're All Boat People," Program notes, *City Lore Festival* 1991.

"Crossing boundaries," *The Beat* 10(1): 40-41,62 (1991).

"The Miami Magnet," *The Beat* 9(5): 38-39 (1990).

"Tabou Combo: Brooklyn's Bridge to the Caribbean," *The Beat* 9(4): 27-31, 39, 62 (1990).

Revised notes to the Japanese release of Caribbean Revels. Smithsonian Folkways, 1990.

"Watering the Roots," *The Beat* 9(3): 60-61 (1990).

"Crême de la Crême," *The Beat* 9(1): 24-25 (1990).

Liner notes for *Vodou Adjae* by Boukman Eksperyans, Mango Records, 1990. Includes lyric translations.

"All Together Now: Sampling the Samplers," *The Beat* 8(6): 42-45,65 (1989).

Liner notes for *Konbit: Burning Rhythms of Haiti*, A&M Records, 1989. Includes lyric translations

"The Pride of the North: The Other Side of Haitian Music," *The Beat* 8(5): 45,56 (1989).

"De la Musique Malgré Tout," Le Nouvelliste (Tap Tap Supplement), Port-au-Prince, Haiti, 1989.

"New Sounds For a New Generation," The Beat 8(4): 32-33,56 (1989).

"The Legacy of Ibo Combo," *The Beat* 8(3): 49, 64 (1989).

"Old Grooves, New Directions," *The Beat* 8(2): 20-21 (1989).

"Music in Spite of It All: Haitian Recordings in 1988," *The Beat* 8(1): 25 (1989)

"The Music and Musicians of Little Haiti," *New Times* (Miami), 2(39): 11-15, (1988).

## REVIEWS: GRANTS, MANUSCRIPTS, & TENURE & PROMOTION CASES

Duke University Press, Winter 2013

Anthropologie et Sociétes (article manuscript), 2012

University of Oklahoma (tenure), Summer 2012

NYU (tenure), Spring 2012

Brown University (tenure), Fall 2011

Kenyon College (tenure), Fall 2011

Latin American Music Review (article) 2005, 2010

University of Toronto (tenure), Fall 2010

*British Journal of Ethnomusicology / Ethnomusicology Forum*, 2003, 2010

SSHRC (grant), Spring 2010

Trinity College (tenure), Fall 2009

Texas A&M University, (promotion), Fall 2009

Columbia University (tenure), Winter 2009

Exhibit 1 -55

University of Chicago Press, 1993 (3), 1996 (3), 2003, 2004, 2009
University of California Press, 2000, 2003, 2009
*World of music* (article), 2009
University College Dublin (promotion), Fall 2008
*Black Music Research Journal* (article), 1997, 2003, 2008
Temple University Press, 2008
York University (Tenure), Winter 2007
The Ohio State University (tenure), Fall 2006
University of California, San Diego, (promotion) Summer 2006
University of California, Berkeley (promotion), Summer 2006
*Ethnomusicology*, 1997, 1998, 2000, 2003 (2), 2006
*American Music* (manuscript), 2006
Wesleyan University Press, 2006
New York University (tenure) Fall 2005, Spring 2005
*Curriculum Inquiry*, 2005
*Twentieth Century Music*, 2005
Oxford University Press , 1995, 1996, 1997, 2003, 2005
Duke University (tenure) Spring 2004
University of Chicago, Spring 2003 (tenure)
University of Pennsylvania, Fall 2002 (tenure)
University of Iowa, Fall 2002 (tenure)
Temple University, Fall 2002 (tenure)
University of Kansas, Fall 2002 (tenure)
Wesleyan University, Fall 2002 (tenure)
Indiana University, Fall 2002 (tenure)
Social Sciences and Humanities Research Council of Canada, Spring 2002 (Grant)
Texas A&M University, Fall 2001 (tenure)
Pomona College, Summer 2000 (tenure)
Smithsonian Folkways (proposed recording), 2000
*American Anthropologist* (article), 1999
*Women in Music* (article), 1999
*Yearbook for Traditional Music* (2 article ms.), 1994, 1999
Social Sciences and Humanities Research Council of Canada (SSHRC, grant), 1998
*Cultural Anthropology* (article), 1998
Michigan State University, 1997 (tenure)
*Identites* (article), 1996
*Diaspora* (article ms.), 1996
Wellesley College Fall 1996 (tenure)
John Jay College, Fall 1996  (tenure)

## INSTITUTIONAL EXTERNAL REVIEWS

Faculty of Arts and Science, Queen's University, October 1-2, 2012
NEH senior scholar panel and review of a book proposal by a scholar in residence at the Irish
    Studies Center, Notre Dame University, April 26-28
Bachelor of Applied Music (Contemporary Music), Humber College, for the Postsecondary
    Education Quality Assessment Board Secretariat, June 29, 2011

Averill 51

Exhibit 1 -56

Music Department, University of Pennsylvania, Fall 2010
Chair, Ontario Council on Graduate Studies Review of the MA Program in Music and Culture at
   Carleton University, Winter 2007
External Review of the University of British Columbia School of Music, Winter 2007
External Review of the Brandon University School of Music, Fall 2006
External Review of the McMaster University School of the Arts, Fall 2005
External Review of the UTSC Humanities Department, Spring 2005

### UNIVERSITY SERVICE: PRESENTATIONS, & WORKSHOPS

"Witches in the Family Tree: A Genealogical Rumination on 'The Crucible'. Pre-performance panel
for the Opera Division's performance of The Crucible at the Old Auditorium, November 10, 2011.

Chair the panel, "Sounds of Freedom: Revival of Music in Afghanistan", Pre-conference panel at
the Chan Centre, November 3, 2011.

"Repatriation of the Lomax Haiti Recordings: Cultural Memory and Cultural Rebuilding in Post-
Quake Haiti," as part of the series: "Sonic Impressions," organized by Green College. Museum of
Anthropology, UBC. April 19, 2011.

"Mixes, Mash-ups and the Future of e-Learning," Medical Curriculum Meeting, Faculty of Medicine,
U of T. April 20, 2010.

