LINK:  56

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 12-05967-BRO (CWx) | Date | July 1, 2013 |
|---|---|---|---|
| Title | VMG Salsoul LLC v. Madonna Louise Ciccone et al | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Myra Ponce | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joseph Peter Costa<br>Robert Stephen Besser | Paul H Duvall |

**Proceedings:**   MOTION HEARING (Non-Evidentiary) (Held & Completed)

1) MOTION FOR ORDER GRANTING LEAVE TO AMEND COMPLAINT (filed 5/20/13) [56]

   Matter called.  Counsel state their appearances for the record.  Court questions counsel as stated in court and on the record on above motion and invites counsel to present their oral arguments.   Arguments by counsel are heard.

   The matter is taken under submission, a written order to follow.

   **IT IS SO ORDERED.**

|  | 00 | : | 17 |
|---|---|---|---|
| Initials of Preparer | | | rf |