Paul H. Duvall (SBN 73699)
E-Mail: pduvall@kingballow.com
**KING & BALLOW**
6540 Lusk Blvd., Suite 250
San Diego, CA 92121
858.597.6000  Facsimile: 858.597.6008

Mark L. Block (SBN 115457)
E-Mail: mblock@wargofrench.com
**WARGO & FRENCH LLP**
1888 Century Park East; Suite 1520
Los Angeles, CA  90067
310.853.6355 Facsimile: 310.853.6333

Richard S. Busch (TN BPR 014594)
E-Mail: rbusch @kingballow.com
**KING & BALLOW**
315 Union Street, Suite 1100
Nashville, TN 37201
615.259.3456  Facsimile: 615.726.5417

*Attorneys for Defendants Shep
Pettibone and Lexor Music, Inc.*

Robert H. Horn (SBN 134710)
E-Mail: rhorn@proskauer.com
**PROSKAUER ROSE LLP**
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067
310.557.2900 Facsimile: 310.557.2193

Alexander Kaplan (admitted *pro hac vice*)
akaplan@proskauer.com
**PROSKAUER ROSE LLP**
11 Times Square
New York, NY 10036
212.969.3000 Facsimile: 212.969.2900

*Attorneys for Defendants Madonna Louise
Ciccone, Webo Girl Publishing, Inc., and
WB Music Corp.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VMG SALSOUL, LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>      vs.<br><br>MADONNA LOUISE CICCONE, professionally known as MADONNA, an individual; SHEP PETTIBONE, an individual; WB MUSIC CORPORATION, a Delaware corporation; BLUE DISQUE MUSIC COMPANY, INC., a corporation; WEBO GIRL PUBLISHING, INC.,  a California corporation; LEXOR MUSIC, INC., a New York corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. CV 12-05967 BRO(CWx)<br><br>**DEFENDANTS' WITNESS LIST**<br><br>[L.R. 16-5]<br><br>**Honorable Beverly Reid O'Connell**<br><br>**Final Pretrial Conference: July 15, 2013**<br>**Jury Trial: August 13, 2013** |

Pursuant to Local Rule 16-5, Defendants hereby submit the following list of witnesses:

| Name of Witness | Information Required by Fed. R. Civ. P. 26(a)(3)(A) |
| --- | --- |
| Shep Pettibone | c/o King & Ballow, 6540 Lusk Blvd., Suite 250, San Diego, CA 92121; (858) 597-6000 |
| Duffy Macri (Defendants reserve the right to call Duffy Macri by Deposition.) | 201 East 69th Street, New York, NY 10021; (212) 327-3030 |
| Glen Larusso (Defendants reserve the right to call Glen Larusso by Deposition.) | 265 Main Street, East Rutherford, NJ 07073; (201) 805-1151 |
| Alan Friedman (Defendants reserve the right to call Alan Friedman by Deposition.) | 466 Lexington Avenue, New York, NY 10017; (212) 210-6470 |
| Gage Averill | University of British Columbia, Buchanan A240, 1866 Main Mall, Vancouver, BC V6T 1Z1 Canada; (604) 377-8154 |
| Jason King | Clive Davis Institute of Recorded Music, 721 Broadway, 1016, New York, NY 10003; (917) 783-7648 |
| Paul Geluso | 65 Delaware Avenue, Delhi, NY 13753; (607) 437-4560 |
| Curt Frasca (Defendants reserve the right to call Alan Friedman by Deposition.) | c/o Law Offices of Robert S. Besser, 1221 Second Street, Suite 300, Santa Monica, CA 90401; (310) 394-6611 |
| Tony Shimkin (Defendants reserve the right to call Tony Shimkin by Deposition.) | c/o Law Offices of Robert S. Besser, 1221 Second Street, Suite 300, Santa Monica, CA 90401; (310) 394-6611 |
| James Drake (Defendants reserve the right to call Alan Friedman by Deposition.) | Verse Music Group, 134 West 25th Street, 5th Floor, New York, NY 10001; (212) 494-0078 |
| Gary Calderone | 10585 Santa Monica Blvd.; Los Angeles, CA 90025 |

DATED: July 2, 2013

Respectfully submitted,

PAUL H. DUVALL
KING & BALLOW

By: /s/ Paul H. Duvall
     Paul H. Duvall

Attorneys for Defendants Shep Pettibone and Lexor Music, Inc.

ROBERT H. HORN
PROSKAUER ROSE LLP

By: /s/ Robert H. Horn
     ROBERT H. HORN

Attorneys for Defendants Madonna Louise Ciccone, Webo Girl Publishing, Inc., and WB Music Corp.