1  Robert Besser (SBN: 46541)
   rsbesser@aol.com
2  Christopher Chapin (112608)
   Law Offices of Robert S. Besser
3  1221 Second Street, Third Floor
   Santa Monica, CA 90401
4  (310) 394-6611

5  Joseph P. Costa (SBN: 130131)
   Darius Anthony Vosylius (SBN: 175030)
6  Lindsay T. Cinotto (SBN: 258852)
   jcosta@cacllp.com
7  Costa Abrams & Coate LLP
   1221 Second Street, Third Floor
8  Santa Monica, CA 90401
   (310) 576-6161
9
10 *Attorneys for Plaintiff VMG Salsoul, LLC*

11              **IN THE UNITED STATES DISTRICT COURT**
12              **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
13

| | |
|---|---|
| VMG SALSOUL, LLC, a Delaware limited liability company, | Case No. CV-12-5967-SVW (FMO) |
| Plaintiff | **PLAINTIFF'S PROPOSED WITNESS LIST** |
| vs. | |
| MADONNA LOUISE CICCONE, professionally known as MADONNA, an individual; SHEP PETTIBONE, an individual; WB MUSIC CORPORATION, a Delaware corporation; BLUE DISQUE MUSIC COMPANY, INC. a corporation; WEBO GIRL PUBLISHING, INC., a California corporation; LEXOR MUSIC, INC., a New York corporation; and DOES 1 through 10 inclusive, | |
| Defendants. | |

1

Pursuant to Local Rule 16-5, Plaintiff VMG Salsoul, LLC hereby submits the following list of witnesses:

| Name of Witness | Information Required by Fed. R. Civ. P. 26(a)(3)(A) |
|---|---|
| Alan Friedman | 466 Lexington Avenue, New York, NY 10017; (212) 210-6470 |
| Curt Frasca | c/o Law Offices of Robert S. Besser, 1221 Second Street, Suite 300, Santa Monica, CA 90401; (310) 394-6611 |
| Tony Shimkin | 18 West 121st Street<br>New York, NY 10027 |
| Alexander Stewart | University of Vermont, Department of Music, 101 Overlake Park, Burlington, VT; (802) 310-2009 |
| Mark Rubel | 35 Taylor Street, Champaign, IL 61820; (217) 351-8155 |
| Michael Einhorn | c/o Law Offices of Robert S. Besser, 1221 Second Street, Suite 300, Santa Monica, CA 90401; (310) 394-6611 |
| Ken Cayre | 1350 Broadway Suite 1010<br>New York, NY 10018<br>(212) 840-5588 |

Dated: July 2, 2013            Respectfully submitted,

COSTA ABRAMS & COATE LLP

By:   /s/ Joseph P. Costa
_____
Joseph P. Costa
Attorney for Plaintiff

2

CERTIFICATE OF ECF SERVICE

I, Lindsay Cinotto, declare:

I am a member of the bar of this Court.  I am not a party to the within action and I am over the age of eighteen (18) years.

I hereby certify that all counsel for all appearing parties are Filing Users and **PLAINTIFF'S PROPOSED WITNESS LIST** will be served with the foregoing through the Court's CM/ECF system.

Dated: July 2, 2013

/s/ Lindsay Cinotto
Lindsay Cinotto