Robert S. Besser (SBN 46541)
E-Mail: rbesser@aol.com
Christopher Chapin (SBN 112608)
E-Mail: christopherchapin@aol.com
**LAW OFFICES OF ROBERT S. BESSER**
1221 Second Street, Suite 300
Santa Monica, CA 90401
Tel: (310) 394-6611

Joseph P. Costa (SBN 130131)
E-Mail: jcosta @cacllp.com
**COSTA ABRAMS & COATE LLP**
1221 Second Street, Third Floor
Santa Monica, CA 90401
Tel: (310) 576-6161
Fax: (310) 576-6160

*Attorneys for Plaintiff VMG Salsoul, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VMG SALSOUL, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>    vs.<br><br>MADONNA LOUISE CICCONE, professionally known as MADONNA, an individual, et al.,<br><br>    Defendants. | Case No. CV 12-05967 BRO(CWx)<br><br>**ORDER SEALING EXHIBIT "M" AND "N" TO DOCUMENT NO. 107 (THE SUPPLEMENTAL DECLARATION OF ROBERT BESSER) FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER ENTERED INTO ON APRIL 12, 2013**<br><br>**Honorable Beverly Reid O'Connell** |

Whereas, the parties submitted a joint request to seal Exhibits M and N to the Declaration of Robert Besser in Support of Plaintiff's Opposition to Defendant Warner

1

Bros. Records Inc. and Warner Music Group Corp.'s Supplemental Memorandum in Support of Joinder and Alternative Motion for Partial Summary Judgment (Document 107), for reason set forth in the Joint Stipulation.

NOW, THEREFORE, the Court orders as follows:

a. Exhibits "M" and "N" (Attachment 3 and 4) to the Declaration of Robert Besser in Support of Plaintiff's Opposition to Defendant Warner Bros. Records Inc. and Warner Music Group Corp.'s Supplemental Memorandum in Support of Joinder and Alternative Motion for Partial Summary Judgment (Document 107) will be placed under seal.

**IT IS SO ORDERED.**

Dated:  August 15, 2013            _____
                                    HONORABLE BEVERLY REID O'CONNELL
                                    UNITED STATES DISTRICT COURT JUDGE