# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VMG SALSOUL, LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>      vs.<br><br>MADONNA LOUISE CICCONE, professionally known as MADONNA, an individual; SHEP PETTIBONE, an individual; WB MUSIC CORPORATION, a Delaware corporation; BLUE DISQUE MUSIC COMPANY, INC., a corporation; WEBO GIRL PUBLISHING, INC., a California corporation; LEXOR MUSIC, INC., a New York corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. CV 12-05967 BRO(CWx)<br><br>**JUDGMENT**<br><br><br>HONORABLE BEVERLY REID O'CONNELL |

///

///

///

///

On August 26, 2013, the Amended Motion for Summary Judgment filed by defendants Robert Pettibone a/k/a Shep Pettibone and Lexor Music, Inc.; the Motion for Summary Judgment filed by defendants Madonna Louise Ciccone, WB Music Corporation, and WEBO Girl Publishing, Inc.; and the Joinder in Motion and Motion for Summary Judgment filed by defendants Warner Music Group Corp. and Warner Bros. Records Inc., came on for hearing and were taken under submission by the Court.

On November 18, 2013, the Court, after full consideration of the supporting and opposing papers, and the argument of counsel, filed an Order (Document 116) granting the Motions for Summary Judgment.

For the reasons set forth in the order:

**IT IS ORDERED AND ADJUDGED** that Plaintiff VMG Salsoul, LLC recover nothing from defendants Robert Pettibone a/k/a Shep Pettibone, Lexor Music, Inc., Madonna Louise Ciccone, WB Music Corporation, WEBO Girl Publishing, Inc., Warner Music Group Corp., and Warner Bros. Records Inc., and that the action be dismissed in its entirety as to all defendants and Judgment hereby entered in favor of all defendants on the merits, with defendants to recover their costs from plaintiff pursuant to Rule 54 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated:  December 2, 2013      _____
                              HONORABLE BEVERLY REID O'CONNELL
                              UNITED STATES DISTRICT COURT JUDGE