""The Day We Fall Is Not the Day We Sink": Cultural Repatriation in Haiti After the Quake,"
Presented to the UTM Alumni Association, Annual Membership Meeting, and to the "Perspectives"
Series of community lectures at UTM, both on May 13, 2010.

""A Public Observance in Solidarity with the People of Haiti," featured speaker, Hart House,
January 21, 2010.

"Compassion for Haiti," featured speaker, MiST Theatre, UTM, January 21, 2010.

"Quality, Accountability and Using Reviews Creatively", presentation for new academic
administrators, January 19, 2009.

"Open Access in the Disciplines", Open Access Week Faculty Panel, UTM. October 22, 2009.

"A Field Guide to the U of T: What Every Faculty Member Should Know About the Institution,"
Presentation to new faculty, Office of Teaching Support and Innovation, August 2009.

"Working with your Dean or Vice-Principal in the Budget Context," presentation for the New
Academic Administrators retreat, June 2009.

"Serendipity and Me," Convocation Address (Arts), University of Toronto Mississauga, Fall 2008.

"Tropicalism: Exotic and Primitive Tropes in Western Popular Music," College of William and Mary,
(Lecture to a course in Musical Orientalism), October 9, 2008.

Averill 52

Exhibit 1 -57

"Personal Experiences of Leadership," presentation for the New Academic Administrators retreat, July 2005, 2006, 2007, 2008.

Farewell address for Provost Vivek Goel. Spring 2008.

"Service Learning and the University: A Dean's Perspective," Centre for Community Partnerships Summer Institute, June 23, 2008.

"Service learning and experiential learning at UTM", Experiential Learning Committee, June 2008.

"Academic Planning for T2030", *Lunch & Learn*, UTM, June 2008.

"Haitian Research, Applied Ethnomusicology, and the University Administrator," Talk to the Associates of Erindale College, May 2008.

"Humanities at UTM", tour, and presentation on the Arts Council, Humanities Retreat, May 2008.

"It's the End of the World As We Know It (And I Feel Fine): Dean'ing UTM at the Dawn of the 21st Century" *Lunch & Learn*, UTM, February 2008.

"Music Flowing Freely & Digitally, ""Tech_Know_File Conference — Information Flowing Freely," UofT, May 11, 2005.

Musics of Latin America," Center for Latin American and Caribbean Studies, NYU, 12/12/02.

"World Music Now: From the Sacred and Profound to Contemporary Fusions," Africana Studies Department, NYU, 11/30/00.

"Southern Crossroads of African-American Music," Martin Luther King Scholars, NYU, Fall 1999.

"Barbershop, Ethnography, and Me," Annual Lecture, Wesleyan University Trustees, 10/17/96.

"Change and Continuity: Music in the '60s and Now," Panel, Wesleyan Alumni Weekend, 6/2/96.

"Crossover Screams: Political Economy of Third World Pop Music," Wesleyan Center for the Humanities, 12/3/92.

"Exploring the Humanities," John Hopkins University Center for Talented Youth, Spring 1992.

"The Recent Elections in Haiti — Prospects for the Future," with Dr. Alex Dupuy, Wesleyan Latin American Studies Program, 5/12/91.

"Africa in Haitian music," Colloquium: African Studies Center, Columbia University, 3/12/90.

## UNIVERSITY SERVICE: COURSES TAUGHT

Exhibit 1 -58

**University of Toronto:**
Musical Sound, Transcription, and Analysis, Fall 2007
Musical Toronto, undergraduate seminar and service learning course, SPRING 2007
Applied and Public Ethnomusicology, Fall 2006
Music of Haiti, Graduate seminar, Spring 2006

**New York University:**
Haitian Performance Arts (Undergraduate Seminar, Africana Studies)
New York City & the Popular Music Industry, 1890-1940 (Freshman Honors Seminar)
Applied and Public Ethnomusicology (Graduate Elective)
Caribbean Music (graduate)
Caribbean Music (undergraduate, Princeton)
Ethnomusicology: Theory & History (Graduate Core)
Musical Ethnography (Graduate Core)
Expressive Cultures: Sounds (Undergraduate, Morse Academic Program)
World Music Ensembles (Afro-Cuban, Latin, and Caribbean Music)

**Princeton University (Visiting):**
Caribbean Music

**Wesleyan University:**
Advanced Methodologies (Doctoral Research and Fieldwork)
Music of the Caribbean
Being an Ethnomusicologist
Time and Music (special topics)
Music, Carnival, and the Carnivalesque
Making and Selling Music in the Third World
University ensembles: Steelbands; Aché Aña; Afro-Cuban bata & rumba; Brazilian Samba
Worlds of Music

**Columbia University (Visiting):**
Transcription and Analysis
Salsa, Soca, and Reggae: Popular Music of the Caribbean
Music in West Africa
Introduction to Music of India and West Asia
Introduction to Music of East and Southeast Asia

**University of Washington:**
Anglo-American Music

## UNIVERSITY SERVICE: COMMITTEE & SPECIAL SERVICE

**UBC**
Committee of Deans
China Council 2013-
China Council Steering Committee 2013-
Collective Bargaining Advisory Committee, 2012

Averill 54

Exhibit 1 -59

Flexible Learning Leadership Group 2012-13
Bridge to UBC Principal and CEO Search Committee 2012
Flexible Learning Think Tank 2012
Chan Centre Endowment Committee 2011-
IT Executive Steering Committee, 2010-
UBC Senate Tributes Committee, 2010-
UBC Senate Library Committee, 2010-
Senior Fellow of St. John's College, 2010-
UBC Senate 2010-
College of Health Science Dean's Advisory 2010-2013
ISI Steering Committee, 2011-2012
Taskforce on Community Based Learning, 2011-12
Co-chair, UBC Natural and Cultural Attractions Committee, 2011-
President's Advisory Committee to Search for a Vice-President Students, 2011

**University of Toronto**
U of T Academic Colleague, Representative to the Council of Ontario Universities, 2009-
P&D, 2004-
PDAD&C, 2004-
Academic Board, 2005-
Academic Policies and Programs, 2006-
Tricampus Deans Committee, 2007-
Provost's Executive Council, 2006/7-
Council of 1st entry Deans, 2006 (CFED), 2005-
School of Public Policy, Council of Deans, 2007-
CTEP Dean's Council, 2006-
U of T Art Advisory Committee
Media Commons Faculty Acquisitions Committee, 2007-
Co-chair, Mississauga Academy Advisory Council, 2008-
Mississauga Academy Steering Committee, 2007-
Centre for the Study of Students in Post Secondary Education Advisory Board, 2007-
Jackman Humanities Institute Council of Deans, 2007-
Caribbean Studies Advisory Board, 2007-
Design Review Committee, 2008-
Provost's Working Group on Quality Assurance, 2009-10
Course Evaluation Working Group, 2009-10
Search Committee for the Assistant Director, Centre for Teaching Support & Innovation, 2009-10
Search Committee for the new Provost, University of Toronto, 2008-09
Search Committee for a new Vice-Provost Graduate Education and Dean of the SGS, 2008-09
Steering Committee to the UTFA negotiations, 2009-10
KMDI Advisory Committee, 2008-09
CFED Working Group on Recruitment, 2008-09
Committee to Review RCAT, 2009
Co-organizer and presenter, 2008 U of T Humanities Retreat
Human Relations Management Board, 2005-08
Provost's Council on the Arts, and Executive Committee, Chair Academic Working Group, 2006-08
Committee on Interdivisional Teaching 2007-08

Averill 55

Exhibit 1 -60

Working Group on Parchment Design, 2007
UTFA-U of T Joint Task Force on Compensation levels, 2007-08
Advisory to the Search Committee for a Dean of Music, 2007-08
Additional service:
      Personal Experiences of Leadership, New Administrators Training, June 2005-09
      Tenure and Promotion, Chair's Panel, October 2006, 2007
      Arts & Recreation at UofT, New Faculty Orientation, 2006-08
UofT Art Center Academic Advisory Group, 2006-7
Chair, Deans of Single Department Faculties (DSDF), 2006-07
University of Toronto Arts Center, Board of Directors, 2006-
Search Committee — AVP Student Relations (round 2), 2007
Chair, "Community Engagement" Cluster Working Group, Restructuring Student Life, 2006-07
Hiring committee – VP Advancement, 2006-07
Center for the Advanced Study of the Americas, Advisory Board, 2005-06
Steering Committee for the CUPE #3 Negotiations, 2004-05
City Brainstorming Task Force, 2004-05
External Review Team, UTSC Humanities Department, 2004

**NYU:**
Promotion and Tenure Committee, Faculty of Arts and Sciences, 2002-05
Provost's Task Force on Music and Music Theater
NYU Health Benefits Committee
FCC Steering Committee, College of Arts and Sciences, NYU, 2000-03
Seminar, Freshman Dialogue 2003, "The Music of Man of La Mancha," 8/28/03
CAS Dean's Fellowship Applicant review Committees, Fall and Spring 2003
CAS Dean's Undergraduate Research Fund Review Committee, 2002-3
Religious Studies Advisory Committee Member, 2001-03
Advisory Committee to the Dean on Latino Studies, 2002-03
Tisch Recorded Music Program, Advisory Committee Member and director hiring committee.
Sunday on the Square, lectures to the entering class applicants, March 2000, 2001, 2002
Freshman Dialogue, Discussion Leader, Convocation 1999, 2000, 2002, 2003
Chair, hiring committee, Director, Center for Latin American and Caribbean Studies, 2001-2002
Chair, Student Disciplinary Committee, 1999-2002
Seminar leader, Faculty Resource Network Seminar on Curriculum Development, June 13, 2001
Director of Graduate Studies, Spring 2001
Acting Chair, Music Department, Fall 2000
Executive Committee, NYU Center for Latin American and Caribbean Studies, 2000-03
GSAS Committee on Grants and Scholarships, 1998-9
Coordinator of Ethnomusicology, 199762002
Graduate Admissions Committee, 1998, 2000, 2001
Colloquium Committee, 1998-2000
Undergraduate Curricular Revision Committee, 1997698
General Exam Committee, 1997-98
Departmental Search Committees, 1997-98, 3 in 2001-02

**Wesleyan University:**
Director of Graduate Studies, Music Department, 1993-97

Chair, Concert Committee, Music Department, 1992-94, 1995-97
Chair, Wesleyan Student Affairs Committee, 1994-96
Faculty representative to the Wesleyan Board of Trustees 1995-96
Advising Program Regional Coordinators, 1992-93, 1994-95
Graduate Council, 1993-96

### UNIVERSITY SERVICE: ADVISING

**Ph. D. Advisees Completed** (with current or most recent position and awards received)

Meghan Forsyth, 2011 [University of Toronto]. *De par chez nous: Fiddling Traditions and Acadian Identity on Prince Edward Island.* Co-supervised with Robin Elliott.
    Postdoctoral Fellow, Memorial University
    Nominated for a CRC in Acadian Studies, St. Mary's University

A. Scott Currie, 2009 [NYU]. *Sounding Visions: An Ethnographic Study of Avant-Garde Jazz in New York City.*
    German DAAD Grant,
    NYU GSAS Dean's Dissertation Fellowship
    Currently Visiting Assistant Professor, University of Minnesota

Eric Usner, 2008 [NYU]. *Cultural Practices of 'Classical' Music in 21st Century Vienna.*
    Social Science Research Council, IDRF, 2005-06
    Most recently a Postdoctoral Fellow, University of Chicago

Sydney J. Hutchinson, 2008 [NYU]. *Merengue típico in transnational Dominican communities: Gender, geography, migration and memory in a traditional music.*
    Winner of Humbolt, Fulbright, and SSRC grants.
    Syracuse University, Assistant Professor

Daniel Tannehill Neely, 2007 [NYU]. *"Mento, Jamaica's Original Music": Development, Tourism, and the Nationalist Frame.*
    Deans Dissertation Fellowship, 2004-05
    Fulbright Fellowship, 2002-03
    Most recently, *Archivist, Archives of Contemporary* Music

Melvin Butler, 2005 [NYU] *Songs of Pentecost: Experiencing Music, Transcendence, and Identity in Jamaica and Haiti.*
    Ford Foundation Minority Fellowship, 2000-2004
    Fulbright Fellowship, 2001-02
    Pantaleoni Prize, 2001, Middle Atlantic Chapter of the Society for Ethnomusicology
    Post-Doctoral Fellowship, Dartmouth College, 2004-05
    Currently Associate Professor, University of Chicago (formerly at University of Virginia)

Marion Jacobson, 2003 [NYU] *Yiddish Folk Choruses and Jewish Expressive Culture in New York City.*
    Fellowship, Center for Jewish Learning and Leadership, 2002-03

Averill 57

Exhibit 1 -62

Irving D. Klein Memorial Fellow, YIVO Institute for Jewish Research, 2001
Recently Assistant Professor at Empire College

Frederick Moehn, 2001 [NYU]. *Mixing MPB: Cannibals and Cosmopolitans in Brazilian Popular Music*, 2001.
Dean's Dissertation Fellowship, New York University, 1999-2000
Fulbright Scholarship, Brazil, 1998-99
Dean's Preliminary Ph.D. Fellowship, 1996
Foreign Language and Area Studies Fellowship (FLAS)
Currently Assistant Professor, SUNY Stony Brook.
Postdoctoral Research Fellow at the University of Lisbon, Portugal
Lecturer, University College London

Robert Rumbolz, 2001 [Wesleyan University]. *A Vessel for Many Things: Brass Bands in Ghana*.
Fulbright Fellowship
Currently Associate Professor, Northwest College.

Michael Veal, 2001 [Wesleyan University]. *Echo: Dub Music and the Acoustics of Diaspora*
Currently Associate Professor, Yale University

Philip Galinsky, 2000 [Wesleyan University]. *The "Atomic Maracatu": Tradition, Modernity, and Post-modernity in the Mangue Movement and "New Music Scene" of Recife, Pernambuco, Brazil*.
Formerly Visiting Assistant Professor, UCSD and Hampshire College.

Frank D. Gunderson, 1999 [Wesleyan University]. *Music Labor Associations in Sukumaland, Tanzania: History and Practice*.
Wenner Grenn Fellowship
Currently Associate Professor, Florida State University.

David Yih, 1995. *The Music and Dance of Haitian Vodou: Diversity and Unity in Regional Repertories* [Wesleyan]. Formerly Visiting Assistant Professor, Trinity College and Southern Connecticut State University, currently an independent musician.

Paul Austerlitz, 1993 [Wesleyan University]. *Dominican Merengue in Regional, National, and International Perspectives* Formerly Assistant Professor, Brown University; now Associate Professor, Gettysburg College.

Lois Wilcken, Columbia, 1991. *Music Folklore Among Haitians in New York: Staged Representations in the Negotiation of Identity*. [Columbia University]. Currently working for Citylore, NYC, and directing Troup Makandal.

**Ph.D. Candidates currently supervised and awards received**
Catherine Gauthier Mercier (U of T), 2006-
SSHRC ($35,000/year for 3 years)
Parmela Attariwala (UofT), 2005-
SSHRC Fellowship
Kevin Francis Mason, UBC, 2012 -

Exhibit 1 -63

**Selected Doctoral Committees**
Juan Diego Diaz Meneses, UBC, 2011-present
Andrew Mark, York University, 2009-present
Gordon Sheard, York University, Fall 2008
Monica Hairston, New York University, Fall 2008
Scott Spencer, New York University, Spring 2009
Tim Hoxha, OISE, Spring 2008
Teresa Magdanz, University of Toronto, Fall 2005
John Runowicz, New York University, Fall 2005
J. Thomas Brett, New York University, Fall 2005
Anne Galvin, New School University, Fall 2005
Lisa Maya Knauer, New York University, Fall 2004
Sandra J. Graham, New York University, Fall 2001
Maria Teresa Velez, Wesleyan University, 1996
Michael Hugh Webb, Wesleyan University, 1995
Jayendran Pillay, Wesleyan University, 1994
Norman Skiba, Wesleyan University, 1994

**Selected Masters Theses supervised:**
Lauren Sweetman
Michael Veal
Erin Ryan
Mark T. Braun
Julie A. Searles
Kera Washington
Philip Galinsky
Chip Boaz
Frank Gunderson
Karen Canning
Zoe Sherinian
Junko Oba
Charles Cermele
Bretton Dimick
Monica Haim
Debra Storey
Michael Webb

Exhibit 1 -64

INTERVIEWS & PROFILES

CITR "UBC Arts on Air" Interview by Ira Nadel with Gage Averill and Janet Giltrow: "The Value of an Arts Degree", aired February 20, 2013.

"The Forming of an Ethnomusicologist, Educator and Academic Administrator —Interview with UW alumnus Dr. Gage Averill", by David Aarons," Conference Program, Society for Ethnomusicology Northeast Chapter, February 8-10.

Quoted in "Party like it's 1969: From the 1960s and 1970s to being in their 60s and 70s, these rockers keep rolling along," in *The Vancouver Sun*, by Francois Marchand, November 3,2012. http://www.vancouversun.com/entertainment/Party+like+1969/7494307/story.html

Quoted in *The New York Times*, "For 6 Decades, the Sound of Good News in Haiti," by Larry Rohter, April 10, 2012. http://www.nytimes.com/2012/04/11/arts/music/when-the-drum-is-beating-about-orchestre-septentrional.html

Quoted (with photograph) in *The Vancouver Sun*, "UBC fine arts students get studio upgrade—$5-million donation creates Audain Art Centre," By Kim Pemberton, April 4, 2012. http://www.vancouversun.com/travel/fine+arts+students+studio+upgrade/6413031/story.html

Interviewed for "A Window on the World (and Vancouver's First Inhabitants)", UBC Campus and Community eNewsletter, February 2012. http://www.planning.ubc.ca/vancouver_home/news_and_events/enewsletter/february_2012/articles568.php

What's Dean Gage Averill reading?" by Mary Leong, *ArtsWire*, June 22, 2011.

Interview on *Q* with Jian Gomeshi on the 30th Anniversary of Bob Marley's death. May 11, 2011.

Coverage of Grammy nominations

- "Outtakes: Arts Dean Gage Averill on the Grammy Experience," *UBC Reports*, April 2011.
- Interview with CTV, National Evening News
- Interview on Canada AM, CTV, February 9, 2011
- Interview on "Sunday Edition", CBC Radio with David Gutnick, February 2, 2011.
- Interview on "Dispatches", CBC Radio with Radio with Rick MacInnes-Rae, January 27, 2011.
- Televised interview with Fanny Kiefer on *Studio 4*, Shaw TV, January 14, 2011.
- Interview with Sian Jones, CBC TV Newsworld, January 7, 2010.
- "Canadian returns 75-year-old Haitian recordings to island roots," *Toronto Star*, by John Terauds, January 14, 2011. http://www.thestar.com/entertainment/music/article/920866--canadian-returns-75-year-old-haitian-recordings-to-island-roots
- "Former Dean Nominated for a Grammy", by Alain Latour, University of Toronto, January 3, 2011. http://www.utm.utoronto.ca/361.0.html?&tx_mininews_pi1[showUid]=4616&tx_mininews_pi1[backPid]=51&cHash=d6c849ac10
- "Alan Lomax in Haiti: 'Humongous riches from the poorest country'", by Marsha Lederman, *The Globe and Mail*, http://www.theglobeandmail.com/news/arts/music/alan-lomax-in-haiti-humongous-riches-from-the-poorest-country/article1837635/page1/
- Feature story on *Global TV National News*, Interview by Aaron McArthur, December 8, 2010.
- Interview on *CBC's Early Edition with Rick Cluff*, December 6, 2010.
- "Lesser-known Canadians also basking in their Grammy Award nominations", by Nick Patch, *Winnipeg Free Press* (the Canadian Press), December 8, 2010. http://www.winnipegfreepress.com/entertainment/breakingnews/lesser-known-canadians-also-basking-in-their-grammy-award-nominations-111225719.html

Exhibit 1 -65

- "Haiti CD notes win Grammy nod for UBC dean," Nick Patch, *The Toronto Star*, December 2, 2010,
  http://www.thestar.com/entertainment/music/article/900869--haiti-cd-notes-win-grammy-nod-for-ubc-dean"
- "UBC Dean of Arts Gage Averill nominated for a Grammy", by Francois Marchand, *Vancouver Sun*, Thursday, December 2, 2010.
  http://www.vancouversun.com/mobile/entertainment/top-
  stories/Dean+Arts+Gage+Averill+nominated+Grammy+updated/3918633/story.html
- "Grammy Nomination for Gage Averill", By Loren Plottel, UBC Faculty of Arts, *artswire*, and the UBC homepage, Thursday December 2, 2010.
  http://wire.arts.ubc.ca/feature/grammy-nomination-for-gage-averill/

Coverage of Appointment to UBC

- Interview with Ginny Monaco of *The Ubyssey*, January 27, 2011.
- "New Arts Dean plays a different tune (ethnomusicologist Gage Averill produced a 10 CD/DVD anthology of Haitian music), by John Mackie, *Vancouver Sun*, Nov. 9, 2010, p. 11.
- "Dean of Inspiration (Gage Averill, the new dean of UBC's Faculty of Arts can't help but bring a little rock-and-roll attitude with him)," by Basil Waugh, *UBC Reports* 51(11), November 4, 2010, pp. 6-7. http://www.publicaffairs.ubc.ca/2010/11/04/dean-of-inspiration/?src=email
- "Insider at the Emmy Awards: Dean Gage Averill," Betty Zhang, *ArtsWire* (UBC), Friday, October 15, 2010. http://wire.arts.ubc.ca/faculty/insider-at-the-emmy-awards-dean-gage-averill/
- "New dean set to en-Gage arts — Ethnomusicologist to orchestrate UBC's largest faculty", by Ashley Whillans, The Ubyssey, September 13, 2010.
  http://ubyssey.ca/news/new-dean-set-to-en-gage-arts/
- "Art's Averill Aces Dean's Debate", by Yooji Cummings, *The Ubyssey*, September 13, 2010.

Coverage of the Earthquake in Haiti and its aftermath

- Interview with Peter Klein on "The Standard", Joy TC (Vancouver), July 2010.
- Quoted in Paste Magazine, April edition.
- Associated Press interview, December 17, 2009 and January 25, 2010. Story will dean with the PSAs produced by the Green Foundation (below).
- Q with Jian Gomeshi, CBC Radio, Interview, January 22, 2010.
- "A generous and gentle people': U of T ethnomusicologist Gage Averill pays tribute to Haitians and their vibrant culture" *Behind the Headlines (*Experience Research, University of Toronto), January 22, 2010.
  http://www.research.utoronto.ca/behind_the_headlines/
- PSA's prepared for international distribution using the recordings from my Alan Lomax in Haiti set, read by Sting, Ben Stiller, and Naomi Watts, among other
- "Haiti in their hearts -- U of T faculty and staff discuss the earthquake aftermath", News @ the University of Toronto, by Jennifer Lanthier, *January 20, 2010*
- *Globe & Mail*, Saturday, January 16, 2010, Focus on Books Section. *A Day for the Hunter, A Day for the Prey: Popular Music and Power in Haiti* (1997, University of Chicago Press) is listed as one of 12 books you need to read to understand Haiti.
- *The Agenda* with Steve Paikin, TVO, January 15, 2010. Interview, "Haiti in Crisis",
  http://www.tvo.org/cfmx/tvoorg/theagenda/index.cfm?page_id=7&bpn=7758933&ts=2010-01-18%2005:00:00.0

Coverage of the *Alan Lomax in Haiti* CD set.

- Interview with Kenny Malone, WLRN (Miami NPR), for a story on the show, *Under the Sun*, July 5, 2010

Exhibit 1 -66

- "Alan Lomax in Haiti: The legendary collector's 1930s recordings have made a lavish box set. Mark Kidel opens the lid," by Mark Kidel, fROOTS no. 325, July 2010. p. 19,
- Le Monde, "L'essence d'Haïti captée par l'ethnomusicologue américaine Alan Lomax," by Véronique Mortaigne. April 11, 2010,
- "Haiti Lives", by Ned Sublette, Downbeat, April 2010
- Review on the website, Black Grooves: The Archives of African American Music and Culture, by Richard Walter. http://blackgrooves.org/?p=1084
- Quoted in "1930s recordings preserve Haiti's cultural wealth," by Jennifer Kay, Associated Press story. Wednesday, Feb 24, 2000 http://news.yahoo.com/s/ap/20100224/ap_en_mu/us_music_lomax_haiti_recordings
- "UTM Dean Curates a 'Repository of Souls'", the Bulletin (University of Toronto), February 9, 2010.
- Chicago Sun Times, "'Lomax in Haiti' requires time and understanding", Dave Hoekstra, February 7, 2010. http://www.suntimes.com/lifestyles/hoekstra/2030456,alan-lomax-in-haiti-020710.article
- The Wall Street Journal, "Haiti's Hidden Treasures", Will Friedwald, Thursday, February 4th, 2010. http://online.wsj.com/article/SB10001424052748703837004575013090167372252.html?mod=WSJ_latestheadlines
- The Village Voice, "Alan Lomax's Haitian Time Capsule: A 10-disc box from the '30s captures a troubled nation in transition," by Tad Hendrickson, Tuesday, Feb 2 2010, http://www.villagevoice.com/2010-02-02/music/alan-lomax-s-haitian-time-capsule
- Die Zelt (Germany), "Gesang nach dem Beben: Einblicke in eine kosmopolitische Kultur: die frühen Aufnajmen des Musikforschers", Frank Zawatski, February 6/7.
- Boing Boing tv and the Boing Boing blog. Interviewer: Xeni Jardin. February 6.
- WFMU (New York City) hour-long interview by Rob Weisberg, January 23, 2010
- Chicago Sun Times. Interview on January 28, 2010. http://wfmu.org/playlists/shows/34472
- New Yorker Magazine
- "Haiti's musical heritage released in 10 historical CDs, recorded in the field 70 years ago", Heritagekonpa.com, by Tequila Minsky, January 8, 2010.
- "Curating 'a repository of souls'" Profile by Bruce Gillespie, UTM Website, December 17, 2009
- KQED Interview (1 hour), San Francisco NPR affiliate, with host Michael Krasney, December 17, 2009. http://www.kqed.org/.stream/anon/radio/forum/2009/12/2009-12-17b-forum.mp3
- Article on the GRAMMY.com website with photo, December 15, 2009
- Skope Magazine.com, "Back Stage: Repatriation of the Music of the Haitian People— Alan Lomax in Haiti", Dec. 8, 2009. skopemag.com/2009/music-up-close-with-janie—decjan-2009
- Live interview on WMBR (Boston) "Focus on Haiti", November 29,2009.
- Review in The New York Times, by Jon Pareles, Nov 28., 2009.
- Review (with interview) in The Wall Street Journal, by John Jurgenson, Nov. 27, 2009
- Review (with interview) in the Miami Herald, "Spirit of Haiti comes to life in a box set from Alan Lomax," by Fernando Gonzalez, November 22, 2009
- National Public Radio's "Tell Me More," October 12, 2009, hour-long interview.
- Interview with Clash Media (UK), October 6, 2009
- BBC World Service, interview, September 30, 2009
- "Vodou and Beyond: Alan Lomax's Astounding '30s Haiti Archives Released," AOL Spinner, Steve Hochman, interviewer. September 29, 2009.

Exhibit 1 -67

http://www.spinner.com/category/around-the-world/

Interviewed on the show *Ideas* on an episode entitled "Playing through Changes," (about how musicians are responding to the collision of cultures) by Jeff Reilly, CBC Radio, January 24, 2011. http://www.cbc.ca/ideas/episodes/2011/01/24/playing-through-changes/

Research featured on the short documentary, "Haiti's Lost Music," on *Need to Know*, the NPR website feature, by Anthony Lappe. July 2010. http://www.pbs.org/wnet/need-to-know/culture/video-haitis-lost-music/3147/

Quoted in article in the New York Times, "Haitian Singer and His Guitar Fight Urge to Weep", by Simon Romero," March 05, 2010.

Quoted in article on video downloading in *Metro* by Anna Sajecki, early June

Discussed in "Experts Review Beliefs, Lore, and Anthropology in Caribbean", by Kathleen Micham, UCLA International Institute, Tuesday June 9th, 2009, http://international.ucla.edu/article.asp?parentid=109254

Quoted in "U.S. Academics staying in Canada: Those who moved north in Bush presidency have no plans to return," by Daniel Drolet, *University Affairs*, March 16, 2009.

Quoted in *Mississauga News*, article about the South Building Renovation

Featured in "'Recognize opportunities,' U of T Mississauga's dean advises graduating class", University of Toronto Mississauga Bulletin, November 27, 2008. http://www.utm.utoronto.ca/361.0.html?&tx_ttnews_pi1[showUid]=2614&tx_ttnews_pi1[backPid]=361&cHash=8b8c304e6f

Featured in an article by Katie Rook, *National Post*, on music in the elections in Canada and the U.S., September 2008.

Featured in *The Mississauga News* article, "UTM Dean is also the Music Man" by Julia Le, September 20, 2008. http://www.mississauga.com/article/19068

Featured in "U of T Mississauga's dean to head ethnomusicology society" (September 17, 2008) by Olena Wawryshyn on the website of the U of T Mississauga, http://www.utm.utoronto.ca/361.0.html?&tx_ttnews_pi1[showUid]=2572&tx_ttnews_pi1[backPid]=51&cHash=685501a8dd

Interviewed by Martha Worboy from CanWest News Service on "Reality Television", July 9, 2008.

Boston Globe article on barbershop harmony, Nikki Gioudeman, April 2008

UTM Express and website, "Dean's Essay Prize", Olena Wawryshyn, March 18, 2008

Interviewed on NDTTV International (Chinese International Television) by Cathy Liu regarding the International Chinese Vocal Competition. September 20, 2007.

Interviewed for "Oh My God! Popular Music and Religion" by Corrine McDermott, *Much More Music*, June 2007 (aired August 2007), replayed frequently.

Quoted in "We Are All Eighties Kids Now," by Raju Mudhar, *The Toronto Star*, April 1, 2007.

Quoted in "Chart-toppers putting the `yo' in yodeling," by Misty Harris, *Canwest News Service*. November 4, 2006.

Quoted in "A birthday full of song and laughter," Ken Winters, *The Globe and Mail*. Oct. 25, 2006.

Guest Judge appearance on "Bathroom Divas," (opera reality television), BRAVO Television. Filming August 13/15, 2006, aired February 12 and 15.

Quoted in "Slaves' freedom feted since 1834—Carnival rooted in Africa, Europe," *Toronto Star*, by Christopher Maughan. August 2 2006.

Quoted in "Their World Music", *Herald News*, by Ed Beeson. July 28, 2006

Quoted in "Student wins radio prize and recording contract—Award will boost young saxophonist's career," by Michah Rynor, *News @UofT*, May 30, 2006.

Quoted in "U of T wins big at 2006 Juno Awards: Professor, alumni return home with statuettes," by Michah Rynor, *News @UofT*, April 3, 2006.

Quoted in "School of Jazz," by Paul Fraumeni, UofT: The University of Toronto Magazine, Spring 2006, pp. 43-45.

Exhibit 1 -68

"Music faculty evolves to meet challenges: Student experience focus of new initiatives," by Michah Rynor, University of Toronto website at http://www.steppingup.utoronto.ca/bin/001872.asp

Featured guest for hour-long interview and call-in show, *Ontario Today* with Sherry Drysdale, on the topic of Canadian-U.S. relations and cultural differences, December 21, 2005.

Principal interviewee for "Deck the malls with songs for shoppers: Holiday favourites put us in the mood to buy", by Misty Harris, Canwest News Service, Friday, December 9, 2005. Ran in scores of papers (4 front cover stories), including:

- Ottawa Gazzette Standard-Freeholder
- Montreal Gazette
- Vancouver Sun
- Calgary Herald
- Regina Leader-Post
- Edmonton Journal
- Halifax Daily News
- Kingston Whig Standard
- Nanaimo Daily News,
- Vancouver Province
- St. Catharine's Standard

Radio, television, and print interviews on the same topic went out on:

- Global TV News (December 23, 2005)
- Annex Guardian
- CKLW (Windsor-Detroit) interviewed live by Melanie Deveau, December 12, 2005

Interviewed for and cited in the article, "Nimmons receives lifetime achievement award: Jazz musician also recognized as an outstanding educator," by Michah Rynor, in the University of Toronto *Bulletin*, Dec .13, 2005

Controversy over the possible cancellation of the tour in Canada by 50 Cent (Curtis Jackson)

- interviewed by Alex Pierson, City TV News, November 23, 2005
- Interviewed by CTV News
- Quoted in The Sun, article by Kevin Conner, November 24, 2005

Interviewed (biographic portrait) on "More to Life" with Mary Ito, *TVO*, November 3, 2005.

issue of the proposed Royal Ontario Museum tower project

- Quoted in "Tensions rise over TOM condo tower," Unnati Gandhi, *The Globe & Mail*, Nov. 1, p. A14.
- Cited on CBC's Morning edition
- Quoted by Martin Kneiman, *The Toronto Star*, Nov. 1, 2005 p.
- Interviewed on "Live at 6," *TVO*, Nov. 1, 2005
- Interviewed for Fairchild Television, Nov. 1, 2005

Hour-long interview on CIUT's *Dialogue* with Jennifer Leonard, August 16, 2005 on music research in Haiti.

Guest on live CIUT broadcast from Afrofest, 7/10/05.

Quoted in *Haitian Times* article on the Haitian music industry by Macollvie Jean-François, June 26, 2005.

Featured in The University of Toronto *Bulletin*, "The Beat Goes On: Rare Music Being Rediscovered" by Michah Rynor, 5/05.

Quoted in *Washington Times* article by Lisa Rauschart, "Barbershoppers Sing in Praise of Harmony: Men, Women Flocking to Join Amateur Quartets, 5/5/05 [M14].

Interviewed live on *WORT's* (Madison, WI) show "Diaspora", about the Irish Brigade reunion

Exhibit 1 -69

concerts, 4/29/05.

Interviewed live on *WORT's* (Madison, WI) show "Back to the Country" by Bill Malone on the topic of "Barbershop harmony and country music", 4/28/05.

Hour-long interview and profile *on CIUT's The Music Factory*, April 12, 2005, Sean Corcoran.

Interviewed for CBC National Radio, "The World at 6" by Marsha Lederman, "Music in Churches".

Interview for the television on the impact of MP3 and iPods, Fairright Television, 1/20/05.

Quoted in *Toronto Life*, December 2004 on the Royal Conservatory of Music.

Quoted in "Political Voices in Haiti: Music set the tone for change" by Michael Deibert, *Newsday*, 7/18/04.

Interviewed in, *Zing! Went the Strings of My Heart: The Banjomaniacs of Guthrie!*, directed by Amy Finkel, Fall 2004.

*Smithsonian Magazine* article, quoted, "In the Still of the Night" by Neil Amdur, April 2004.

CBC (Canada), interview on Katherine Dunham and Habitation Leclerc, at http://www.cbc.ca/haiti, 2/24/04

BBC News Hour, interviewed for piece on the 2004 Haitian crisis, 1/22/04

"NYU Chair to lecture at York," *Toronto Metro*, 11/25/03, p. 23.

Interview on WNYU 89.1FM, "Rhythm in Tap Dance," 9/24/03.

Quoted in "Legend lives on [Katherine Dunham]" Ron Grossman, Chicago Tribune, 6/7/03.

June 8, 2003 "Vodou in the Academy," by Jeffrey B. Cohen, *The New York Times* 1/19/03.

NPR's *Morning Edition* "Present at the Creation", with J. Wildman, "Barbershop Quartets", 3/18/02.

"Teacher as Historian / Barbershopping as Americana." By Tom Epler, *WNYE-FM*, June 2002.

"Teaching Music of the Globe, P.C. Resident Inspires Others," D. Young, *Westmore News* 6/14/02.

"Legendary Haitian singer Martha Jean-Claude dies," Reuters, by Trenton Daniel. 11/17/01.

Interview on WCFR (NPR affiliate) by Karl Anjaye, 3/13/01.

Interview for, "His music rules in Haiti," by Elise Ackerman in *Miami New Times*. 1997.

Live radio interview, Turner Broadcasting System (Atlanta), with Wesley Madhere, 4/11/99

Miami Herald article on Compas by Leyla Cobol Hannan, 12/20/98.

Interview on WBAI, "The African Roots of Music in Haitian Vodou," 12/7/98.

Profiled in *Wilson Guide to Experts in the Arts Humanities*. H.H. Wilson Company. 1997-

Profiled in *Contemporary Authors*. 1998-

Series interviewee for *A World of Music*, 12-part series, National Public Television. 1998.

*Pulse of the Planet* program #1561 (NPR radio spots on "Carnival in Trinidad"). Jim Metzner, producer, 12/16/97.

*Chronicle of Higher Education* (interview about universities in New York City), 10/97.

CBS News Under Fire, "Haitian music and politics." September 1997.

"Artbeat", National Public Radio. Book release interview, Elizabeth Perez Luna. 12/97.

*The Seattle Times*, "Tracing the Music," excerpts from interview by Paul de Barros.

*The Bronx Beat*, "Shopping to the Beat Strikes Discordant Notes," by Lucy Maher, 12/6/66.

WBAI. "African Retentions," interview, Martha Vega, Caribbean Cultural Center, 7/26/96.

"Miami's Caribbean Music" Crossroads, NPR. Interview, Elizabeth Perez Luna, 8/12/95.

WBAI. Live radio interview from Haiti by Al Angeloro, 7/31/95.

Rhythm Music Magazine. "Behind the 7 scholarly syllables of ethnomusicology," 7/15/95.

Miami Herald. "Mizik rasin: Rhythm and roots of Haiti," Fernando Gonzalez, 4/10/94.

Community Dateline (Trinidad and Tobago Television). Interview, 2/11/94.

The Advocate & Greenwich Time. "Zafem Offers Haitian Spirit," Emily Laber, 4/16/93.

Chicago Tribune. "Duvalier Nemesis: Vodou-Rock Music," Michele Wucker, 12/25/92.

The New York Times. "Bang On a Pan," Arts and Leisure, H-17, 8/16/92.

The Miami Herald. "New wave of music pairs politics & the past," Jordan Levin, 7/12/92.

Exhibit 1 -70

Voice of America. "Haitian Popular Music," Paul Magloire, 6/14/92.
All Things Considered (NPR). "Frères Parent: Haitian angaje music," Phyllis Joffee, 6/12/92.
All Things Considered (NPR), "Manno Charlemagne and the Haitian coup," Phyllis Joffee, 11/91.
WBAI. "Music and Resistance in Haiti," Neva Wartell, 4/3/91.
National Public Radio. "Haitian Dance Music & Democracy," Susan Marynowski, 4/13/90.
The Miami Herald. "Nothing Compares to Haitian Compas," Doug Adrianson, 2/9/89.
Le Nouvelliste (Haiti). "Averill en Haiti," by Ralph Boncy (Tap Tap Magazine), 8/14/89.

## MEMBERSHIPS IN LEARNED SOCIETIES

Society for Ethnomusicology (SEM)
Society for American Music (SAM)
International Council for Traditional Music (ICTM)
British Forum on Ethnomusicology (BFE)
Caribbean Studies Association (CSA)
Haitian Studies Association (HSA)
Center for Black Music Research (CBMR)

## SELECTED PRE-ACADEMIC EMPLOYMENT AND SERVICE

Program Director, Northwest Folklife Festival, 1984-1989. Responsible for a 5-day event taking place on 22 stages at Seattle Center with over 4,000 performers and 500 volunteers from all over the Pacific Northwest.

Tractor driver and foreman, Mack's Orchards, Londonderry, New Hampshire. 1980-81.

Co-director, Madison Tenant Union, 1975-1980, Madison, Wisconsin. Tenant organizer in low-income HUD housing, author of *Tenant's Rights in Wisconsin*, supervisor of volunteer attorneys, coordinator of outreach and education, supervisor of the citywide electoral campaign for rent control. In 1979-80, I also founded and directed the Wisconsin Tenants Resource Centre, a statewide advocacy project funded by the Wisconsin Department of Agriculture.

Board member, Legal Action of Wisconsin, 1978-1980.

Board member, Design Coalition, 1978-1980, a non-profit community resource, providing design services for low income residents and for non-profit organizations.

World music programmer and host, WORT's "On the Horizon", 1977-1980.

River leader and trainer/instructor in kayak. University of Wisconsin Hoofers, 1972-75.

Program Assistant, Wisconsin Environmental Awareness Center, 1972-1974.

Caretaker, Weinberg Nature Center, Mamaroneck, New York, 1968-1972.

Exhibit 1 -71

## MUSICAL PERFORMANCE

### Instruments
Irish concertina, studied Irish singing with Joe Heaney
Cuban and Brazilian percussion
Trinidadian steel pan (double tenor and mega-tenor player, studied with Ray Holman, Chris Alexis)
Hindustani tabla (studied with Ustad Faiyuz Khan, Ustad Kadar Khan Kalavant)
I have also studied with National Heritage Award winners Obo Ade (Ghananian percussion), Jose
Gutierrez (Son Jarocho), Danungan Kalyundan (Philippine kulintang), and Joe Heaney (Irish
singing), as well as Amadu Bansang Jobarteh (kora), and Ephat Mujuru (mbira dzavadimu)

### Selected ensembles/bands
The Irish Brigade (Irish traditional and rebel music, 1975-1980)
Corosom (Brazilian tropicalia, 1984-86)
Wawanco Norteño (Cuban rumba, bembe, and cumparsa, 1983-85)
Jekajo (Afro-pop, 1986-88, voted Seattle's favorite worldbeat band, 1988)
Wesleyan Pandemonium Steelband (director, 1992-97. 2nd Place, Carnegie Hall Steelband
Competition)
Washington Square Ceili Band (Irish-American dance music, 2002-2004)π